Case 12-32118    Filed 06/28/12    Doc 5

FILED
June 28, 2012
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0004314617

MARC A. LEVINSON (STATE BAR NO. 57613)
malevinson@orrick.com
NORMAN C. HILE (STATE BAR NO. 57299)
nhile@orrick.com
JOHN W. KILLEEN (STATE BAR NO. 258395)
jkilleen@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, California 95814-4497
Telephone: (916) 447-9200
Facsimile: 9916) 329-4900

Attorneys for Debtor
City of Stockton

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

In re:

CITY OF STOCKTON, CALIFORNIA,

Debtor.

Case No. 2012-32118

OHS-1

Chapter 9

**STATEMENT OF QUALIFICATIONS UNDER SECTION 109(c)**

Date: TBD
Time: TBD
Dept: TBD
Judge: TBD

The City of Stockton, California (the "City"), by and through its counsel, Orrick, Herrington & Sutcliffe LLP, hereby certifies its qualifications to be a debtor under section 109(c) of the United States Bankruptcy Code,[1] as follows:

1. The City is a municipality, as such term is defined in Section 101(40).

2. The City is specifically authorized in its capacity as a municipality to be a debtor under chapter 9 by the laws of the State of California. Cal. Gov't Code § 53760. As mandated by section 53760, the City has negotiated in good faith with interested parties in a neutral evaluation

---

[1] 11 U.S.C. §§ 101-1532 (2008) ("Bankruptcy Code"). All further statutory references are to the Bankruptcy Code unless otherwise specified.

STATEMENT OF QUALIFICATIONS

process, which process failed to resolve all pending disputes between the City and its creditors. Cal. Gov't Code §§ 53760(a), 53760.3. On June 5, 2012, the City Council for the City of Stockton voted to authorize the commencement and prosecution of this case, as a contingency measure should the then-ongoing neutral evaluation process fail to resolve all pending disputes between the City and its creditors. A true and correct copy of such resolution is attached hereto as Exhibit 1.

3. The City is insolvent within the meaning of Section 101(32)(C).

4. The City desires to effect a plan to adjust its debts.

5. The City (a) has negotiated in good faith with creditors holding at least a majority in amount of the claims of each class that the City intends to impair under a plan in its chapter 9 case; or, alternatively, (b) is unable to negotiate with creditors because such negotiation is impracticable.

6. This Statement of Qualifications Under Section 109(c) is supported by a Memorandum of Law and Fact to be filed under separate cover.

Dated: June 28, 2012

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: /s/ Marc A. Levinson
Marc A. Levinson
Norman C. Hile
John W. Killeen
Attorneys for City of Stockton, Debtor

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A MUNICIPALITY**

I, Robert Deis, the City Manager of the City of Stockton, California, am the authorized officer or agent of the municipality named as a debtor in this case. I declare under penalty of perjury that I have read the foregoing Statement of Qualifications Under Section 109(c), and that it is true and correct to the best of my information and belief.

Dated: June 28, 2012

Robert Deis
City Manager, City of Stockton