FILED

June 29, 2012

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0004317686

**8**

1   MARC A. LEVINSON (STATE BAR NO. 57613)
    malevinson@orrick.com
2   NORMAN C. HILE (STATE BAR NO. 57299)
    nhile@orrick.com
3   JOHN W. KILLEEN (STATE BAR NO. 258395)
    jkilleen@orrick.com
4   ORRICK, HERRINGTON & SUTCLIFFE LLP
    400 Capitol Mall, Suite 3000
5   Sacramento, California  95814-4497
    Telephone:     (916) 447-9200
6   Facsimile:     (916) 329-4900

7   Attorneys for Debtor
    City of Stockton

8

9                   UNITED STATES BANKRUPTCY COURT

10                  EASTERN DISTRICT OF CALIFORNIA

11                       SACRAMENTO DIVISION

12

13   In re:                              Case No.   2012-32118

14   CITY OF STOCKTON, CALIFORNIA,       D.C. No. OHS-1

15              Debtor.                   Chapter 9

16                                        **DECLARATION OF MICHAEL
                                          LOCKE IN SUPPORT OF CITY OF**
17                                        **STOCKTON'S STATEMENT OF
                                          QUALIFICATIONS UNDER SECTION**
18                                        **109(C) OF THE UNITED STATES
                                          BANKRUPTCY CODE**

19
                                          Date:        TBD
20                                        Time:        TBD
                                          Dept:        TBD
21                                        Judge:       TBD

22

23

24

25

26

27

28

I, Michael Locke, hereby declare:

1. I am one of two Deputy City Managers in Stockton, California ("the City"). I make this declaration in support of the City's Statement Of Qualifications Under Section 109(c). In my capacity as Deputy City Manager, I am responsible for and direct the activities of the City's Economic Development Department, Community Development Department, Public Works Department, and Municipal Utilities Department. These responsibilities are carried out under the direction of City Manager Bob Deis.

2. I have served in my present role since January 2011. Prior to joining the City of Stockton, I chaired the City's Commission on the Climate Action Plan, the Water Advisory Committee, and was a member of the Development Oversight Commission. While serving on these City Council-appointed bodies, I was President/CEO of the San Joaquin Partnership. The San Joaquin Partnership is a public-private, not-for-profit, economic development corporation serving all of San Joaquin County and its seven incorporated cities. Prior to assuming leadership of the San Joaquin Partnership, I served as City Manager of the City of Tracy from 1974 to 1994.

3. As part of its attempts to avoid insolvency, the City has begun to analyze whether any non-essential property it owns might be sold and the proceeds deposited in the General Fund. In compiling its list of essential and non-essential property, staff under my direction considered essential properties, like fire stations and parks, relating to core City functions. Anything else was considered non-essential. Staff under my direction now is in the processing of valuing or arranging for formal valuation of non-essential property, with the goal of ascertaining whether such non-essential property is saleable.

4. Attached as Exhibit A is a list of non-essential City property identified by staff. As indicated in Exhibit A, these properties consist of developed sites, existing structures; hotels, vacant single room occupancy; vacant property; and Hogan Lake properties.

5. While the staff has not yet completed its analysis, its preliminary results indicate that the City's non-essential property is probably worth, in the aggregate, no more than a million dollars, and likely far less than that. The developed properties consist of older residential property used as interim fire stations or vacant commercial buildings. The downtown hotels are

1 | turn of the century single room occupancy buildings which do not meet current seismic, fire or

2 | building code standards.  The vacant sites are parcel remnants which may have reuse value.

3 | Several larger sites were acquired for future public facilities which are not funded.  The Hogan

4 | Lake properties are remaining parcels above the water line at the Hogan Dam; all but three

5 | parcels appear to have only grazing value due to topography and lack of access.

6 | The current depressed economic condition in the Central Valley of California and the City of

7 | Stockton has resulted in value declines in residential properties of over 50%.  There are currently

8 | over 1800 finished and improved lots in the City.  Sales prices for these fully improved properties

9 | have been as low as $5,000.  There remains an estimated 1,330 units in various stages of

10 | foreclosure.  In the Downtown Stockton area, property values have declined by over 67% with

11 | low end lease rates at $0.50 per sq. ft.  The high end of a Class A building is estimated at $1.35

12 | per sq. ft.  It is estimated that recovery of property values will not be a significant factor until

13 | 2015-2016 and then only on a gradual recovery.

14 |

15 | Executed this 28 day of June 2012, at Stockton , California.  I declare under

16 | penalty of perjury under the laws of the State of California and the United States of America that

17 | the foregoing is true and correct.

18 |

19 | Michael E. Locke

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

OHSUSA:750926353.1

- 3 -

# Exhibit A

Exhibit A

The properties identified as non-essential City property includes approximately 55 properties.

