

**FILED**

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF CALIFORNIA

JUL 3 2012

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

| In re | Bankruptcy Case No. |
|---|---|
| CITY OF STOCKTON, CALIFORNIA | 12-32118 |
| Debtor(s). | |

*The following additional information is required when filing this form in an adversary proceeding.*

| | Adversary Proceeding No. |
|---|---|
| Plaintiff(s), | |
| v. | |
| Defendant(s). | |

### APPLICATION FOR ADMISSION TO PRACTICE PRO HAC VICE

1.  Pursuant to Local Rule 1001-1(c) of the United States Bankruptcy Court for the Eastern District of California and Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, I, Guy S. Neal _____ *[applicant's name]* hereby apply for admission to practice pro hac vice, to appear and participate in this case/proceeding as counsel for Assured Guaranty Corp. and Assured Guaranty Municipal Corp. _____ *[name(s) of party(ies) represented]*.

2.  In support of this application, I state under penalty of perjury that:

    a.  I reside in : Alexandria, Virginia _____ *[city and state]*.

    b.  My business address is:

    | | |
    |---|---|
    | Firm Name: | Sidley Austin LLP |
    | Address: | 1501 K Street, N.W. |
    | City: | Washington |
    | State: | DC     ZIP Code: 20005 |
    | Voice Phone: | ( 202 ) 736-8711     State Bar Membership #: 441748 |

    c.  I have been admitted to practice by the following Court(s) *[List all of the courts the applicant has been admitted to practice before. Attach additional pages if necessary.]*:

| Court | Admission Date | Court | Admission Date |
|---|---|---|---|
| United States Supreme Court | 6/22/1998 | | |
| District of Columbia | 5/2/1994 | | |
| Maryland | 6/23/1994 | | |
| Virginia | 1/1/1993 | | |

d.  I am a member in good standing of, and eligible to practice before, the Bar in said Courts.  A copy of a certificate of good standing from the Court in the state of my primary practice is attached.  I am not currently suspended or disbarred in any Court.

e.  I *[check one]*  ☐ have
☑ have not
concurrently or within the year preceding this application made other pro hac vice applications to this Court.  The cases/proceedings, if any, in which pro hac vice application was made concurrently or within the year immediately preceding the filing of this application are listed below. *[Attach additional pages if necessary.]*

| Case No. | Case Title | Application Date | Granted or Denied? |
|----------|-----------|------------------|--------------------|
|          |           |                  |                    |
|          |           |                  |                    |
|          |           |                  |                    |
|          |           |                  |                    |

f.  The $200.00 fee prescribed for filing an application for admission to practice pro hac vice has been paid to the Clerk, U.S. District Court, Eastern District of California ( U.S. District Court receipt number CAE 200045598                ).  *[NOTE:  U.S. District Court receipt number indicating payment is REQUIRED.  Applications submitted without a valid U.S. District Court receipt number will NOT be processed.]*

3.  I hereby designate the following member in good standing of the Bar of this Court, and an authorized user of this Court's electronic filing system, as local counsel with whom the Court and opposing counsel may readily communicate in this matter regarding conduct of the action and upon whom service shall be made.  Said designee consents to this designation by signing below.

Name:  Christina M. Craige
Address:  Sidley Austin LLP
555 W. 5th St., Suite 4000
City:  Los Angeles
State:  CA                    ZIP Code:  90013
Voice Phone: ( 213 ) 896-6000    CA Bar ID #: 251103

Date:  6/29/2012

Applicant's Signature

Date:  6/29/2012

Designee's Signature

NOTE:  This completed application, any continuation pages, and a copy of applicant's certificate of good standing shall be electronically filed with the bankruptcy court by designated local counsel, together with Form EDC 2- 601, *Order Concerning Admission to Practice Pro Hac Vice*, completed in all respects except for checking a box and inserting the date.  For additional information, see form EDC 2-600-INST, *Instructions Regarding Application for Admission to Practice Pro Hac Vice*.



# District of Columbia Court of Appeals
## Committee on Admissions
### 430 E Street, N.W. — Room 123
### Washington, D. C. 20001
#### 202 / 879-2710

I, *JULIO A. CASTILLO*, Clerk of the District of Columbia Court of Appeals, do hereby certify that

## GUY  S.  NEAL

was on the _____2^ND_____ day of _____MAY, 1994_____

duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on June 26, 2012.

*JULIO A. CASTILLO*
Clerk of the Court

By: _____
*Deputy Clerk*

&%RPCourt Name: Eastern District of Californ
ia
Division: 2
Receipt Number: CAE200045598
Cashier ID: kengbret
Transaction Date: 07/02/2012
Payer Name: Sidley Austin LLP
------------------------------------
PRO HAC VICE
 For: Virginia Alexandria
 Case/Party: D-CAE-2-12-LB-000073-001
 Amount:        $200.00
------------------------------------
CHECK
 Check/Money Order Num: 8745
 Amt Tendered: $200.00
------------------------------------
Total Due:      $200.00
Total Tendered: $200.00
Change Amt:     $0.00


Returned Check Fee $53