FILED
July 20, 2012
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0004350832

**27**

1  MARC A. LEVINSON (STATE BAR NO. 57613)
   malevinson@orrick.com
2  NORMAN C. HILE (STATE BAR NO. 57299)
   nhile@orrick.com
3  JOHN W. KILLEEN (STATE BAR NO. 258395)
   jkilleen@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   400 Capitol Mall, Suite 3000
5  Sacramento, California  95814-4497
   Telephone:    (916) 447-9200
6  Facsimile:    (916) 329-4900

7  Attorneys for Debtor
   City of Stockton

8

9              UNITED STATES BANKRUPTCY COURT

10             EASTERN DISTRICT OF CALIFORNIA

11                  SACRAMENTO DIVISION

12

13  In re:                          Case No.   2012-32118

14  CITY OF STOCKTON, CALIFORNIA,   D.C. No. OHS-1

15         Debtor.                  Chapter 9

16                                  **DECLARATION OF MARC A.
                                    LEVINSON IN SUPPORT OF CITY OF**
17                                  **STOCKTON'S STATEMENT OF
                                    QUALIFICATIONS UNDER SECTION**
18                                  **109(C) OF THE UNITED STATES
                                    BANKRUPTCY CODE**
19

20

21

22

23

24

25

26

27

28

I, Marc Levinson, hereby declare:

1.      I am an attorney licensed to practice law in California and admitted to practice before the United States District Court for the Eastern District of California. I am a partner with the firm of Orrick, Herrington & Sutcliffe LLP, counsel of record for the City of Stockton, California (the "City"), in this chapter 9 case.  I am the lead bankruptcy lawyer for the City.  I make this declaration in support of the City's Statement Of Qualifications Under Section 109(c) and concurrently with the City's Submission Of Evidence Relating To Neutral Evaluation Process Under California Government Code § 53760.3(q).  I have personal knowledge of the matters stated herein and if called as a witness, I could and would testify as follows.

2.      I was extensively involved in the City's neutral evaluation process, and served as the City's primary contact with the mediator, Judge Ralph Mabey, and with the participating creditors and parties in interest (collectively, the "Participants").  The Participants are those creditors and parties in interest who the City invited on February 29 to join the mediation process and who accepted that invitation.  Attached hereto as Exhibit A is a true and correct copy of a press release the City issued on March 21, 2012 (the "Press Release"), which also lists the Participants.[1]

3.      I attended and participated in all of the mediation sessions described in the Mediation Sessions Summary (described in Paragraph 4, *infra*) that were attended by Participants other than labor union Participants, with the exceptions of the May 15 meeting with the Price Case Plaintiffs and a meeting with Franklin Investers, each of which was attended by my partner, John Knox.  Included in the meetings I personally attended and participated in was a meeting with ARECOS, the group representing retirees.  I also attended and participated in many of the mediation sessions between the City and its labor unions.

4.      Attached hereto as Exhibit B is a chart that I created with the help of staff at the City. It accurately reflects the date and length of the various meetings between the City and its

---

[1]  Prior to posting the Press Release on its website and releasing it to the press, the City, during a March 21, 2012, conference between City representatives, including myself, and all of the Participants, received the oral approval of the Participants to publically release their names.  Except for the United States Department of Housing and Urban Development, all of the Participants listed in the Press Release actually attended the various mediation sessions listed on the Mediation Sessions Summary [Exhibit B to this Declaration].

1   creditors, as well as the identity of the Participants at each meeting (the "Mediation Sessions

2   Summary").[2] The Mediation Sessions Summary also contains a general description of the

3   purpose of each session and the issues discussed, which description is consistent with my

4   personal knowledge and the personal participation of City staff.  The general description does not

5   purport to represent every topic covered in each meeting, as it was common for the City and the

6   Participants to discuss numerous topics in any particular session.  Also, because the majority of

7   the mediation sessions were conducted in "shuttle diplomacy" style – with Judge Mabey meeting

8   with the parties separately and the parties only infrequently meeting together – I do not know

9   what other topics may have been covered in the meetings between Judge Mabey and Participants

10   that I did not attend.  Also included within the Mediation Sessions Summary are true and correct

11   copies of the sign-in sheets that I and many of the other Participants signed showing our

12   attendance at many of these meetings, with personal information redacted.

