FILED
August 09, 2012
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0004382290

4

JAMES O. JOHNSTON (SBN 167330)
JONES DAY
555 South Flower Street, 50th Floor
Los Angeles, CA 90071
Telephone:    (213) 489-3939
Facsimile:    (213) 243-2539
jjohnston@jonesday.com

JOSHUA D. MORSE (SBN 211050)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone:    (415) 626-3939
Facsimile:    (415) 875-5700
jmorse@jonesday.com

*Counsel for
Franklin Advisers, Inc.*

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re: | Case No. 12-32118 (CMK) |
| CITY OF STOCKTON, CALIFORNIA, | DC No: OHS-1 |
| Debtor. | Chapter 9 |
| | **FRANKLIN ADVISERS, INC.'S OBJECTION TO (A) THE CITY OF STOCKTON'S STATEMENT OF QUALIFICATIONS AND ELIGIBILITY TO BE A CHAPTER 9 DEBTOR PURSUANT TO SECTIONS 109(c) AND 921(c) OF THE BANKRUPTCY CODE; AND (B) ENTRY OF AN ORDER FOR RELIEF PURSUANT TO SECTION 921(d) OF THE BANKRUPTCY CODE** |
| | <u>Status Conference</u> |
| | Date: Thursday, August 23, 2012<br>Time: 10:00 a.m.<br>Place: United States Courthouse,<br>         Dept. A, Courtroom 28<br>         501 I Street<br>         Sacramento, CA 95814 |

In accordance with the Court's *Order Directing And Approving Form Of Notice And Setting Deadline For Filing Objections To The City Of Stock, California's Petition* [Docket No. 299], Franklin Advisers, Inc. ("Franklin"), a creditor of the City of Stockton (the "City"), hereby objects to (A) the *Statement Of Qualifications Under Section 109(c)* [Docket No. 5 / OHS-1] (the "Statement") filed by the City on June 28, 2012 (the "Petition Date") and the City's *Voluntary Petition* (the "Petition") pursuant to chapter 9 of title 11 of the United States Code (the "Bankruptcy Code"); and (B) the entry of an order for relief under section 921(d) of the Bankruptcy Code, in each case on the ground that the City has not proven that it qualifies to be a debtor under sections 109(c) and/or section 921(c) of the Bankruptcy Code.

In support of this Objection, Franklin answers the Statement as follows:

1. Franklin admits the allegation in paragraph 1 of the Statement that "[t]he City is a municipality, as such term is defined in Section 101(40)" of the Bankruptcy Code.

2. Franklin denies the allegation in paragraph 2 of the Statement that "[t]he City is specifically authorized in its capacity as a municipality to be a debtor under chapter by the laws of the State of California."  Specifically, Franklin denies that "the City has negotiated in good faith" in the "neutral evaluation process" conducted pursuant to section 53760 of the California Government Code, as alleged in the second sentence of paragraph 2 of the Statement.  Among other things, Franklin alleges that the City's failure to negotiate with, and to seek any concessions from, the California Public Employees' Retirement System ("CalPERS") during and as part of the neutral evaluation process disqualifies the City from authorization under section 53760 of the California Government Code.  Franklin notes that the City has not responded to informal discovery requests made by Franklin and other constituents intended, in part, to enable Franklin to test the City's allegation of good faith.

3. Franklin lacks knowledge or information sufficient to form a belief as to the truth of the allegation in paragraph 3 of the Statement that "[t]he City is insolvent within the meaning of Section 101(32)(C)" of the Bankruptcy Code and on that basis denies such allegation. Franklin notes

- 2 -

FRANKLIN ADVISERS, INC.'S OBJ. TO (A) THE CITY OF STOCKTON'S
STMT. OF QUALS. AND ELIGIBILITY TO BE A CHAPTER 9 DEBTOR PURSUANT TO
SECTIONS 109(c) AND 921(c); AND (B) ENTRY OF AN ORD. FOR RELIEF PURSUANT TO SECTION 921(d)

that the City has not responded to informal discovery requests made by Franklin and other constituents intended, in part, to enable Franklin to test the City's allegation of insolvency.

4. Franklin admits the allegation in paragraph 4 of the Statement that "[t]he City desires to effect a plan to adjust its debts."

5. In response to subsection (a) of paragraph 5 of the Statement, Franklin denies the allegation that the City "has negotiated in good faith" with its creditors. Among other things, Franklin alleges that the City lacks good faith due to its failure to negotiate with, and to seek any concessions from, CalPERS during its pre-bankruptcy negotiations with creditors. Franklin notes that the City has not responded to informal discovery requests made by Franklin and other constituents intended, in part, to enable Franklin to test the City's allegation of good faith. Franklin lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in subsection (b) of paragraph 5 of the Statement and on that basis denies them.

6. The foregoing objections are based on information currently available to Franklin. Additional information has been requested from the City. As of the date hereof, however, the City has not provided such information to Franklin. Franklin therefore expressly reserves the right amend this Objection to allege additional objections and/or defenses to the Statement and the City's Petition based upon information obtained in its ongoing investigation of the City and in discovery regarding this matter.

7. Franklin further joins in the objections filed by Assured Guaranty Corp., Assured Guaranty Municipal Corp., and National Public Finance Guarantee Corporation. Franklin also expressly reserves the right to amend this Objection to allege additional objections and/or defenses to the Statement and the Petition based on grounds raised by other parties in interest or otherwise.

WHEREFORE, for the foregoing reasons, Franklin objects to the City's Statement and Petition and to the entry of an order for relief under section 921(d) of the Bankruptcy Code, in each case on the ground that the City has not proven that it qualifies to be a debtor under sections 109(c) and/or 921(c) of the Bankruptcy Code.

Dated: August 9, 2012                    JONES DAY

By:    /s/ James O. Johnston
James O. Johnston
Joshua D. Morse

*Counsel for*
*Franklin Advisers, Inc.*

- 4 -

FRANKLIN ADVISERS, INC.'S OBJ. TO (A) THE CITY OF STOCKTON'S STMT. OF QUALS. AND ELIGIBILITY TO BE A CHAPTER 9 DEBTOR PURSUANT TO SECTIONS 109(c) AND 921(c); AND (B) ENTRY OF AN ORD. FOR RELIEF PURSUANT TO SECTION 921(d)