| | |
|---|---|
| 1 | MARTHA J. SIMON (State Bar No. 98251)<br>**LAW OFFICES OF MARTHA J. SIMON** |
| 2 | 155 Montgomery Street, Suite 1004<br>San Francisco, California 94104 |
| 3 | Telephone: (415) 434-1888<br>Facsimile:  (415) 434-1880 |
| 4 | |
| 5 | Attorneys for Pacific Gas & Electric Company |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

In re                                                      ) Case No. 12-32118-C-9
                                                           )
                                                           ) Chapter 9
CITY OF STOCKTON, CALIFORNIA    )
                                                           ) REQUEST FOR SPECIAL NOTICE
                                                           ) AND INCLUSION IN MASTER
             Debtor                                  ) MAILING LIST
                                                           )
                                                           )

TO THE CLERK OF THE BANKRUPTCY COURT, THE DEBTOR, PARTIES IN INTEREST, AND COUNSEL OF RECORD:

Pursuant to Federal Rule of Bankruptcy Procedure 2002, the Law Offices of Martha J. Simon, attorneys for Pacific Gas & Electric Company, hereby requests copies of all notices or other documents to be mailed, emailed or telecopied to creditors or parties in interest in the above-captioned case, and requests that all matters noticed to creditors, any creditors' committees, and any other parties in interest, be sent to the undersigned, and that the following be added to the court's master mailing list:

Martha J. Simon
Law Offices of Martha J. Simon
155 Montgomery Street, Suite 1004
San Francisco, CA 94104
mjs@mjsimonlaw.com

LAW OFFICES OF MARTHA J. SIMON

Dated:   April 12, 2013                                  s/Martha J. Simon
                                                                        Martha J. Simon
                                                                        Attorneys for Pacific Gas & Electric Company