Fred B. Burnside
Hugh R. McCullough
DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, Washington 98101
Telephone:    (206) 622-3150
Facsimile:    (206) 757-7700
Email: hughmccullough@dwt.com

Andrew Patterson (CA State Bar No. 267989)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California  94111
Telephone:   (415) 276-6500
Facsimile:   (415) 276-6599
Email:   andrewpatterson@dwt.com

Attorneys for Redflex Traffic Systems, Inc.

UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>CITY OF STOCKTON, CALIFORNIA<br><br>Debtor. | Case No. 2012-32118<br><br>**Chapter 9**<br><br>**NOTICE OF APPEARANCE OF COUNSEL FOR REDFLEX TRAFFIC SYSTEMS, INC. AND REQUEST FOR SPECIAL NOTICE**<br><br>**[No Hearing Required]** |

**PLEASE TAKE NOTICE** that the undersigned firm of Davis Wright Tremaine LLP hereby enters an appearance on behalf of Redflex Traffic Systems, Inc**. ("Redflex"**) in the above-captioned proceedings, and hereby requests, pursuant to Rules 2002, 3017 and 9007 of the Federal Rules of Bankruptcy Procedure, and pursuant to any other applicable rule or statute, that notice of all matters which may come before the Court be given as follows:

---

NOTICE OF APPEARANCE OF COUNSEL FOR REDFLEX TRAFFIC SYSTEMS and REQUEST FOR SPECIAL NOTICE
DWT 21634720v2 0090234-14
Case No. 2012-32118

| | |
|---|---|
| Fred B. Burnside<br>Hugh R. McCullough<br>DAVIS WRIGHT TREMAINE LLP<br>1201 Third Avenue, Suite 2200<br>Seattle, Washington 98101<br>Telephone:   (206) 622-3150<br>Facsimile:   (206) 757-7700<br>Email:  fredburnside@dwt.com<br>           hughmccullough@dwt.com | Andrew Patterson (CA State Bar No. 267989)<br>DAVIS WRIGHT TREMAINE LLP<br>505 Montgomery Street, Suite 800<br>San Francisco, California  94111<br>Telephone:   (415) 276-6500<br>Facsimile:   (415) 276-6599<br>Email:   andrewpatterson@dwt.com |

The foregoing request includes, without limitation, all notices, papers and disclosure statements referred to in Rules 2002, 3017 and 9007 of the Federal Rules of Bankruptcy Procedure, and also includes notice of any orders, applications, complaints, demands, hearings, motions, petitions, pleadings or requests, and any other documents brought before the Court in this case, whether formal or informal, whether written or oral, however transmitted or conveyed.  By this notice of appearance, the undersigned attorneys are not consenting to accept service of process.

By submitting this notice, Redflex does not waive its rights to (i) have final orders in non-core and other matters outside the constitutional authority of the Court entered only after *de novo* review by a District Judge, (ii) trial by jury in any proceeding in this case or any related case or proceeding, and (iii) request that the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal.  Redflex does not waive and expressly reserves any other rights, claims, actions, setoffs, or rights to recoupment to which it may be entitled, in law or equity.

Date:  April 17, 2013

        DAVIS WRIGHT TREMAINE LLP

        By:   /s/ Andrew Patterson

        Fred B. Burnside
        Hugh R. McCullough
        Andrew Patterson (CA 267989)
        Attorneys for REDFLEX TRAFFIC SYSTEMS, INC.