Julie E. Oelsner, State Bar No. 125432
**weintraub tobin** chediak coleman grodin
law corporation
400 Capitol Mall, 11th Floor
Sacramento, CA 95814
(916) 558-6000 – Telephone
(916) 446-1611 – Facsimile

Attorneys for California Law Enforcement Association

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In Re

CITY OF STOCKTON,

Debtor.

Case No. 12-32118-C-9
Chapter 9

REQUEST FOR SPECIAL NOTICE

TO THE DEBTOR, ITS COUNSEL OF RECORD, THE U.S. TRUSTEE AND PARTIES IN INTEREST:

PLEASE TAKE NOTICE that the CALIFORNIA LAW ENFORCEMENT ASSOCIATION by and through counsel, JULIE E. OELSNER, of WEINTRAUB TOBIN CHEDIAK COLEMAN GRODIN LAW CORPORATION ("Weintraub") hereby requests that all notices given or required to be served in this case and all matters filed in this case be given to and served upon it as follows:

Julie E. Oelsner
Counsel for California Law Enforcement Association
**weintraub tobin** chediak coleman grodin law corporation
400 Capitol Mall, Suite 1100
Sacramento, CA  95814
Facsimile:  (916) 446-1611
E-Mail:  joelsner@weintraub.com

///

///

///

///

///

{1622384.DOC;}                           1                           REQUEST FOR SPECIAL NOTICE

PLEASE TAKE FURTHER NOTICE that the foregoing request includes notices of any application, motion, petition, pleadings, request, complaint, or demand, whether formal or informal, written or oral, or whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise, which affects or seeks to affect in any way the interested party, the creditor, the Debtors, interests, the rights or interests of Weintraub's aforementioned client, or any other persons' entities' right or interest to the estate.

Dated: April 18, 2013

**weintraub tobin** chediak coleman grodin
law corporation

By: /s/ Julie E. Oelsner
Julie E. Oelsner, State Bar No. 125432
Attorneys for California Law Enforcement Association