**2**

1 | MARC A. LEVINSON (STATE BAR NO. 57613)
malevinson@orrick.com
2 | NORMAN C. HILE (STATE BAR NO. 57299)
nhile@orrick.com
3 | JOHN W. KILLEEN (STATE BAR NO. 258395)
jkilleen@orrick.com
4 | ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
5 | Sacramento, California  95814-4497
Telephone:     +1-916-447-9200
6 | Facsimile:     +1-916-329-4900

7 | Attorneys for Debtor
City of Stockton
8

9 |                     UNITED STATES BANKRUPTCY COURT

10 |                     EASTERN DISTRICT OF CALIFORNIA

11 |                         SACRAMENTO DIVISION

12

13 | In re:                                  Case No.  2012-32118

14 | CITY OF STOCKTON, CALIFORNIA,           Chapter 9

15 |              Debtor.                    **NOTICE OF STATUS CONFERENCE**

16 |                                         Date:        June 12, 2013
                                            Time:        3:00 p.m.
17 |                                         Dept:        Courtroom 35
                                            Judge:       Hon. Christopher M. Klein
18

19 |         PLEASE TAKE NOTICE that Chief United States Bankruptcy Judge Christopher M.

20 | Klein has scheduled a status conference for June 12, 2013 at 3:00 p.m. in Courtroom 35, located

21 | on the 6th floor of the United States Courthouse, 501 I Street, Sacramento, California, 95814.

22 |         PLEASE TAKE FURTHER NOTICE that creditors and parties in interest are invited to

23 | attend the status conference but are not required to do so.

24 |         PLEASE TAKE FURTHER NOTICE that the self-set calendaring procedure of the

25 | United States Bankruptcy Court for the Eastern District of California notwithstanding, creditors

26 | ///

27 | ///

28 | ///

1  and parties in interest may schedule any motion in this case for such time and date, subject to the

2  response and other deadlines enumerated in Local Rule 9014-1.

3

4  Dated: April 26, 2013                    MARC A. LEVINSON

5                                           NORMAN C. HILE
                                            JOHN W. KILLEEN
6                                           Orrick, Herrington & Sutcliffe LLP

7

8                                           By: _____ /s/ Marc A. Levinson _____
                                                    MARC A. LEVINSON
9                                               Attorneys for Debtor
                                                City of Stockton

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28