The categories of properties are:

- Developed sites, existing structures – 11

- Hotels, vacant single room occupancy – 8

- Vacant property – 12

- Hogan Lake properties (1900 ac) – 24
    - 3 with development potential

Exhibit A

**City of Stockton**
**Potentially Marketable Properties**

| PROPERTY DESCRIPTION | ADDRESS | SITE AREA | APN |
|---|---|---|---|
| Lease of City property/Stockton Rod & Gun Club | 3120 Mt. Diablo Avenue | 1.14 acres | 133 060 02 |
| Lease of City property/affordable housing office (STAND) | 1209 East Eighth Street | 5,000 sf | 169 076 07 |
| Temporary fire station | 8895 Bergamo Circle | 7,968 sf | 126 230 25 |
| Temporary fire station | 8891 Bergamo Circle | 7,511 sf | 126 230 26 |
| N.W. Police Substation | 7209 Tam O'Shanter Drive | 1.21 acres | 094 030 36 |
| Vacant land, flood control use only | Hogan Lake, no situs address | | 046 517 001 |
| Vacant land, flood control use only | Hogan Lake, no situs address | | 050 508 004 |
| Vacant land (remainder) | Hogan Lake, no situs address | 3.15 acres | 046 017 037 |
| Vacant land | Hogan Lake, no situs address | 86.54 acres | 046 025 005 |
| Vacant land | Hogan Lake, no situs address | 38.3 acres | 046 017 049 |
| Vacant land | Hogan Lake, no situs address | 608.58 acres | 046 026 011 |
| Vacant land | Hogan Lake, no situs address | 126.70 acres | 050 003 022 & 23 |
| Vacant land | Hogan Lake, no situs address | 124.46 acres | 046 017 053 |
| Vacant land | Hogan Lake, no situs address | 66.0 acres | 046 019 016 |
| Vacant land | Hogan Lake, no situs address | 102.54 acres | 050 003 018 |
| Vacant land | Hogan Lake, no situs address | 23,958 sf | 050 004 011 |
| Vacant land | Hogan Lake, no situs address | 20.41 acres | 050 008 002 |
| Vacant land | Hogan Lake, no situs address | 53.5 acres | 050 003 006 |
| Vacant land | Hogan Lake, no situs address | 125.80 acres | 046 027 002 |
| Vacant land | Hogan Lake, no situs address | 89.22 acres | 046 026 009 |
| Vacant land | Hogan Lake, no situs address | 38.0 acres | 050 009 003 |
| Vacant land | Hogan Lake, no situs address | 42.64 acres | 046 026 005 old apn current APN 046 026 019 |
| Vacant land | Hogan Lake, no situs address | 37.7 acres | 046 019 010 |
| Vacant land | Hogan Lake, no situs address | 46.89 acres | 046 019 011 |

Exhibit A

**City of Stockton**
**Potentially Marketable Properties**

| | | | |
|---|---|---|---|
| Vacant land | Hogan Lake, no situs address | 40.0 acres | 046 019 017 |
| Vacant land | Hogan Lake, no situs address | 59.32 acres | 046 019 037 old apn now two APNS 046 019 049 new apn 046 019 050 new apn |
| Vacant land | Hogan Lake, no situs address | 7.56 acres | 050 008 031 |
| Vacant land | Hogan Lake, no situs address | 147.02 acres | 073 042 015 |
| Vacant land | Hogan Lake, no situs address | 8.4 acres | 050 004 008 |
| Earle Hotel | 725 East Main Street | 14,600 sf | 149 180 21 |
| Commercial building/El Tecolote Hotel | 33 South San Joaquin Street | 1,100 sf | 149 140 09 |
| Commercial Hotel | 431 East Main Street | 7,500 sf | 149 170 08 |
| Main Hotel | 445 East Main Street | 7,500 sf | 149 170 09 |
| St. Leo Hotel | 39 North California Street | 5,000 sf | 149 170 12 |
| Terry Hotel | 545 East Main Street | 10,000 sf | 149 170 21 |
| Land Hotel | 24 North California Street | 7,463 sf | 149 170 14 |
| La Verta Hotel | 635 East Main Street | 5,000 sf | 149 180 08 |
| Single family dwelling | 314 North Pilgrim Street | 2,400 sf | 151 120 32 |
| Former Cecils Security Patrol - Portion of future parking lot/commercial building | 25 North Grant Street | 10,000 sf | 149 180 17 |
| Al Lee's Garage - Commercial building | 20 East Lindsay Street | 5,000 sf | 139 080 02 |
| Commercial land | 2135 South Airport Way | 14,374 sf | 169 077 03 |
| Commercial land | 2427 South Airport Way | 1.22 acres | 169 100 30 & 42 |
| Street widening property | 1450 W Hammer Lane | 13,024 sf | 077 490 01 |
| Street widening property | 2504 West Hammer Lane | 7,660 sf | 077 022 19 |
| Street widening property | 2931 Meadow Avenue | 7,500 sf | 077 101 01 |
| Street widening property | 7823 Amber Way | 9,480 sf | 077 300 02 |
| Northwest library site | 9602 Thornton Road | 5.16 acres | 072 020 55 |
| Northeast library site | 9505 West Lane | 4.83 acres | 084 060 06 |

Exhibit A

**City of Stockton**
**Potentially Marketable Properties**

| | | | |
|---|---|---|---|
| Commercial land | 139 South Center Street | 17,999 sf | 137 300 12 |
| Street widening property | 7826 Amber Way | 8,712 sf | 077 300 01 |
| Philomatheon Club | 1000 North Hunter Street | 1.04 acres | 139 040 19, 20, 21 & 22 |
| Vacant lot | 2849 East Lafayette Street | 6,218 sf | 157 030 13 |
| City Hall Annex - Former parks and recs main office location | 6 East Lindsay Street | 10,018 sf | 139 080 01 |
| Chargin Building | 26 South San Joaquin Street | 3,900 sf | 149 140 14 |
| Former fire station | 2201Lever Boulevard | 17,424 sf | 163 112 22 |