13         5.      Attached hereto as Exhibit C is a chart that I created with help from staff of the

14   City. It accurately reflects the status of negotiations between the City and each Participant as of

15   both the petition date and as of today.

16         Executed this 20th day of July 2012, at Sacramento, California.  I declare under penalty of

17   perjury under the laws of the State of California and the United States of America that the

18   foregoing is true and correct.

19

20                                    */s/ Marc Levinson*
                                       Marc Levinson

21

22

23

24

25

26

27   ——————————————
[2] While the Mediation Sessions Summary includes conference calls that lasted an hour or more (two of which

28   included Judge Mabey), it does not reference my many other conference calls with Participants, many of which
   included Judge Mabey.

OHSUSA:751002735.2

# Exhibit A

 

## CITY OF STOCKTON NEWS RELEASE

**FOR IMMEDIATE RELEASE:**   **Contact:**   **Connie Cochran**
Wednesday, March 21, 2012                            **Public Information Officer**
                                                     (209) 937-8827
                                                     connie.cochran@stocktongov.com

### STOCKTON'S AB 506 CONFIDENTIAL MEDIATION PARTICIPANTS

(Stockton, CA)  -  On February 28, 2012, the Stockton City Council approved moving

forward with a confidential neutral evaluation process recently adopted through state

legislation, AB 506.  The process gives municipalities that are in fiscal distress an

opportunity for financial restructuring, not unlike what goes on in the private sector.  The

City has not declared bankruptcy.

The City's total annual budget is $600 million including all funds and operations;

the financial restructuring involves only a small portion of the City's total budget – the

General Fund – which represents approximately $165 million of the larger budget.

The AB 506 process allows municipalities to enter into a period of confidential

mediation with creditors or "interested parties" with $5 million or more in obligations or debt.

The City and interested parties will select a mediator with the goal of reaching an agreement

on how to manage these City debt obligations.

AB 506 process requires that the mediation process remain confidential; however,

-more-more-more-

**City of Stockton**
**News Release – AB 506 Participants**
**March 21, 2012**
**Page 2 of 3**

the participants in Stockton's AB 506 process have all agreed to identify the names of the

organizations that will be participating, which is allowable under the legislation. The

participating parties include:

- Association of Retired Employees of the City Of Stockton
- Assured Guaranty
- California Public Employees Retirement System (CalPERS)
- Dexia Credit Local, New York Branch
- Franklin Advisers, Inc.
- Jarvis/MUD case
- Mid-Management/Supervisory Level Unit (Management B&C Employees)
- National Public Finance Guarantee Corp.
- Operating Engineers' Local 3
- Price case
- Stockton City Employees' Association (SCEA)
- Stockton Firefighters' Local 456
- Stockton Fire Management Unit
- Stockton Police Management Association
- Stockton Police Officers' Association (SPOA)
- Union Bank, NA
- U.S. Department of Housing and Urban Development
- Wells Fargo Bank, National Association, as indenture trustee for the following bonds:
  - Redevelopment Authority of the City of Stockton Revenue Bonds, Series 2004 (Stockton Events Center Arena Project)
  - Stockton Public Financing Authority Lease Revenue Bonds, Series 2004 (Parking and Capital Projects)
  - Stockton Public Financing Authority 2006 Lease Revenue Refunding Bonds, Series A
  - Stockton Public Financing Authority Variable Rate Demand Lease Revenue Bonds, 2007 Series A and 2007 Series B (Taxable) (Building Acquisition Financing Project)
  - City of Stockton 2007 Taxable Pension Obligations Bonds, Series A and Series B
  - Stockton Public Financing Authority Lease Revenue Bonds, 2009 Series A (Capital Improvement Projects)
  - Stockton Public Financing Authority Variable Rate Demand Water Revenue Bonds, Series 2010A (Delta Water Supply Project)

-more-more-more-

**City of Stockton**
**News Release – AB 506 Participants**
**March 21, 2012**
**Page 3 of 3**

In addition, the participants have all agreed to provide the name of the mediator, once the

mediator has been selected.

      For additional information or questions, please visit www.stocktongov.com or

call (209) 937-8827.

### ###

All News Releases can be found on the City of Stockton website.  www.stocktongov.com/news

   #

# Exhibit B

## MEDIATION SESSIONS SUMMARIES

| Date (2012) | Approx. Duration (hrs.) | Mediation or Information Sessions and Attendees | Purpose of the Mediation or Information Session |
|---|---|---|---|
| March 8 | | Fire Management and Fire Unit | Discussion of personnel cost restructuring proposals |
| March 21 | 1 | Conference call with all or virtually all Participants | Initial meeting to discuss next steps, selection of mediator, location and timing of mediation sessions and allocating payment of the mediator and costs of mediation |
| March 26 | 1 | Conference call with all or virtually all Participants | Follow-up on March 21 call and discussion of the selection of Judge R. Mabey as mediator |
| March 28 | 5 | Coalition Bargaining (all parties representing labor invited, and all or virtually all participated). Judge Mabey not present. | Meeting to discuss City's Governmental Accounting Standards Board (GASB) liability |
| April 11 | 5 | Coalition Bargaining (all parties representing labor invited, and all or virtually all participated). Judge Mabey not present. | Discussion of various labor and retiree restructuring proposals |
| April 30 | All day | Judge Mabey and virtually all Participants, including many financial advisors. See attached attendance sheet. | Introduction the mediation and disclosure of and discussion of the City's finances. Presentation of multi-year financial forecast and detailed assumptions with the forecast model. An interactive version of the model was provided Participants along with the Ask |
| May 1 | All day | Judge Mabey and virtually all Participants, including many financial advisors. See attached attendance sheet. | Continuing discussion of the City's finances, including an analysis of restricted and partially restricted funds |
| May 2 | Morning to mid-afternoon | Judge Mabey and financial advisors and a few attorneys | Continuing discussion of the City's finances with a focus on the City's 10-year budget projection |
| May 10 | 1 | Conference call with Judge Mabey and capital markets creditors | Financial data, the City's Ask and related topics |
| May 14 | All day | Judge Mabey and all nine labor unions | Presentation of City proposals |
| May 15 | All day | Coalition Bargaining (all parties representing labor invited, and all or virtually all participated) | Discussion of various labor and retiree restructuring proposals |
| | All day | Judge Mabey and Capital Market Representatives from:<br>• Assured Guaranty<br>• National Public Finance Guarantee Corporation<br>• Franklin Advisers<br>• Wells Fargo Bank, National Association, as Indenture Trustee<br>• Dexia Credit Local | All day mediation session involving shuttle diplomacy between Judge Mabey, the City and the various participants regarding the Ask and chapter 9 issues |

1

| Date (2012) | Approx. Duration (hrs.) | Mediation or Information Sessions and Attendees | Purpose of the Mediation or Information Session |
|---|---|---|---|
| May 16 | 1 | Judge Mabey and Price Case Plaintiffs | Discussion of proposed treatment of judgment creditor |
|  | All day | Coalition Bargaining (all parties representing labor invited, and all or virtually all participated) | Discussion of various labor and retiree restructuring proposals |
|  | All day | Judge Mabey and all nine labor unions, retirees (ARECOS), Howard Jarvis Taxpayers' Association, Capital Market Representatives from:<br>■ Assured Guaranty<br>■ National Public Finance Guarantee Corporation<br>■ Franklin Advisers<br>■ Wells Fargo Bank, National Association, as Indenture Trustee<br>■ Dexia Credit Local | All day mediation session involving shuttle diplomacy between Judge Mabey, the City and the various Participants regarding the Ask and chapter 9 issues |
| May 17 | 3 | Stockton Police Management Association (SPMA) | Discussion of personnel cost restructuring proposals |
|  | 3 | Operating Engineers Local Union No. 3 (OE3) | Discussion of personnel cost restructuring proposals |
|  | 3 | Fire Management and Fire Unit | Discussion of personnel cost restructuring proposals |
|  | 4 | Stockton Police Officers Association (SPOA) | Discussion of personnel cost restructuring proposals |
| May 18 | 2 | Stockton City Employees Association (SCEA) | Discussion of personnel cost restructuring proposals |
| May 21 | 2 | Management Supervisory Level Bargaining Unit (B&C) | Discussion of personnel cost restructuring proposals |
| May 22 | 6 | Stockton Police Officers Association (SPOA) | Discussion of personnel cost restructuring proposals |
| May 23 | 2 | Fire Management and Fire Unit | Discussion of personnel cost restructuring proposals |
| May 24 | 3 | Stockton Police Management Association (SPMA) | Discussion of personnel cost restructuring proposals |
|  | 2 | Operating Engineers Local Union No. 3 (OE3) | Discussion of personnel cost restructuring proposals |
| May 29 | All day | Coalition Bargaining (all nine labor unions participated) | Discussion of various labor and retiree restructuring proposals |
|  | 1 | Stockton Police Management Association (SPMA) | Discussion of personnel cost restructuring proposals |
| May 30 | All day | Coalition Bargaining (all nine labor unions participated) | Discussion of various labor and retiree restructuring proposals |
|  | 1 | Stockton City Employees Association (SCEA) | Discussion of personnel cost restructuring proposals |
| May 31 | 3 | Coalition Bargaining (all nine labor unions participated) | Discussion of various labor and retiree restructuring proposals |

| Date (2012) | Approx. Duration (hrs.) | Mediation or Information Sessions and Attendees | Purpose of the Mediation or Information Session |
|---|---|---|---|
| June 4 | 5 | Stockton City Employees Association (SCEA) | Discussion of various labor and retiree restructuring proposals |
| | 2 | Operating Engineers Local Union No. 3 (OE3) | Discussion of personnel cost restructuring proposals |
| June 5 | 5 | Stockton Police Management Association (SPMA) | Discussion of personnel cost restructuring proposals |
| June 6 | 3 | Stockton Police Officers Association (SPOA) | Discussion of personnel cost restructuring proposals |
| | All day | Financial Advisors Assured Guaranty and City Finance and management staff; counsel and Judge Mabey not present | Discussion at City Hall of City finances, including model assumptions, restricted funds analysis, asset inventory and other issues.  Specific City restructuring proposals on:<br><br>▪ 2007 Taxable Pension Obligation Bonds, Series A & B<br><br>▪ 2007 Series A and Taxable Series B, Variable Rate Demand Lease Revenue Bonds |
| June 7 | 2 | Fire Management and Fire Unit | Discussion of personnel cost restructuring proposals |
| June 8 | 3 | Stockton Police Management Association (SPMA) | Discussion of personnel cost restructuring proposals |
| | 2 | Stockton City Employees Association (SCEA) | Discussion of personnel cost restructuring proposals |
| | 4 | Stockton Police Officers Association (SPOA) | Meeting with representatives from the California Public Employees' Retirement System (CalPERS) to discuss retirement benefits |
| June 11 | 1-2 | ARECOS (see attached sign-in sheet) | Discussion of the Ask and the ARECOS counterproposal |
| | Noon through 11:30 p.m. | Coalition Bargaining (all nine labor unions participated) | Discussion of various labor and retiree restructuring proposals |
| June 12 | 1 | Coalition Bargaining (all nine labor unions participated) | Discussion of various labor and retiree restructuring proposals |
| June 13 | All day | Coalition Bargaining (all nine labor unions participated) | Discussion of various labor and retiree restructuring proposals |
| June 14 | All day | Coalition Bargaining (all nine labor unions participated) | Discussion of various labor and retiree restructuring proposals |

| Date (2012) | Approx. Duration (hrs.) | Mediation or Information Sessions and Attendees | Purpose of the Mediation or Information Session |
|---|---|---|---|
| | 1 | Management Supervisory Level Bargaining Unit (B&C) | Discussion of personnel cost restructuring proposals |
| June 15 | 1 | Conference call with Judge Mabey and ARECOS | Discussion of the ARECOS counterproposal |
| | All day | Coalition Bargaining (all nine labor unions participated) | Discussion of various labor and retiree restructuring proposals |
| June 25 | 2 | Fire Management and Fire Unit | Discussion of personnel cost restructuring proposals |
| | 4 | Stockton Police Officers Association (SPOA) | Discussion of personnel cost restructuring proposals |

4

OHSUSA:751006862.2

# Stockton AB506 Mediation
## 6/11/2012

| Name | Organization |
|------|--------------|
| Dwila Torres Wong | For City |
| Renne Sloan Holtzman Sakai | |
| Ann Goodrich | For City |
| RSHS | |
| Jon Holtzman | City |
| RSHS (attorney) | |
| Steven Felderstein | Retirees |
| Cynthia Neely | Retirees |
| Marc Levinson | Orrick for City |

CONFIDENTIAL

CITY OF STOCKTON
April 30, 2012
AB 506 Meeting in Sacramento

| | NAME | REPRESENTING | EMAIL ADDRESS | PHONE NUMBER |
|---|---|---|---|---|
| 1. | RALPH MABEY | Meck tead Epeslication | | |
| 2. | Laurie Montes | City of Stockton | | |
| 3. | Marc Levinson | Orrick for City of Stockton | | |
| 4. | Kimberly Trammel | City of Stockton | | |
| 5. | VANESSA BURKE | CITY OF STOCKTON | | |
| 6. | David Millican | City of Stockton | | |
| 7. | Andy Belknap | City of Stockton Management Partners | | |
| 8. | Bob Leland | City of Stockton Management Partners | | |

OHSUSA:750734960.1

-1-

CONFIDENTIAL

CITY OF STOCKTON
April 30, 2012
AB 506 Meeting in Sacramento

| NAME | REPRESENTING | EMAIL ADDRESS | PHONE NUMBER |
|------|--------------|---------------|--------------|
| 9. John Lubberke | City of stockton | | |
| 10. Jim Watson | ASTA-MUD | | |
| 11. Pat Samsell | Association of Retired Employees City of Stockton | | |
| 12. Dwane Milnes | Assoc of Retired Employees of city of Stockton | | |
| 13. Tomas Jundys | IUWS  CWA | | |
| 14. Dave Meza | IAFF Local 456 | | |
| 15. Joe Santella | Operating Engineers Local Union #3 | | |
| 16. Joe Rose | Stockton City Employees Assn, Operating Engineers Local 3 | | |

-2-

OHSUSA:750734960.1

**CONFIDENTIAL**

CITY OF STOCKTON
April 30, 2012
AB 506 Meeting in Sacramento

| NAME | REPRESENTING | EMAIL ADDRESS | PHONE NUMBER |
|------|--------------|---------------|--------------|
| 17. Debra Frasheur | Stockton City Employee's Assoc. | | |
| 18. Veronica Segura | Stockton City Employees' Association | | |
| 19. Alan C. Davis | Stockton POA | | |
| 20. Deborah Collins | Police TiS | | |
| 21. Kristina Burrows | Price Plaintiffs | | |
| 22. Bridget Sanders | Stockton POA | | |
| 23. David E. Mastagni | Stockton POA | | |
| 24. Isaac Stevens | Stockton POA | | |

OHSUSA:750734960.1

CONFIDENTIAL

CITY OF STOCKTON
April 30, 2012
AB 506 Meeting in Sacramento

| NAME | REPRESENTING | EMAIL ADDRESS | PHONE NUMBER |
|------|--------------|---------------|--------------|
| 25. Greg Biddle | IAFF L-456 | | |
| 26. Bryan Carr | IAFF L-456 | | |
| 27. Mark Renner | IAFF L-456 (legal cousel) | | |
| 28. Jim Barry | Pega-a | | |
| 29. Bill Kawa... | Mitz Lewis Counsel to Wells Fargo & Indate Trustees | | |
| 30. Jim Johnston | Dewey & Le Boeuf - Counsel to Franklin | | |
| 31. Max Islinger | Miller Buckire - FA to Assurius.) | | |
| 32. Stuart Fraenkel | miller Buckfire FA to NPFG | | |

-4-

OHSUSA:750734960.1

**CONFIDENTIAL**

CITY OF STOCKTON
April 30, 2012
AB 506 Meeting in Sacramento

| | NAME | REPRESENTING | EMAIL ADDRESS | PHONE NUMBER |
|---|---|---|---|---|
| 33. | Kyle Herman | Miller Buckfire FA to NPFG | | |
| 34. | AUSTIN LOCKE | MILLER BUCKFIRE FA to NPFG | | |
| 35. | John Jordan | NPFG | | |
| 36. | Matt Cohn | NPFG | | |
| 37. | Rodolfo Esquivel | ALVAREZ ? MARSAL FA to RSQUED G. | | |
| 38. | Bill Roberti | Alvarez ? Marsal FA to ASSured G. | | |
| 39. | Nancy Zielke | Alvarez Marsal FA to Assured G | | |
| 40. | Guy Neal | Sidley Austin VP Assured | | |

-5-

OHSUSA:750734960.1

CONFIDENTIAL

CITY OF STOCKTON
April 30, 2012
AB 506 Meeting in Sacramento

| | NAME | REPRESENTING | EMAIL ADDRESS | PHONE NUMBER |
|---|---|---|---|---|
| 41. | Eric Tashman | S. dley UStn LLP for Assurd | | |
| 42. | Stephanie Huffner | Bruce Plaintiffs | | |
| 43. | Todd Williams | Price TJ. | | |
| 44. | Rob McWhorter | CalPERS | | |
| 45. | | | | |
| 46. | | | | |
| 47. | | | | |
| 48. | | | | |

-6-

OHSUSA:750734960.1

CONFIDENTIAL

**CITY OF STOCKTON**
May 1, 2012
AB 506 Meeting in Sacramento

| NAME | REPRESENTING | EMAIL ADDRESS | PHONE NUMBER |
|---|---|---|---|
| 1. RALPH MABEY | Neutral Evaluator | | |
| 2. Wm V. Roberts | A Sun ASSured | | |
| 3. Nancy Zielke | Alvarez & Marsal FA - Assured | | |
| 4. Rodolfo Esquivel | ALVAREZ & MARSAL FA - ASSURED. | | |
| 5. Deborah Collins | Price Tis | | |
| 6. Kristina Burrows | Price Plaintiffs | | |
| 7. Todd Wolfson | Price Plaintiffs | | |
| 8. Stephanie Hafner | Price Plaintiffs | | |

OHSUSA:750734960.1

CONFIDENTIAL

**CITY OF STOCKTON**
May 1, 2012
AB 506 Meeting in Sacramento

| NAME | REPRESENTING | EMAIL ADDRESS | PHONE NUMBER |
|------|--------------|---------------|--------------|
| 9. Kyle Herman | Miller Buckfire NPFG | | |
| 10. Stuart Erickson | Miller Buckfire NPFG | | |
| 11. Max Islinger | Miller Buckfire NPFG | | |
| 12. Austin Locke | MILLER BUCKFIRE NPFG | | |
| 13. Rob McMaster | CalPERS | | |
| 14. Jim Barry | Dexiq | | |
| 15. Peter Sunnell | ARECOS | | |
| 16. Dwane Milnes | ARF-COS | | |

OHSUSA:750734960.1

CONFIDENTIAL

**CITY OF STOCKTON**
May 1, 2012
AB 506 Meeting in Sacramento

| NAME | REPRESENTING | EMAIL ADDRESS | PHONE NUMBER |
|------|--------------|---------------|--------------|
| 17. Bob Leland | NorthChurch | | |
| 18. Kimberly Trammel | City of Stockton | | |
| 19. Anglum Belkenp | Management partners | | |
| 20. John Luebberke | City | | |
| 21. DAVE MILLICAN | City of Stockton | | |
| 22. VANESSA BURKE | COS | | |
| 23. Mike Bridges | Montgomery McCracken | | |
| 24. JOHN JONES | Jones c90 | | |

OHSUSA:750734960.1

-3-

CONFIDENTIAL

CITY OF STOCKTON
May 1, 2012
AB 506 Meeting in Sacramento

| NAME | REPRESENTING | EMAIL ADDRESS | PHONE NUMBER |
|---|---|---|---|
| 25. Jane Marcello | IAFF 456 | | |
| 26. Bryan Carl | IAFF 456 | | |
| 27. Joe Santiello | Operating Engineers Local Union #3 | | |
| 28. Joe Rose | Stockton City Employees Assn; Operating Engineers Local 3 | | |
| 29. Debra Feasbaug | Stockton City Employer's Assoc | | |
| 30. Veronica Segura | Stockton City Employees Assn. | | |
| 31. Bridget Sanders | Stockton POA | | |
| 32. David E. Mastagni | Stk POA | | |

OHSUSA:750734960.1

CONFIDENTIAL

CITY OF STOCKTON
May 1, 2012
AB 506 Meeting in Sacramento

| NAME | REPRESENTING | EMAIL ADDRESS | PHONE NUMBER |
|---|---|---|---|
| 33. Isaac Stevens | Stockton Police Officers' Assn. | | |
| 34. Alan L. Davis | Stockton Police officers' Assn. | | |
| 35. John Knox | Stockton - Orrick | | |
| 36. Marc Levinson | Orrick for City of Stockton | | |
| 37. | | | |
| 38. | | | |
| 39. | | | |
| 40. | | | |

-5-

OHSUSA:750734960.1

# Exhibit C

OUTCOME OF AB 506 MEDIATION SESSIONS

| Participant | Outcome from Mediation (as of June 28, 2012 Petition Date) | Status as of July 20, 2012 |
|---|---|---|
| **Labor Groups** | | |
| Stockton City Employees Association (SCEA) | Many offers and counteroffers exchanged. Tentative agreement reached. Awaiting membership vote, to be followed by consideration by the City Council. | Tentative agreement ratified by union members on June 29. On the July 24 City Council agenda for final approval. |
| Operating Engineers Local Union 3 - Maintenance and Operations Employees | Many offers and counteroffers exchanged. Tentative agreement reached. Awaiting membership vote, to be followed by consideration by the City Council. | Tentative agreement ratified by members of the union on July 13. On the July 24 City Council agenda for final approval. |
| Operating Engineers Local Union 3 - Trades and Maintenance Employees | Many offers and counteroffers exchanged. Tentative agreement reached. Awaiting membership vote, to be followed by consideration by the City Council. | Tentative agreement ratified by members of the union on July 13. On the July 24 City Council agenda for final approval. |
| Operating Engineers Local Union 3 - Water Supervisor Employees | Many offers and counteroffers exchanged. Tentative agreement reached. Awaiting membership vote, to be followed by consideration by the City Council. | Tentative agreement ratified by members of the union on July 13. On the July 24 City Council agenda for final approval. |
| Stockton Police Management Association (SPMA) | Many offers and counteroffers exchanged. Tentative agreement reached. Awaiting membership vote, to be followed by consideration by the City Council. | Tentative agreement ratified by union members on July 11. On the July 24 City Council agenda for final approval. |
| Mid-Management/ Supervisory Level Unit (B&C) | Many offers and counteroffers exchanged. Tentative agreement reached. Awaiting membership vote, to be followed by consideration by the City Council. | Tentative agreement ratified by union members on July 2. On the July 24 City Council agenda for final approval. |
| Stockton Fire Management Unit | Many offers and counteroffers exchanged.  No agreement reached. | No agreement. |

1

| Participant | Outcome from Mediation (as of June 28, 2012 Petition Date) | Status as of July 20, 2012 |
|---|---|---|
| International Association of Firefighters Local 456 | Many offers and counteroffers exchanged. No agreement reached. | No agreement. |
| Stockton Police Officers Association (SPOA) | Many offers and counteroffers exchanged. No agreement reached. | No agreement. |
| **Retired Employees** | | |
| Association of Retired Employees of the City of Stockton | ARECOS made two counteroffers, but no agreement reached. | No agreement. |
| **Banking, Financial Institutions and Insurers (Debt)** | | |
| Assured Guaranty | No counteroffer and no agreement reached. | No agreement. |
| Franklin Advisers | Exchange of counteroffers, but no agreement reached. | No agreement. |
| National Public Finance Guarantee Corporation | No counteroffer and no agreement reached. | No agreement. |
| Wells Fargo Bank, National Association, as Indenture Trustee | No counteroffer and no agreement reached. | No agreement. |
| **Others** | | |
| Howard Jarvis Taxpayers Association | No counteroffer and no agreement reached. | No agreement. |
| Price Case plaintiffs | Exchange of counteroffers, but no agreement reached. | No agreement. |

OHSUSA:750998205.2

2