**54**

1  ROBERT K. SALL (SBN 83782)
   rsall@sall-lawoffice.com
2  SUZANNE BURKE SPENCER (SBN 188597)
   sburke@sall-lawoffice.com
3  MICHAEL A. SALL (SBN 287981)
   msall@sall-lawoffice.com
4  THE SALL LAW FIRM
   A Professional Corporation
5  32351 Coast Highway
   Laguna Beach, CA 92651
6  Telephone: 949-499-2942
   Facsimile:  949-499-7403
7
   Attorneys for Party in Interest California Public Employees' Retirement System
8
9              UNITED STATES BANKRUPTCY COURT
10              EASTERN DISTRICT OF CALIFORNIA
11                 SACRAMENTO DIVISION

12 | In re | Case No.    2012-32118
13 | CITY OF STOCKTON, CALIFORNIA, | DC No. SLF-1
14 |   | Chapter 9
   |                    Debtor. |
15 |   | **EXHIBITS 1 TO 12 TO THE**
   |   | **DECLARATION OF MICHAEL J.**
16 |   | **GEARIN IN SUPPORT OF MOTION**
   |   | **OF PARTY IN INTEREST CALPERS**
17 |   | **TO DISQUALIFY WINSTON &**
   |   | **STRAWN LLP**
18 |   |
   |   | Date:    July 2, 2013
19 |   | Time:    9:30 a.m.
   |   | Place:   United States Courthouse
20 |   |          Dept. C, Courtroom 35
   |   |          501 I Street
21 |   |          Sacramento, CA 95814
22
23

| Exhibit No. | Description | Page No. |
|---|---|---|
| 1 | Redacted version of the time records relating to the services performed for CalPERS in the Chapter 9 Cases by Mr. Parrish, Mr. Lebioda and Mr. Petraglia | 3 |
| 2 | Letter from Thomas Cottingham to Michael J Gearin, dated April 19, 2013 | 13 |

| Exhibit No. | Description | Page No. |
|:---:|:---|:---:|
| 3 | Email from Felton Parrish to Michael J. Gearin, dated April 22, 2013 | 15 |
| 4 | Letter from Thomas Cottingham to Peter Mixon, dated April 22, 2013 | 16 |
| 5 | Letter from Michael J. Gearin to Thomas Cottingham, dated April 24, 2013 | 18 |
| 6 | Letter from Lawrence Desideri to Michael J. Gearin, dated April 29, 2013 | 20 |
| 7 | Selected emails between Felton Parrish and Megan Henry, dated April 22, 2013 | 23 |
| 8 | Redacted copy of multiple emails dated October 8, 2012, October 18, 2012, December 16, 2012, January 10, 2013, January 13, 2013, and January 18, 2013 to or from Felton Parrish's personal email address identified as feltonparrish@hotmail.com which were routed through his office email at K&L Gates | 30 |
| 9 | Letter from Thomas Cottingham to Michael J. Gearin, dated May 13, 2013 | 43 |
| 10 | Letter from Michael J. Gearin to Thomas Cottingham, dated May 14, 2013 | 45 |
| 11 | Letter from Lawrence Desideri to Michael J. Gearin, dated May 17, 2013 | 49 |
| 12 | Email between Matthew Cohn and John J. Jordan, dated June 11, 2012 | 52 |

MDQ W&S - Exhibit Document.doc

2

EXHIBITS 1 TO 12 TO THE DECLARATION OF
MICHAEL J. GEARIN IN SUPPORT OF MOTION OF
CALPERS TO DISQUALIFY WINSTON & STRAWN LLP

| Index | Matter | Date | Timekeeper | Name | Title | Hours | Amount | Narrative | TASK | ACTIVITY | Bill Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 63711106 | 2037631.00191 | 10/24/2012 | 28050 | Parrish (NLH), Felton E | Partner | 0.8 | | Review mediation statement filed by Capital Markets creditors | | | 11/12/2012 |
| 64557934 | 2037631.00191 | 1/17/2013 | 28050 | Parrish (NLH), Felton E | Partner | 0.5 | | Review 9010 Motion | | 8 P | 3/31/2013 |
| 63429026 | 2037631.00195 | 9/27/2012 | 28050 | Parrish (NLH), Felton E | Partner | 3.8 | | Conference with J. Culver, M. Gearin and M. Lubic regarding stay issues, research regarding stay issues | | | 10/15/2012 |
| 63445381 | 2037631.00195 | 9/28/2012 | 28050 | Parrish (NLH), Felton E | Partner | 2.3 | | Legal research regarding automatic stay issues | | | 10/15/2012 |
| 63445416 | 2037631.00195 | 9/28/2012 | 28050 | Parrish (NLH), Felton E | Partner | 0.7 | | Review automatic stay issues | | | 10/15/2012 |
| 63594039 | 2037631.00195 | 9/28/2012 | 28050 | Parrish (NLH), Felton E | Partner | 1.0 | | Conference with J. Culver regarding same | | | 10/15/2012 |
| 63594041 | 2037631.00195 | 9/28/2012 | 28050 | Parrish (NLH), Felton E | Partner | 1.8 | | Conference with M. Gearin, M. Lubic & J. Culver regarding automatic stay issues | | | 10/15/2012 |
| 63466305 | 2037631.00195 | 10/1/2012 | 28050 | Parrish (NLH), Felton E | Partner | 0.2 | | Conference with N. Lebioda regarding 922 stay issues | | | 11/12/2012 |
| 63539434 | 2037631.00195 | 10/8/2012 | 28050 | Parrish (NLH), Felton E | Partner | 0.2 | | Correspondence with M. Lubic regarding stay issues | | | 11/12/2012 |
| 63539495 | 2037631.00195 | 10/8/2012 | 28050 | Parrish (NLH), Felton E | Partner | 1.5 | | Review automatic stay issues | | | 11/12/2012 |
| 63551541 | 2037631.00195 | 10/9/2012 | 28050 | Parrish (NLH), Felton E | Partner | 0.6 | | Review mediation statement and claim issue; conference with N. Lebioda regarding research issues | | | 11/12/2012 |
| 63551679 | 2037631.00195 | 10/9/2012 | 28050 | Parrish (NLH), Felton E | Partner | 0.4 | | Review memo from N. Lebioda regarding for automatic stay purposes | | | 11/12/2012 |
| 63551798 | 2037631.00195 | 10/9/2012 | 28050 | Parrish (NLH), Felton E | Partner | 1.5 | | Review issues regarding classification of Calpers claims and automatic stay | | | 11/12/2012 |
| 63567761 | 2037631.00195 | 10/10/2012 | 28050 | Parrish (NLH), Felton E | Partner | 0.2 | | Correspondence with J. Culver regarding existing issues | | | 11/12/2012 |
| 63567766 | 2037631.00195 | 10/10/2012 | 28050 | Parrish (NLH), Felton E | Partner | 0.6 | | Prepare for conference call | | | 11/12/2012 |
| 63567987 | 2037631.00195 | 10/10/2012 | 28050 | Parrish (NLH), Felton E | Partner | 2.0 | | Participate in conference call regarding state court remedies and automatic stay issues | | | 11/12/2012 |
| 63611473 | 2037631.00195 | 10/11/2012 | 28050 | Parrish (NLH), Felton E | Partner | 2.3 | | Review California litigation issues | | | 11/12/2012 |
| 63612181 | 2037631.00195 | 10/15/2012 | 28050 | Parrish (NLH), Felton E | Partner | 2.4 | | Research standards for 362(b)(6) stay exception | | | 11/12/2012 |
| 63612198 | 2037631.00195 | 10/15/2012 | 28050 | Parrish (NLH), Felton E | Partner | 0.5 | | Participate in internal conference call regarding California litigation | | | 11/12/2012 |
| 63623095 | 2037631.00195 | 10/16/2012 | 28050 | Parrish (NLH), Felton E | Partner | 2.2 | | Review automatic stay issues | | | 11/12/2012 |
| 63640207 | 2037631.00195 | 10/17/2012 | 28050 | Parrish (NLH), Felton E | Partner | 7.6 | | Draft memo regarding automatic stay issues | | | 11/12/2012 |
| 63649348 | 2037631.00195 | 10/18/2012 | 28050 | Parrish (NLH), Felton E | Partner | 8.7 | | Review automatic stay issues and begin drafting memo regarding same | | | 11/12/2012 |
| 63663644 | 2037631.00195 | 10/19/2012 | 28050 | Parrish (NLH), Felton E | Partner | 5.7 | | Draft memo regarding automatic stay issues | | | 11/12/2012 |
| 63663651 | 2037631.00195 | 10/19/2012 | 28050 | Parrish (NLH), Felton E | Partner | 0.8 | | Participate in conference call regarding California litigation issues | | | 11/12/2012 |
| 63880919 | 2037631.00195 | 10/22/2012 | 28050 | Parrish (NLH), Felton E | Partner | 4.8 | | Research bankruptcy options | | | 11/12/2012 |
| 63880926 | 2037631.00195 | 10/22/2012 | 28050 | Parrish (NLH), Felton E | Partner | 1.7 | | Begin drafting memo regarding bankruptcy options | | | 11/12/2012 |
| 63696539 | 2037631.00195 | 10/23/2012 | 28050 | Parrish (NLH), Felton E | Partner | 6.4 | | Finalize memos regarding bankruptcy issues and options | | | 11/12/2012 |
| 63711237 | 2037631.00195 | 10/24/2012 | 28050 | Parrish (NLH), Felton E | Partner | 0.4 | | Review email from J. Boos regarding strategy issues | | | 11/12/2012 |
| 63736346 | 2037631.00195 | 10/26/2012 | 28050 | Parrish (NLH), Felton E | Partner | 0.3 | | Review email from M. Lubic regarding executory contract and automatic stay issues | | | 11/12/2012 |
| 63736358 | 2037631.00195 | 10/26/2012 | 28050 | Parrish (NLH), Felton E | Partner | 1.9 | | Memorandum to M. Lubic regarding executory contract and automatic stay issues | | | 11/12/2012 |
| 63736396 | 2037631.00195 | 10/26/2012 | 28050 | Parrish (NLH), Felton E | Partner | 0.3 | | Correspondence with M. Gearin regarding Jefferson County bankruptcy decisions | | | 11/12/2012 |
| 63736403 | 2037631.00195 | 10/26/2012 | 28050 | Parrish (NLH), Felton E | Partner | 2.0 | | Review Jefferson County decisions | | | 11/12/2012 |
| 63736595 | 2037631.00195 | 10/28/2012 | 28050 | Parrish (NLH), Felton E | Partner | 0.8 | | Correspondence with M. Lubic and J. Culver regarding | | | 11/12/2012 |
| 63750742 | 2037631.00195 | 10/29/2012 | 28050 | Parrish (NLH), Felton E | Partner | 0.5 | | Review | | | 11/12/2012 |

Exhibit 1
Page 3

| Index | Matter | Date | Timekeeper | Name | Title | Hours | Amount | Narrative | TASK | ACTIVITY | Bill Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 63750786 | 2037631.00195 | 10/29/2012 | 28050 | Parrish (NLH), Felton E | Partner | 2.7 | | Legal research regarding | | | 11/12/2012 |
| 63750987 | 2037631.00195 | 10/29/2012 | 28050 | Parrish (NLH), Felton E | Partner | 2.8 | | Legal research regarding | | | 11/12/2012 |
| 63764448 | 2037631.00195 | 10/30/2012 | 28050 | Parrish (NLH), Felton E | Partner | 4.6 | | Draft memos to M. Lubic and M. Gearin regarding | | | 11/12/2012 |
| 63863661 | 2037631.00195 | 11/7/2012 | 28050 | Parrish (NLH), Felton E | Partner | 0.6 | | Telephone call with M. Lubic regarding relief from stay issues | | | 11/30/2012 |
| 63951979 | 2037631.00195 | 11/14/2012 | 28050 | Parrish (NLH), Felton E | Partner | 0.7 | | Review automatic stay issues | | | 11/30/2012 |
| 63951989 | 2037631.00195 | 11/14/2012 | 28050 | Parrish (NLH), Felton E | Partner | 1.1 | | Participate in conference call regarding automatic stay issues and enforcement against San Bernardino | | | 11/30/2012 |
| 63952000 | 2037631.00195 | 11/14/2012 | 28050 | Parrish (NLH), Felton E | Partner | 0.9 | | Review San Bernardino bankruptcy filings | | | 11/30/2012 |
| 63971248 | 2037631.00195 | 11/15/2012 | 28050 | Parrish (NLH), Felton E | Partner | 1.5 | | Review San Bernadino bankruptcy filings | | | 11/30/2012 |
| 63971262 | 2037631.00195 | 11/15/2012 | 28050 | Parrish (NLH), Felton E | Partner | 3.4 | | Draft motion for relief from stay | | | 11/30/2012 |
| 63987844 | 2037631.00195 | 11/16/2012 | 28050 | Parrish (NLH), Felton E | Partner | 3.6 | | Review automatic stay issues | | | 11/30/2012 |
| 63987848 | 2037631.00195 | 11/16/2012 | 28050 | Parrish (NLH), Felton E | Partner | 3.0 | | Draft motion for relief from stay | | | 11/30/2012 |
| 63987888 | 2037631.00195 | 11/16/2012 | 28050 | Parrish (NLH), Felton E | Partner | 0.7 | | Memorandum to M. Lubic regarding draft stay relief motion | | | 11/30/2012 |
| 63987946 | 2037631.00195 | 11/18/2012 | 28050 | Parrish (NLH), Felton E | Partner | 0.4 | | Review emails from M. Lubic regarding pendency plan filed by San Bernadino | | | 11/30/2012 |
| 64012728 | 2037631.00195 | 11/19/2012 | 28050 | Parrish (NLH), Felton E | Partner | 0.6 | | Review email from M. Lubic regarding revisions to stay relief motion | | | 11/30/2012 |
| 64012744 | 2037631.00195 | 11/19/2012 | 28050 | Parrish (NLH), Felton E | Partner | 0.3 | | Memo to M. Lubic | | | 11/30/2012 |
| 64012824 | 2037631.00195 | 11/19/2012 | 28050 | Parrish (NLH), Felton E | Partner | 2.6 | | Review administrative expense and stay relief issues | | | 11/30/2012 |
| 64012833 | 2037631.00195 | 11/19/2012 | 28050 | Parrish (NLH), Felton E | Partner | 2.3 | | Revise motion for stay relief | | | 11/30/2012 |
| 64012896 | 2037631.00195 | 11/19/2012 | 28050 | Parrish (NLH), Felton E | Partner | 0.7 | | Memorandum to M. Lubic regarding revised motion | | | 11/30/2012 |
| 64012962 | 2037631.00195 | 11/20/2012 | 28050 | Parrish (NLH), Felton E | Partner | 0.3 | | Review article regarding term, notice issues | | | 11/30/2012 |
| 64012970 | 2037631.00195 | 11/20/2012 | 28050 | Parrish (NLH), Felton E | Partner | 0.7 | | Review stay relief issues | | | 11/30/2012 |
| 64048009 | 2037631.00195 | 11/26/2012 | 28050 | Parrish (NLH), Felton E | Partner | 0.2 | | Review memo from M. Lubic regarding administrative claim issue | | | 11/30/2012 |
| 64048015 | 2037631.00195 | 11/26/2012 | 28050 | Parrish (NLH), Felton E | Partner | 2.4 | | Review research regarding administrative claim issue | | | 11/30/2012 |
| 64048040 | 2037631.00195 | 11/26/2012 | 28050 | Parrish (NLH), Felton E | Partner | 1.4 | | Memo to M. Lubic regarding administrative claim issues | | | 11/30/2012 |
| 64059700 | 2037631.00195 | 11/27/2012 | 28050 | Parrish (NLH), Felton E | Partner | 0.5 | | Review comments to stay relief motion | | | 11/30/2012 |
| 64059777 | 2037631.00195 | 11/27/2012 | 28050 | Parrish (NLH), Felton E | Partner | 2.6 | | Review California cases regarding Calpers state law issues | | | 11/30/2012 |
| 64059802 | 2037631.00195 | 11/27/2012 | 28050 | Parrish (NLH), Felton E | Partner | 1.4 | | Review stay relief motion | | | 11/30/2012 |
| 64075338 | 2037631.00195 | 11/28/2012 | 28050 | Parrish (NLH), Felton E | Partner | 0.6 | | Review final form of motion | | | 11/30/2012 |
| 64085641 | 2037631.00195 | 11/29/2012 | 28050 | Parrish (NLH), Felton E | Partner | 0.3 | | Review articles regarding stay relief motion | | | 11/30/2012 |
| 64119643 | 2037631.00195 | 12/3/2012 | 28050 | Parrish (NLH), Felton E | Partner | 0.2 | | Review Ambac Brief | | | 1/30/2013 |
| 64119653 | 2037631.00195 | 12/3/2012 | 28050 | Parrish (NLH), Felton E | Partner | 1.3 | | Review filings by Ambac and City of San Bernardino regarding eligibility | | | 1/30/2013 |
| 64119670 | 2037631.00195 | 12/3/2012 | 28050 | Parrish (NLH), Felton E | Partner | 1.2 | | Review administrative claim issues in chapter 9 cases | | | 1/30/2013 |
| 64119692 | 2037631.00195 | 12/3/2012 | 28050 | Parrish (NLH), Felton E | Partner | 1.2 | | Participate in conference call regarding San Bernardino stay and eibility issues | | | 1/30/2013 |
| 64136008 | 2037631.00195 | 12/4/2012 | 28050 | Parrish (NLH), Felton E | Partner | 0.2 | | Review correspondence from M. Lubic and M. Gearin | | | 1/30/2013 |
| 64138145 | 2037631.00195 | 12/4/2012 | 28050 | Parrish (NLH), Felton E | Partner | 0.7 | | Conference call regarding administrative claim and pension issues | | | 1/30/2013 |
| 64152959 | 2037631.00195 | 12/5/2012 | 28050 | Parrish (NLH), Felton E | Partner | 0.4 | | Research administrative claim issues | | | 1/30/2013 |
| 64173840 | 2037631.00195 | 12/6/2012 | 28050 | Parrish (NLH), Felton E | Partner | 0.9 | | Participate in weekly status conference call | | | 1/30/2013 |
| 64173850 | 2037631.00195 | 12/6/2012 | 28050 | Parrish (NLH), Felton E | Partner | 5.3 | | Draft administrative expense section to response brief | | | 1/30/2013 |

Exhibit 1
Page 4

| Index | Matter | Date | Timekeeper | Name | Title | Hours | Amount | Narrative | TASK | ACTIVITY | Bill Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 64198784 | 2037631.00195 | 12/7/2012 | 28050 | Parrish (NLH), Felton E | Partner | 6.3 | | Draft insert to response regarding administrative claim issue | | | 1/30/2013 |
| 64198789 | 2037631.00195 | 12/7/2012 | 28050 | Parrish (NLH), Felton E | Partner | 0.4 | | Memo to M. Lubic and M. Gearin regarding draft insert | | | 1/30/2013 |
| 64216475 | 2037631.00195 | 12/10/2012 | 28050 | Parrish (NLH), Felton E | Partner | 3.4 | | Research regarding administrative claim issues | | | 1/30/2013 |
| 64216484 | 2037631.00195 | 12/10/2012 | 28050 | Parrish (NLH), Felton E | Partner | 2.3 | | Review legislative history regarding administrative expenses | | | 1/30/2013 |
| 64216498 | 2037631.00195 | 12/10/2012 | 28050 | Parrish (NLH), Felton E | Partner | 0.8 | | Memorandum to M. Gearin regarding legislative history | | | 1/30/2013 |
| 64216516 | 2037631.00195 | 12/10/2012 | 28050 | Parrish (NLH), Felton E | Partner | 0.6 | | Review bondholder response to stay relief motion | | | 1/30/2013 |
| 64233461 | 2037631.00195 | 12/11/2012 | 28050 | Parrish (NLH), Felton E | Partner | 0.5 | | Revise administrative expense section to eligibility brief | | | 1/30/2013 |
| 64233471 | 2037631.00195 | 12/11/2012 | 28050 | Parrish (NLH), Felton E | Partner | 2.9 | | Revise administrative expense section to eligibility brief | | | 1/30/2013 |
| 64233481 | 2037631.00195 | 12/11/2012 | 28050 | Parrish (NLH), Felton E | Partner | 0.3 | | Memorandum to B. Pederson regarding revised eligibility brief section | | | 1/30/2013 |
| 64233491 | 2037631.00195 | 12/11/2012 | 28050 | Parrish (NLH), Felton E | Partner | 1.7 | | Review objection to stay relief filed by City and bondholder | | | 1/30/2013 |
| 64233496 | 2037631.00195 | 12/11/2012 | 28050 | Parrish (NLH), Felton E | Partner | 2.8 | | Research automatic stay issues | | | 1/30/2013 |
| 64233509 | 2037631.00195 | 12/11/2012 | 28050 | Parrish (NLH), Felton E | Partner | 1.8 | | Conference call with Mesirow regarding | | | 1/30/2013 |
| 64233524 | 2037631.00195 | 12/11/2012 | 28050 | Parrish (NLH), Felton E | Partner | 0.3 | | Conference with N. Lebioda regarding stay issues | | | 1/30/2013 |
| 64233530 | 2037631.00195 | 12/11/2012 | 28050 | Parrish (NLH), Felton E | Partner | 2.9 | | Begin outlining stay motion reply | | | 1/30/2013 |
| 64253788 | 2037631.00195 | 12/12/2012 | 28050 | Parrish (NLH), Felton E | Partner | 3.2 | | Draft stay relief reply | | | 1/30/2013 |
| 64253839 | 2037631.00195 | 12/12/2012 | 28050 | Parrish (NLH), Felton E | Partner | 0.4 | | Telephone call with M. Ryan regarding 903 issues | | | 1/30/2013 |
| 64253852 | 2037631.00195 | 12/12/2012 | 28050 | Parrish (NLH), Felton E | Partner | 0.3 | | Telephone call with B. Peterson regarding compliance with state law | | | 1/30/2013 |
| 64253863 | 2037631.00195 | 12/12/2012 | 28050 | Parrish (NLH), Felton E | Partner | 2.8 | | Continue drafting reply | | | 1/30/2013 |
| 64253977 | 2037631.00195 | 12/12/2012 | 28050 | Parrish (NLH), Felton E | Partner | 1.3 | | Review California Labor Code issues | | | 1/30/2013 |
| 64262967 | 2037631.00195 | 12/13/2012 | 28050 | Parrish (NLH), Felton E | Partner | 2.3 | | Draft stay relief reply | | | 1/30/2013 |
| 64262970 | 2037631.00195 | 12/13/2012 | 28050 | Parrish (NLH), Felton E | Partner | 1.1 | | Review eligibility reply | | | 1/30/2013 |
| 64262971 | 2037631.00195 | 12/13/2012 | 28050 | Parrish (NLH), Felton E | Partner | 0.9 | | Memorandum to M. Gearin regarding eligibility reply | | | 1/30/2013 |
| 64262975 | 2037631.00195 | 12/13/2012 | 28050 | Parrish (NLH), Felton E | Partner | 2.6 | | Revise eligibility brief | | | 1/30/2013 |
| 64262977 | 2037631.00195 | 12/13/2012 | 28050 | Parrish (NLH), Felton E | Partner | 0.4 | | Review draft declaration | | | 1/30/2013 |
| 64262988 | 2037631.00195 | 12/13/2012 | 28050 | Parrish (NLH), Felton E | Partner | 0.4 | | Conference with R. Crisafulli regarding | | | 1/30/2013 |
| 64263066 | 2037631.00195 | 12/13/2012 | 28050 | Parrish (NLH), Felton E | Partner | 0.3 | | Memorandum to K. Diaz regarding CalPERS declaration | | | 1/30/2013 |
| 64263108 | 2037631.00195 | 12/13/2012 | 28050 | Parrish (NLH), Felton E | Partner | 2.3 | | Continue revising eligibility brief | | | 1/30/2013 |
| 64263114 | 2037631.00195 | 12/13/2012 | 28050 | Parrish (NLH), Felton E | Partner | 3.1 | | Draft stay relief reply | | | 1/30/2013 |
| 64263124 | 2037631.00195 | 12/13/2012 | 28050 | Parrish (NLH), Felton E | Partner | 0.7 | | Review preemption materials drafted by N. Lebioda | | | 1/30/2013 |
| 64285198 | 2037631.00195 | 12/14/2012 | 28050 | Parrish (NLH), Felton E | Partner | 0.8 | | Review eligibility reply | | | 1/30/2013 |
| 64285286 | 2037631.00195 | 12/14/2012 | 28050 | Parrish (NLH), Felton E | Partner | 0.8 | | Correspondence with B. Peterson regarding eligibility issue | | | 1/30/2013 |
| 64285321 | 2037631.00195 | 12/14/2012 | 28050 | Parrish (NLH), Felton E | Partner | 7.5 | | Draft stay relief reply | | | 1/30/2013 |
| 64285341 | 2037631.00195 | 12/15/2012 | 28050 | Parrish (NLH), Felton E | Partner | 1.7 | | Participate in conference call | | | 1/30/2013 |
| 64285371 | 2037631.00195 | 12/16/2012 | 28050 | Parrish (NLH), Felton E | Partner | 7.0 | | Revise stay relief reply | | | 1/30/2013 |
| 64285385 | 2037631.00195 | 12/16/2012 | 28050 | Parrish (NLH), Felton E | Partner | 0.4 | | Conference with M. Ryan regarding | | | 1/30/2013 |
| 64285393 | 2037631.00195 | 12/16/2012 | 28050 | Parrish (NLH), Felton E | Partner | 1.3 | | Conference call regarding | | | 1/30/2013 |
| 64288888 | 2037631.00195 | 12/17/2012 | 28050 | Parrish (NLH), Felton E | Partner | 7.5 | | Review and revise brief | | | 1/30/2013 |
| 64298901 | 2037631.00195 | 12/17/2012 | 28050 | Parrish (NLH), Felton E | Partner | 1.0 | | Review comments from M. Lubic and M. Ryan to brief | | | 1/30/2013 |
| 64298912 | 2037631.00195 | 12/17/2012 | 28050 | Parrish (NLH), Felton E | Partner | 0.4 | | Correspondence with P. Mixon regarding | | | 1/30/2013 |
| 64298918 | 2037631.00195 | 12/17/2012 | 28050 | Parrish (NLH), Felton E | Partner | 0.8 | | Incorporate comments to brief from P. Mixon | | | 1/30/2013 |
| 64298926 | 2037631.00195 | 12/17/2012 | 28050 | Parrish (NLH), Felton E | Partner | 0.3 | | Correspondence to team regarding final brief status | | | 1/30/2013 |

Exhibit 1
Page 5

| Index | Matter | Date | Timekeeper | Name | Title | Hours | Amount | Narrative | TASK | ACTIVITY | Bill Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 64298930 | 2037631.00195 | 12/17/2012 | 28050 | Parrish (NLH), Felton E | Partner | 1.3 | | Conduct final review of brief | | | 1/30/2013 |
| 64298934 | 2037631.00195 | 12/17/2012 | 28050 | Parrish (NLH), Felton E | Partner | 0.2 | | Memo to M. Ryan regarding final comments | | | 1/30/2013 |
| 64298944 | 2037631.00195 | 12/17/2012 | 28050 | Parrish (NLH), Felton E | Partner | 0.8 | | Participate in conference call with Mesirow | | | 1/30/2013 |
| 64298947 | 2037631.00195 | 12/17/2012 | 28050 | Parrish (NLH), Felton E | Partner | 0.5 | | Review final declarations | | | 1/30/2013 |
| 64326893 | 2037631.00195 | 12/19/2012 | 28050 | Parrish (NLH), Felton E | Partner | 0.5 | | Participate in weekly conference call | | | 1/30/2013 |
| 64355853 | 2037631.00195 | 12/21/2012 | 28050 | Parrish (NLH), Felton E | Partner | 0.6 | | Review supplemental stay filing by San Bernardino | | | 1/30/2013 |
| 64355859 | 2037631.00195 | 12/21/2012 | 28050 | Parrish (NLH), Felton E | Partner | 0.4 | | Memorandum to M. Gearin and M. Lubic regarding supplemental San Bernardino filing | | | 1/30/2013 |
| 64355886 | 2037631.00195 | 12/21/2012 | 28050 | Parrish (NLH), Felton E | Partner | 4.7 | | Attend San Bernardino hearing by telephone | | | 1/30/2013 |
| 64379140 | 2037631.00195 | 12/27/2012 | 28050 | Parrish (NLH), Felton E | Partner | 2.1 | | Review materials regarding | | | 1/30/2013 |
| 64416447 | 2037631.00195 | 1/2/2013 | 28050 | Parrish (NLH), Felton E | Partner | 0.8 | | Memorandum to M. Lubic regarding issues for additional research | 9 | P | 3/31/2013 |
| 64416467 | 2037631.00195 | 1/2/2013 | 28050 | Parrish (NLH), Felton E | Partner | 0.7 | | Review issues | 9 | P | 3/31/2013 |
| 64416472 | 2037631.00195 | 1/2/2013 | 28050 | Parrish (NLH), Felton E | Partner | 0.7 | | Participate in weekly status call | 9 | P | 3/31/2013 |
| 64416487 | 2037631.00195 | 1/2/2013 | 28050 | Parrish (NLH), Felton E | Partner | 0.4 | | Telephone call with M. Gearin and M. Lubic regarding issues | 18 | P | 3/31/2013 |
| 64426270 | 2037631.00195 | 1/3/2013 | 28050 | Parrish (NLH), Felton E | Partner | 0.6 | | Conference with W. Petraglia regarding research | 9 | P | 3/31/2013 |
| 64426278 | 2037631.00195 | 1/3/2013 | 28050 | Parrish (NLH), Felton E | Partner | 2.7 | | Review materials regarding research | 9 | P | 3/31/2013 |
| 64426293 | 2037631.00195 | 1/3/2013 | 28050 | Parrish (NLH), Felton E | Partner | 0.9 | | Review issues | 9 | P | 3/31/2013 |
| 64442209 | 2037631.00195 | 1/4/2013 | 28050 | Parrish (NLH), Felton E | Partner | 0.9 | | Review issues | 9 | P | 3/31/2013 |
| 64442223 | 2037631.00195 | 1/4/2013 | 28050 | Parrish (NLH), Felton E | Partner | 0.6 | | Conference with N. Lebioda regarding administrative expense brief | 9 | P | 3/31/2013 |
| 64442240 | 2037631.00195 | 1/4/2013 | 28050 | Parrish (NLH), Felton E | Partner | 0.5 | | Research regarding issues | 9 | P | 3/31/2013 |
| 64442303 | 2037631.00195 | 1/4/2013 | 28050 | Parrish (NLH), Felton E | Partner | 3.0 | | Research regarding issues | 9 | P | 3/31/2013 |
| 64442320 | 2037631.00195 | 1/4/2013 | 28050 | Parrish (NLH), Felton E | Partner | 0.7 | | Memorandum to M. Gearin regarding preliminary results of pension research | 9 | P | 3/31/2013 |
| 64451828 | 2037631.00195 | 1/7/2013 | 28050 | Parrish (NLH), Felton E | Partner | 0.9 | | Review administrative claim issues | 9 | P | 3/31/2013 |
| 64451841 | 2037631.00195 | 1/7/2013 | 28050 | Parrish (NLH), Felton E | Partner | 0.2 | | Review memo from W. Petraglia regarding issues | 9 | P | 3/31/2013 |
| 64466618 | 2037631.00195 | 1/8/2013 | 28050 | Parrish (NLH), Felton E | Partner | 0.4 | | Conference with W. Petraglia regarding issues | 9 | P | 3/31/2013 |
| 64466772 | 2037631.00195 | 1/8/2013 | 28050 | Parrish (NLH), Felton E | Partner | 0.4 | | Conference with N. Lebioda regarding administrative expense issues | 9 | P | 3/31/2013 |
| 64477174 | 2037631.00195 | 1/9/2013 | 28050 | Parrish (NLH), Felton E | Partner | 0.2 | | Conference with W. Petraglia regarding issues | 9 | P | 3/31/2013 |
| 64477188 | 2037631.00195 | 1/9/2013 | 28050 | Parrish (NLH), Felton E | Partner | 0.4 | | Conference with N. Lebioda regarding legislative history issues | 9 | P | 3/31/2013 |
| 64477233 | 2037631.00195 | 1/9/2013 | 28050 | Parrish (NLH), Felton E | Partner | 1.6 | | Review administrative expense issues | 9 | P | 3/31/2013 |
| 64477246 | 2037631.00195 | 1/9/2013 | 28050 | Parrish (NLH), Felton E | Partner | 1.3 | | Participate in weekly conference call | 18 | P | 3/31/2013 |
| 64477258 | 2037631.00195 | 1/9/2013 | 28050 | Parrish (NLH), Felton E | Partner | 0.7 | | Memorandum to M. Gearin regarding | 9 | P | 3/31/2013 |
| 64477267 | 2037631.00195 | 1/9/2013 | 28050 | Parrish (NLH), Felton E | Partner | 0.3 | | Conference with N. Lebioda regarding administrative expense brief | 9 | P | 3/31/2013 |
| 64477273 | 2037631.00195 | 1/9/2013 | 28050 | Parrish (NLH), Felton E | Partner | 1.2 | | Research regarding issues | 9 | P | 3/31/2013 |
| 64492587 | 2037631.00195 | 1/10/2013 | 28050 | Parrish (NLH), Felton E | Partner | 0.3 | | Correspondence with M. Knoll regarding | 9 | P | 3/31/2013 |
| 64492936 | 2037631.00195 | 1/10/2013 | 28050 | Parrish (NLH), Felton E | Partner | 1.2 | | Outline issues | 9 | P | 3/31/2013 |

Exhibit 1
Page 6

| Index | Matter | Date | Timekeeper | Name | Title | Hours | Amount | Narrative | TASK | ACTIVITY | Bill Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 64492949 | 2037631.00195 | 1/10/2013 | 28050 | Parrish (NLH), Felton E | Partner | 3.7 | | Research regarding assumption of private pension plans and treatment of private pension plans in bankruptcy | 9 | P | 3/31/2013 |
| 64492964 | 2037631.00195 | 1/10/2013 | 28050 | Parrish (NLH), Felton E | Partner | 0.4 | | Memorandum to M. Ryan regarding legislative history | 11 | P | 3/31/2013 |
| 64492968 | 2037631.00195 | 1/10/2013 | 28050 | Parrish (NLH), Felton E | Partner | 1.2 | | Memorandum to M. Gearin regarding private pension issues | 9 | P | 3/31/2013 |
| 64492983 | 2037631.00195 | 1/10/2013 | 28050 | Parrish (NLH), Felton E | Partner | 0.9 | | Review draft administrative expense brief and related cases | 9 | P | 3/31/2013 |
| 64508781 | 2037631.00195 | 1/11/2013 | 28050 | Parrish (NLH), Felton E | Partner | 0.6 | | Conference with N. Lebioda regarding administrative expense issues | 9 | P | 3/31/2013 |
| 64508795 | 2037631.00195 | 1/11/2013 | 28050 | Parrish (NLH), Felton E | Partner | 0.3 | | Draft administrative expense brief | 9 | P | 3/31/2013 |
| 64508834 | 2037631.00195 | 1/11/2013 | 28050 | Parrish (NLH), Felton E | Partner | 2.8 | | Draft administrative expense brief | 9 | P | 3/31/2013 |
| 64508906 | 2037631.00195 | 1/13/2013 | 28050 | Parrish (NLH), Felton E | Partner | 8.3 | | Draft administrative expense brief | 9 | P | 3/31/2013 |
| 64532962 | 2037631.00195 | 1/14/2013 | 28050 | Parrish (NLH), Felton E | Partner | 7.8 | | Draft administrative expense brief | 9 | P | 3/31/2013 |
| 64532980 | 2037631.00195 | 1/14/2013 | 28050 | Parrish (NLH), Felton E | Partner | 0.2 | | Memorandum to M. Gearin and M. Lubic regarding draft brief | 9 | P | 3/31/2013 |
| 64532986 | 2037631.00195 | 1/14/2013 | 28050 | Parrish (NLH), Felton E | Partner | 0.9 | | Review memo from W. Petraglia regarding pension issues | 9 | P | 3/31/2013 |
| 64533002 | 2037631.00195 | 1/14/2013 | 28050 | Parrish (NLH), Felton E | Partner | 0.7 | | Review pension issues | 9 | P | 3/31/2013 |
| 64552572 | 2037631.00195 | 1/15/2013 | 28050 | Parrish (NLH), Felton E | Partner | 1.1 | | Review Chapter 9 eligibility issue | 13 | P | 3/31/2013 |
| 64552651 | 2037631.00195 | 1/15/2013 | 28050 | Parrish (NLH), Felton E | Partner | 0.8 | | Continue research regarding eligibility issues | 13 | P | 3/31/2013 |
| 64552674 | 2037631.00195 | 1/15/2013 | 28050 | Parrish (NLH), Felton E | Partner | 1.4 | | Review administrative expense memorandum drafted by W. Petraglia | 9 | P | 3/31/2013 |
| 64567005 | 2037631.00195 | 1/16/2013 | 28050 | Parrish (NLH), Felton E | Partner | 1.4 | | Review draft memo regarding [redacted] private pension claims | 9 | P | 3/31/2013 |
| 64567018 | 2037631.00195 | 1/16/2013 | 28050 | Parrish (NLH), Felton E | Partner | 0.6 | | Revise administrative expense memo | 9 | P | 3/31/2013 |
| 64567088 | 2037631.00195 | 1/16/2013 | 28050 | Parrish (NLH), Felton E | Partner | 0.5 | | Conference with W. Petraglia regarding revisions to administrative expense memo and related issues | 9 | P | 3/31/2013 |
| 64596813 | 2037631.00195 | 1/18/2013 | 28050 | Parrish (NLH), Felton E | Partner | 2.6 | | Review and revise administrative expense memo | 9 | P | 3/31/2013 |
| 64621428 | 2037631.00195 | 1/22/2013 | 28050 | Parrish (NLH), Felton E | Partner | 0.4 | | Finalize memo regarding private pension claims regarding bankruptcy | 9 | P | 3/31/2013 |
| 64621443 | 2037631.00195 | 1/22/2013 | 28050 | Parrish (NLH), Felton E | Partner | 2.2 | | Finalize private pension memo | 9 | P | 3/31/2013 |
| 64621453 | 2037631.00195 | 1/22/2013 | 28050 | Parrish (NLH), Felton E | Partner | 0.3 | | Memorandum to M. Gearin regarding private pension memo | 9 | P | 3/31/2013 |
| 64621527 | 2037631.00195 | 1/22/2013 | 28050 | Parrish (NLH), Felton E | Partner | 0.3 | | Memorandum to M. Gearin and K. J. Swan regarding compilation of research | 9 | P | 3/31/2013 |
| 64621953 | 2037631.00195 | 1/23/2013 | 28050 | Parrish (NLH), Felton E | Partner | 1.1 | | Participate in weekly conference call regarding chapter 9 issues | 18 | P | 3/31/2013 |
| 64621963 | 2037631.00195 | 1/23/2013 | 28050 | Parrish (NLH), Felton E | Partner | 1.1 | | Review ERISA issues in bankruptcy | 9 | P | 3/31/2013 |
| 64765580 | 2037631.00195 | 2/6/2013 | 28050 | Parrish (NLH), Felton E | Partner | 1.5 | | Review cases regarding assumption of private pension plans | 9 | P | 4/30/2013 |
| 64765595 | 2037631.00195 | 2/6/2013 | 28050 | Parrish (NLH), Felton E | Partner | 0.7 | | Participate in weekly status conference call | 18 | P | 4/30/2013 |
| 64765605 | 2037631.00195 | 2/6/2013 | 28050 | Parrish (NLH), Felton E | Partner | 2.3 | | Research regarding chapter 11 treatment of private pension plans | 9 | P | 4/30/2013 |
| 64776941 | 2037631.00195 | 2/7/2013 | 28050 | Parrish (NLH), Felton E | Partner | 6.2 | | Review private pension issues [redacted] | 9 | P | 4/30/2013 |
| 64789588 | 2037631.00195 | 2/8/2013 | 28050 | Parrish (NLH), Felton E | Partner | 0.7 | | Review [redacted] | 9 | P | 4/30/2013 |
| 64789759 | 2037631.00195 | 2/8/2013 | 28050 | Parrish (NLH), Felton E | Partner | 3.2 | | Research regarding private pension issues | 9 | P | 4/30/2013 |
| 64798902 | 2037631.00195 | 2/11/2013 | 28050 | Parrish (NLH), Felton E | Partner | 0.3 | | Review San Bernardino status report | 8 | P | 4/30/2013 |
| 64798912 | 2037631.00195 | 2/11/2013 | 28050 | Parrish (NLH), Felton E | Partner | 0.6 | | Review transcript of Stockton 9019 hearing | 8 | P | 4/30/2013 |

Exhibit 1
Page 7

| Index | Matter | Date | Timekeeper | Name | Title | Hours | Amount | Narrative | TASK | ACTIVITY | Bill Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 64798939 | 2037631.00195 | 2/11/2013 | 28050 | Parrish (NLH), Felton E | Partner | 0.9 | | Review cases regarding private pension issues | 9 | P | 4/30/2013 |
| 64798962 | 2037631.00195 | 2/11/2013 | 28050 | Parrish (NLH), Felton E | Partner | 3.1 | | Memorandum to M. Gearin regarding private pension issues | 9 | P | 4/30/2013 |
| 64848556 | 2037631.00195 | 2/14/2013 | 28050 | Parrish (NLH), Felton E | Partner | 1.0 | | Participation in weekly conference call regarding status | 18 | P | 4/30/2013 |
| 64986441 | 2037631.00195 | 2/28/2013 | 28050 | Parrish (NLH), Felton E | Partner | 0.7 | | Conference call with M. Gearin, M. Lubic, M. Ryan regardion union relief from stay motion; | 29 | P | 4/30/2013 |
| 64986456 | 2037631.00195 | 2/28/2013 | 28050 | Parrish (NLH), Felton E | Partner | 1.0 | | Review materials forwarded by M. Ryan regarding Union issues | 29 | P | 4/30/2013 |
| 65013745 | 2037631.00195 | 3/1/2013 | 28050 | Parrish (NLH), Felton E | Partner | 2.6 | | Review pension stay relief pleadings and related materials | 9 | P | |
| 65013753 | 2037631.00195 | 3/1/2013 | 28050 | Parrish (NLH), Felton E | Partner | 1.8 | | Legal research regarding effect of rejection of collective bargaining agreement | 9 | P | |
| 65013761 | 2037631.00195 | 3/1/2013 | 28050 | Parrish (NLH), Felton E | Partner | 0.4 | | Memo to M. Lubic, M. Gearin and M. Ryan regarding eligibility issue | 9 | P | |
| 65013782 | 2037631.00195 | 3/3/2013 | 28050 | Parrish (NLH), Felton E | Partner | 3.5 | | Legal research regarding pension stay relief issues | 18 | P | |
| 65024667 | 2037631.00195 | 3/4/2013 | 28050 | Parrish (NLH), Felton E | Partner | 1.0 | | Review union stay relief issues | 18 | P | |
| 65024993 | 2037631.00195 | 3/4/2013 | 28050 | Parrish (NLH), Felton E | Partner | 1.1 | | Participate in conference call regarding union stay relief issues | 8 | P | |
| 65025353 | 2037631.00195 | 3/4/2013 | 28050 | Parrish (NLH), Felton E | Partner | 0.3 | | Conference with N. Lebioda regarding effect of rejection of CBA | 8 | P | |
| 65038654 | 2037631.00195 | 3/5/2013 | 28050 | Parrish (NLH), Felton E | Partner | 4.4 | | Research effect of rejection of CBA | 8 | P | |
| 65038818 | 2037631.00195 | 3/5/2013 | 28050 | Parrish (NLH), Felton E | Partner | 0.7 | | Participate in conference call regarding response to rejection motion | 8 | P | |
| 65047616 | 2037631.00195 | 3/6/2013 | 28050 | Parrish (NLH), Felton E | Partner | 0.9 | | Review memo from N. Lebioda regarding effect of rejection of pension agreement | 29 | P | |
| 65047763 | 2037631.00195 | 3/6/2013 | 28050 | Parrish (NLH), Felton E | Partner | 0.8 | | Review memo from N. Lebioda regarding ability of municipality to impose employment terms | 29 | P | |
| 65047828 | 2037631.00195 | 3/6/2013 | 28050 | Parrish (NLH), Felton E | Partner | 1.3 | | Research regarding CBA rejection issues | 29 | P | |
| 65075806 | 2037631.00195 | 3/7/2013 | 28050 | Parrish (NLH), Felton E | Partner | 0.6 | | Review motion to reject collective bargaining agreement | 29 | P | |
| 65075814 | 2037631.00195 | 3/7/2013 | 28050 | Parrish (NLH), Felton E | Partner | 3.4 | | Research regarding effect of rejection | 29 | P | |
| 65075890 | 2037631.00195 | 3/8/2013 | 28050 | Parrish (NLH), Felton E | Partner | 4.0 | | Review rejection issues and outline response | 29 | P | |
| 65075914 | 2037631.00195 | 3/10/2013 | 28050 | Parrish (NLH), Felton E | Partner | 4.4 | | Review rejection issues and prepare response | 29 | P | |
| 65094868 | 2037631.00195 | 3/11/2013 | 28050 | Parrish (NLH), Felton E | Partner | 5.7 | | Draft response to motion to reject collective bargaining agreement | 29 | P | |
| 65111021 | 2037631.00195 | 3/12/2013 | 28050 | Parrish (NLH), Felton E | Partner | 1.0 | | Conference call regarding response to City motion to reject | 29 | P | |
| 65111036 | 2037631.00195 | 3/12/2013 | 28050 | Parrish (NLH), Felton E | Partner | 1.0 | | Memorandum to M. Gearin regarding enforceability of contract pending assumption | 29 | P | |
| 65126285 | 2037631.00195 | 3/13/2013 | 28050 | Parrish (NLH), Felton E | Partner | 3.2 | | Review union rejection issues | 29 | P | |
| 65137920 | 2037631.00195 | 3/14/2013 | 28050 | Parrish (NLH), Felton E | Partner | 7.2 | | Draft insert to rejection response | 29 | P | |
| 65158988 | 2037631.00195 | 3/15/2013 | 28050 | Parrish (NLH), Felton E | Partner | 0.8 | | Participate in conference call regarding status of response brief | 29 | P | |
| 65159002 | 2037631.00195 | 3/15/2013 | 28050 | Parrish (NLH), Felton E | Partner | 2.8 | | Research effect of entry of order for relief and timing of rejection motion | 29 | P | |
| 65159013 | 2037631.00195 | 3/15/2013 | 28050 | Parrish (NLH), Felton E | Partner | 2.5 | | Draft section of brief regarding rejection motion premature | 29 | P | |
| 65164436 | 2037631.00195 | 3/18/2013 | 28050 | Parrish (NLH), Felton E | Partner | 0.3 | | Review emails regarding status of rejection response | 29 | P | |
| 65183297 | 2037631.00195 | 3/19/2013 | 28050 | Parrish (NLH), Felton E | Partner | 0.5 | | Participate in weekly status update call | 29 | P | |
| 65183300 | 2037631.00195 | 3/19/2013 | 28050 | Parrish (NLH), Felton E | Partner | 0.8 | | Review draft of response to rejection motion | 29 | P | |

Exhibit 1
Page 8

| Index | Matter | Date | Timekeeper | Name | Title | Hours | Amount | Narrative | TASK | ACTIVITY | Bill Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 65197022 | 2037631.00195 | 3/20/2013 | 28050 | Parrish (NLH), Felton E | Partner | 3.7 | | Review and revise rejection response | 29 | P | |
| 65208738 | 2037631.00195 | 3/21/2013 | 28050 | Parrish (NLH), Felton E | Partner | 4.5 | | Revise rejection response brief | 29 | P | |
| 64048083 | 2037631.00197 | 11/26/2012 | 28050 | Parrish (NLH), Felton E | Partner | 1.2 | | Review administrative claim issues | | | 11/30/2012 |
| 64119636 | 2037631.00197 | 12/3/2012 | 28050 | Parrish (NLH), Felton E | Partner | 0.6 | | Telephone call with M. Lubic and K. Diaz regarding administrative priority issue | | | 1/30/2013 |
| 64173328 | 2037631.00197 | 12/6/2012 | 28050 | Parrish (NLH), Felton E | Partner | 1.3 | | Review payment issues | | | 1/30/2013 |
| 64173334 | 2037631.00197 | 12/6/2012 | 28050 | Parrish (NLH), Felton E | Partner | 0.6 | | Memorandum to M. Lubic regarding administrative expenses | | | 1/30/2013 |
| 64173380 | 2037631.00197 | 12/6/2012 | 28050 | Parrish (NLH), Felton E | Partner | 1.0 | | Correspondence with M. Lubic regarding payment | | | 1/30/2013 |
| 64423568 | 2037631.00195 | 1/3/2013 | 28234 | Petraglia, William C. | Associate | 0.5 | | Conference with F. Parrish re case background and administrative priority research | | 9 A | 3/31/2013 |
| 64446488 | 2037631.00195 | 1/7/2013 | 28234 | Petraglia, William C. | Associate | 1.0 | | Research Treatise Articles and Cases re pension fund claims in bankruptcy | | 9 A | 3/31/2013 |
| 64446518 | 2037631.00195 | 1/7/2013 | 28234 | Petraglia, William C. | Associate | 6.7 | | Review Treatise Articles, Cases and applicable Code sections re pension fund claims in bankruptcy | | 9 A | 3/31/2013 |
| 64460144 | 2037631.00195 | 1/8/2013 | 28234 | Petraglia, William C. | Associate | 2.9 | | Review cases re pension fund claims in bankruptcy | | 9 A | 3/31/2013 |
| 64473963 | 2037631.00195 | 1/9/2013 | 28234 | Petraglia, William C. | Associate | 6.4 | | Research and review cases re pension fund claims in bankruptcy | | 9 A | 3/31/2013 |
| 64505856 | 2037631.00195 | 1/10/2013 | 28234 | Petraglia, William C. | Associate | 1.0 | | Draft pension claims memo outline | | 9 A | 3/31/2013 |
| 64505857 | 2037631.00195 | 1/10/2013 | 28234 | Petraglia, William C. | Associate | 1.5 | | Sheppardize cases cited in pension claims memo | | 9 A | 3/31/2013 |
| 64505858 | 2037631.00195 | 1/10/2013 | 28234 | Petraglia, William C. | Associate | 3.5 | | Research and review cases and treatise articles re | | 9 A | 3/31/2013 |
| 64505859 | 2037631.00195 | 1/10/2013 | 28234 | Petraglia, William C. | Associate | 3.5 | | Research and review cases and treatise articles re | | 9 A | 3/31/2013 |
| 64505860 | 2037631.00195 | 1/10/2013 | 28234 | Petraglia, William C. | Associate | 1.0 | | Research and review cases and treatise articles re claims | | 9 A | 3/31/2013 |
| 64505861 | 2037631.00195 | 1/10/2013 | 28234 | Petraglia, William C. | Associate | 2.4 | | Research and review cases and treatise articles re ERISA | | 9 A | 3/31/2013 |
| 64505862 | 2037631.00195 | 1/11/2013 | 28234 | Petraglia, William C. | Associate | 10.5 | | Draft and revise memo re pension claims in bankruptcy | | 9 A | 3/31/2013 |
| 64505863 | 2037631.00195 | 1/11/2013 | 28234 | Petraglia, William C. | Associate | 1.0 | | Review memo re pension claims in bankruptcy | | 9 A | 3/31/2013 |
| 64505864 | 2037631.00195 | 1/11/2013 | 28234 | Petraglia, William C. | Associate | 0.6 | | Review emails from F. Parrish and M. Gearin re claims issues | | 9 A | 3/31/2013 |
| 64505865 | 2037631.00195 | 1/11/2013 | 28234 | Petraglia, William C. | Associate | 1.5 | | Review Collier's Monograph treatise re pension claims in bankruptcy | | 9 A | 3/31/2013 |
| 64505866 | 2037631.00195 | 1/11/2013 | 28234 | Petraglia, William C. | Associate | 0.5 | | Conferences and emails with F. Parrish re pension claims in bankruptcy | | 9 A | 3/31/2013 |

Exhibit 1
Page 9

| Index | Matter | Date | Timekeeper | Name | Title | Hours | Amount | Narrative | TASK | ACTIVITY | Bill Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 64557428 | 2037631.00195 | 1/16/2013 | 28234 | Petraglia, William C. | Associate | 0.6 | | Review preparation for call with CalPERS financial advisors | | 9 A | 3/31/2013 |
| 64557449 | 2037631.00195 | 1/16/2013 | 28234 | Petraglia, William C. | Associate | 0.7 | | Call with CalPERS Financial Advisors | | 9 A | 3/31/2013 |
| 64557467 | 2037631.00195 | 1/16/2013 | 28234 | Petraglia, William C. | Associate | 0.7 | | Review F. Parrish comments to Bankruptcy Memo | | 9 A | 3/31/2013 |
| 64557477 | 2037631.00195 | 1/16/2013 | 28234 | Petraglia, William C. | Associate | 2.8 | | Revise Bankruptcy Memo | | 9 A | 3/31/2013 |
| 64572238 | 2037631.00195 | 1/17/2013 | 28234 | Petraglia, William C. | Associate | 0.6 | | Draft Conclusion / Application section Bankruptcy Memo | | 9 A | 3/31/2013 |
| 64572239 | 2037631.00195 | 1/17/2013 | 28234 | Petraglia, William C. | Associate | 0.9 | | Review and revise Bankruptcy Memo | | 9 A | 3/31/2013 |
| 65012207 | 2037631.00195 | 3/4/2013 | 28234 | Petraglia, William C. | Associate | 2.0 | | Research and review treatise articles and cases re interpretation of conflicting statutes | | 9 A | |
| 65012219 | 2037631.00195 | 3/4/2013 | 28234 | Petraglia, William C. | Associate | 0.5 | | Draft email memo to F. Parrish re interpretation of conflicting statutes | | 9 A | |
| 63466860 | 2037631.00195 | 10/1/2012 | 28371 | Lebioda, Nathan P. J. | Associate | 0.9 | | Communicate with F. Parrish regarding application of 1 USC 922 automatic stay to certain causes of action | | | 11/12/2012 |
| 63890453 | 2037631.00195 | 10/1/2012 | 28371 | Lebioda, Nathan P. J. | Associate | 1.0 | | Research case law, secondary sources and legislative history in connection with same | | | 11/12/2012 |
| 63481993 | 2037631.00195 | 10/2/2012 | 28371 | Lebioda, Nathan P. J. | Associate | 1.0 | | Research and analyze case law, legislative history and secondary sourced in connection with analysis of automatic stay in Chapter 9 cases | | | 11/12/2012 |
| 63890465 | 2037631.00195 | 10/2/2012 | 28371 | Lebioda, Nathan P. J. | Associate | 1.2 | | Draft memo in connection with same | | | 11/12/2012 |
| 63493725 | 2037631.00195 | 10/3/2012 | 28371 | Lebioda, Nathan P. J. | Associate | 1.0 | | Analyze case law addressing same | | | 11/12/2012 |
| 63890483 | 2037631.00195 | 10/3/2012 | 28371 | Lebioda, Nathan P. J. | Associate | 1.2 | | Research legislative history regarding 11 U.S.C. 922 | | | 11/12/2012 |
| 63890486 | 2037631.00195 | 10/3/2012 | 28371 | Lebioda, Nathan P. J. | Associate | 0.3 | | Draft memorandum in connection with same | | | 11/12/2012 |
| 63510076 | 2037631.00195 | 10/4/2012 | 28371 | Lebioda, Nathan P. J. | Associate | 1.0 | | Draft memorandum in connection with same | | | 11/12/2012 |
| 63890812 | 2037631.00195 | 10/4/2012 | 28371 | Lebioda, Nathan P. J. | Associate | 2.5 | | Research legislative history in connection with section 922 stay | | | 11/12/2012 |
| 63890814 | 2037631.00195 | 10/4/2012 | 28371 | Lebioda, Nathan P. J. | Associate | 0.3 | | Communicate with F. Parrish and L. Carnes regardings same | | | 11/12/2012 |
| 63538101 | 2037631.00195 | 10/5/2012 | 28371 | Lebioda, Nathan P. J. | Associate | 0.5 | | Communicate with L. Carnes regarding same | | | 11/12/2012 |
| 63890617 | 2037631.00195 | 10/5/2012 | 28371 | Lebioda, Nathan P. J. | Associate | 1.4 | | Research legislative history in connection with section 922 stay | | | 11/12/2012 |
| 63890620 | 2037631.00195 | 10/5/2012 | 28371 | Lebioda, Nathan P. J. | Associate | 0.5 | | Draft memorandum in connection with same | | | 11/12/2012 |
| 63525029 | 2037631.00195 | 10/8/2012 | 28371 | Lebioda, Nathan P. J. | Associate | 2.0 | | Research legislative history in connection with section 922 stay; communicate with L. Carnes regarding same | | | 11/12/2012 |
| 63890630 | 2037631.00195 | 10/8/2012 | 28371 | Lebioda, Nathan P. J. | Associate | 2.9 | | Draft memorandum in connection with same | | | 11/12/2012 |
| 63607644 | 2037631.00195 | 10/15/2012 | 28371 | Lebioda, Nathan P. J. | Associate | 0.1 | | Communicate with F. Parrish regarding ch. 9 matters | | | 11/12/2012 |
| 64220431 | 2037631.00195 | 12/10/2012 | 28371 | Lebioda, Nathan P. J. | Associate | 0.1 | | Communicate with F. Parrish regarding lift stay matters | | | 1/30/2013 |
| 64220440 | 2037631.00195 | 12/10/2012 | 28371 | Lebioda, Nathan P. J. | Associate | 0.3 | | Review and analyze response filed by bondholders in connection with lift stay motion | | | 1/30/2013 |
| 64239716 | 2037631.00195 | 12/11/2012 | 28371 | Lebioda, Nathan P. J. | Associate | 1.7 | | Conference call with K&L Gates team regarding strategy for reply briefs in lift stay and eligibility actions | | | 1/30/2013 |
| 64239759 | 2037631.00195 | 12/11/2012 | 28371 | Lebioda, Nathan P. J. | Associate | 0.7 | | Review and analyze reply briefs filed in lift stay action by San Bernardino and bond insurers | | | 1/30/2013 |
| 64239828 | 2037631.00195 | 12/11/2012 | 28371 | Lebioda, Nathan P. J. | Associate | 0.3 | | Communicate with Parrish regarding lift stay reply brief | | | 1/30/2013 |

Exhibit 1
Page 10

| Index | Matter | Date | Timekeeper | Name | Title | Hours | Amount | Narrative | TASK | ACTIVITY | Bill Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 64250584 | 2037631.00195 | 12/12/2012 | 28371 | Lebioda, Nathan P. J. | Associate | 5.1 | | Research and analysis of case law in connection with preemption argument in stay relief reply | | | 1/30/2013 |
| 64251072 | 2037631.00195 | 12/12/2012 | 28371 | Lebioda, Nathan P. J. | Associate | 0.3 | | Communicate with Parrish regarding preemption argument in stay relief reply | | | 1/30/2013 |
| 64262424 | 2037631.00195 | 12/13/2012 | 28371 | Lebioda, Nathan P. J. | Associate | 4.4 | | Draft and revise preemption insert for stay relief brief | | | 1/30/2013 |
| 64262433 | 2037631.00195 | 12/13/2012 | 28371 | Lebioda, Nathan P. J. | Associate | 3.1 | | Research and analysis of case law in connection with stay relief brief | | | 1/30/2013 |
| 64263132 | 2037631.00195 | 12/13/2012 | 28371 | Lebioda, Nathan P. J. | Associate | 0.3 | | Communicate with Parrish regarding stay relief brief | | | 1/30/2013 |
| 64284309 | 2037631.00195 | 12/14/2012 | 28371 | Lebioda, Nathan P. J. | Associate | 1.4 | | Draft and revise inserts for stay relief brief | | | 1/30/2013 |
| 64284333 | 2037631.00195 | 12/14/2012 | 28371 | Lebioda, Nathan P. J. | Associate | 2.2 | | Research and analysis of case law in connection with stay relief brief | | | 1/30/2013 |
| 64284351 | 2037631.00195 | 12/14/2012 | 28371 | Lebioda, Nathan P. J. | Associate | 0.4 | | Communicate with Parrish regarding stay relief brief | | | 1/30/2013 |
| 64298764 | 2037631.00195 | 12/17/2012 | 28371 | Lebioda, Nathan P. J. | Associate | 1.9 | | Review and revise stay reply | | | 1/30/2013 |
| 64298773 | 2037631.00195 | 12/17/2012 | 28371 | Lebioda, Nathan P. J. | Associate | 0.2 | | Communicate with F. Parrish regarding stay reply | | | 1/30/2013 |
| 64449717 | 2037631.00195 | 1/4/2013 | 28371 | Lebioda, Nathan P. J. | Associate | 0.3 | | Communicate with Parrish regarding stay relief and next steps on briefing of administrative expense matters | 9 | A | 3/31/2013 |
| 64463937 | 2037631.00195 | 1/8/2013 | 28371 | Lebioda, Nathan P. J. | Associate | 6.2 | | Research legislative history in connection with payment of administrative expense claims in chapter 9 municipal bankruptcies | 9 | A | 3/31/2013 |
| 64463945 | 2037631.00195 | 1/8/2013 | 28371 | Lebioda, Nathan P. J. | Associate | 0.5 | | Draft analysis and argument in support of payment of administrative expense claims in chapter 9 municipal bankruptcies | 9 | A | 3/31/2013 |
| 64463953 | 2037631.00195 | 1/8/2013 | 28371 | Lebioda, Nathan P. J. | Associate | 0.4 | | Communicate with F. Parrish regarding payment of administrative expense claims in chapter 9 municipal bankruptcies | 9 | A | 3/31/2013 |
| 64480521 | 2037631.00195 | 1/9/2013 | 28371 | Lebioda, Nathan P. J. | Associate | 0.8 | | Communicate with Parrish and Carnes regarding allowance of administrative expenses in municipal bankruptcy | 9 | A | 3/31/2013 |
| 64480524 | 2037631.00195 | 1/9/2013 | 28371 | Lebioda, Nathan P. J. | Associate | 5.1 | | Research and analyze legislative history and case law discussing allowance of administrative expenses in municipal bankruptcy | 9 | A | 3/31/2013 |
| 64480547 | 2037631.00195 | 1/9/2013 | 28371 | Lebioda, Nathan P. J. | Associate | 3.5 | | Draft and revise memorandum discussing allowance of administrative expenses in municipal bankruptcy | 9 | A | 3/31/2013 |
| 64508250 | 2037631.00195 | 1/10/2013 | 28371 | Lebioda, Nathan P. J. | Associate | 0.7 | | Communicate with Parrish, Carnes and Petraglia regarding allowance of administrative expenses in municipal bankruptcy | 9 | A | 3/31/2013 |
| 64508258 | 2037631.00195 | 1/10/2013 | 28371 | Lebioda, Nathan P. J. | Associate | 4.5 | | Research and analyze legislative history and case law discussing allowance of administrative expenses in municipal bankruptcy | 9 | A | 3/31/2013 |
| 64508267 | 2037631.00195 | 1/10/2013 | 28371 | Lebioda, Nathan P. J. | Associate | 5.2 | | Draft and revise memorandum discussing allowance of administrative expenses in municipal bankruptcy | 9 | A | 3/31/2013 |
| 64514776 | 2037631.00195 | 1/11/2013 | 28371 | Lebioda, Nathan P. J. | Associate | 1.8 | | Research and analyze legislative history regarding payment of administrative expenses in chapter 9 municipal bankruptcies | 9 | A | 3/31/2013 |
| 64514809 | 2037631.00195 | 1/11/2013 | 28371 | Lebioda, Nathan P. J. | Associate | 0.3 | | Communicate with F. Parrish and M. Ryan regarding legislative history surrounding payment of administrative expenses in chapter 9 municipal bankruptcies | 9 | A | 3/31/2013 |
| 64946777 | 2037631.00195 | 1/11/2013 | 28371 | Lebioda, Nathan P. J. | Associate | 0.3 | | Communicate with L. Carnes regarding compilation of legislative history in connection with same | 9 | A | 3/31/2013 |

Exhibit 1
Page 11

| Index | Matter | Date | Timekeeper | Name | Title | Hours | Amount | Narrative | TASK | ACTIVITY | Bill Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 65020698 | 2037631.00195 | 3/4/2013 | 28371 | Lebioda, Nathan P. J. | Associate | 2.4 | ▮ | Research and analysis case law addressing California and federal constitution contracts clause and viability of challenging bankruptcy petitions thereunder | 19 | A | |
| 65020721 | 2037631.00195 | 3/4/2013 | 28371 | Lebioda, Nathan P. J. | Associate | 0.3 | ▮ | Communicate with Parrish regarding California and federal constitution contracts clause and viability of challenging bankruptcy petitions thereunder | 19 | A | |
| 65020734 | 2037631.00195 | 3/4/2013 | 28371 | Lebioda, Nathan P. J. | Associate | 0.4 | ▮ | Research impact of ███████ in chapter 9 bankruptcy | 19 | A | |
| 65036744 | 2037631.00195 | 3/5/2013 | 28371 | Lebioda, Nathan P. J. | Associate | 0.4 | ▮ | Communicate with F. Parrish regarding implication of ████ | | 8 | A | |
| 65036750 | 2037631.00195 | 3/5/2013 | 28371 | Lebioda, Nathan P. J. | Associate | 7.3 | ▬ | Research in connection with ████ | | | 8 | |
| 65047007 | 2037631.00195 | 3/6/2013 | 28371 | Lebioda, Nathan P. J. | Associate | 0.3 | ▮ | Communicate with F. Parrish regarding implication of ████ | 8 | A | |
| 65047012 | 2037631.00195 | 3/6/2013 | 28371 | Lebioda, Nathan P. J. | Associate | 1.6 | ▮ | Draft memorandum regarding implication of ████ | 8 | A | |
| 65047016 | 2037631.00195 | 3/6/2013 | 28371 | Lebioda, Nathan P. J. | Associate | 2.1 | ▬ | Research in connection with rejection ████ | | | 8 | |
| 65065483 | 2037631.00195 | 3/7/2013 | 28371 | Lebioda, Nathan P. J. | Associate | 0.3 | ▬ | Communicate with Parrish regarding affect of rejection of CBA | 8 | A | |
| 65065519 | 2037631.00195 | 3/7/2013 | 28371 | Lebioda, Nathan P. J. | Associate | 0.2 | ▬ | Research in connection with affect ████ | 8 | A | |
| 65114199 | 2037631.00195 | 3/12/2013 | 28371 | Lebioda, Nathan P. J. | Associate | 0.7 | ▮ | Research 9th circuit law regarding debtors' duty to perform under executory contract prior to assumption or rejection | 8 | A | |
| 65114219 | 2037631.00195 | 3/12/2013 | 28371 | Lebioda, Nathan P. J. | Associate | 0.2 | ▮ | Communicate with F. Parrish 9th circuit law regarding debtors' duty to perform under executory contract prior to assumption or rejection | 8 | A | |

Exhibit 1
Page 12



100 North Tryon Street
Charlotte, NC 28202
T: +1 (704) 350-7700
F: +1 (704) 350-7800
www.winston.com

**T. THOMAS COTTINGHAM, III**
704-350-7745
tcottingham@winston.com

April 19, 2013

**VIA EMAIL**

Michael J. Gearin
michael.gearin@klgates.com
K&L Gates
925 Fourth Avenue, Suite 2900
Seattle, WA 98104

BEIJING

CHARLOTTE

CHICAGO

GENEVA

HONG KONG

HOUSTON

LONDON

LOS ANGELES

MOSCOW

NEW YORK

NEWARK

PARIS

SAN FRANCISCO

SHANGHAI

WASHINGTON, D.C.

     **Re:    Employment of Jo Ann Brighton**

Dear Michael:

     As you know, Winston & Strawn LLP will offer Jo Ann Brighton a position as Partner in our Charlotte office, subject to clearing conflicts. While employed by K&L Gates, we understand that Ms. Brighton assisted in K&L Gates's representation of CalPERS in connection with the San Bernadino and Stockton Bankruptcies (the "CalPERS Matters"). Winston & Strawn LLP currently represents The National Public Finance Guarantee Corporation ("NPFGC") in one or more of the CalPERS Matters.

     Therefore, we must assure our client, NPFGC, that Winston & Strawn LLP's employment of Ms. Brighton will not jeopardize our ability to represent NPGGC in the CalPERS Matters. Prior to Ms. Brighton's employment, Winston & Strawn LLP will erect an ethical screen prohibiting Ms. Brighton from participating in our representation of NPFGC in the CalPERS Matters and from discussing the CalPERS Matters with any Winston & Strawn LLP attorneys or staff. Ms. Brighton will not have access to any documents relating to our representation of NPFGC in the CalPERS Matters.

     We ask K&L Gates to confirm below on behalf of CalPERS that CalPERS will not seek to disqualify Winston & Strawn LLP from representing NPFGC in the CalPERS Matters due to Ms. Brighton's prior participation in the CalPERS Matters at K&L Gates, provided that Winston & Strawn LLP complies with all of the screening representations in this letter.

Exhibit 2
Page 13

WINSTON
&STRAWN
LLP

Respectfully submitted,

T. Thomas Cottingham

CONFIRMED this ____ day of April, 2013

K&L Gates, on behalf of CalPERS

By:_____

Its:_____

Exhibit 2
Page 14

| From: | Parrish, Felton |
|---|---|
| Sent: | Monday, April 22, 2013 2:39 PM |
| To: | Gearin, Mike |
| Cc: | Lubic, Michael B.; Jones, Sean |
| Subject: | CalPERS |
| Attachments: | 20130422164806469_00000001.pdf |

Mike,

Sorry we were not able to touch base last week.

I believe you got a request from Jo Ann over the weekend to execute a waiver letter on behalf of CalPERS. Since you received that letter, I have also received an offer from Winston & Strawn. Winston has revised the requested waiver letter so that it is now addressed directly to CalPERS and also covers me. After talking this through with Sean, we thought it best if you could forward the letter to CalPERS for their consideration.

Please let me know if you have any questions. If you don't get me in the office, please try my cell (704) 910-7701.

I appreciate your help with this.


Thanks,
Felton


# K&L GATES

**Felton E. Parrish**
K&L Gates LLP
214 N. Tryon Street, 47th Floor
Charlotte, NC 28202
Phone: 704.331.7465
Fax: 704.353.3165
Email: felton.parrish@klgates.com

Exhibit 3
Page 15



100 North Tryon Street
Charlotte, NC 28202
T: +1 (704) 350-7700
F: +1 (704) 350-7800
www.winston.com

**T. THOMAS COTTINGHAM, III**
704-350-7745
tcottingham@winston.com

April 22, 2013

**VIA EMAIL**

Peter Mixon
General Counsel
CalPERS
Lincoln Plaza North
400 Q Street
Sacramento, CA 95811
Peter_Mixon@CalPERS.CA.GOV

BEIJING

CHARLOTTE

CHICAGO

GENEVA

HONG KONG

HOUSTON

LONDON

LOS ANGELES

MOSCOW

NEW YORK

NEWARK

PARIS

SAN FRANCISCO

SHANGHAI

WASHINGTON, D.C.

Re:     **Employment of Jo Ann Brighton and Felton Parrish**

Dear Peter:

As you know, Winston & Strawn LLP has offered Jo Ann Brighton and Felton Parrish positions as Partners in our Charlotte office, subject to clearing conflicts. While employed by K&L Gates, we understand that Ms. Brighton and Mr. Parrish assisted in K&L Gates's representation of CalPERS in connection with the San Bernadino and Stockton Bankruptcies (the "CalPERS Matters"). Winston & Strawn LLP currently represents The National Public Finance Guarantee Corporation ("NPFGC") in one or more of the CalPERS Matters.

Therefore, we must assure our client, NPFGC, that Winston & Strawn LLP's employment of Ms. Brighton and Mr. Parrish will not jeopardize our ability to represent NPGGC in the CalPERS Matters. Prior to Ms. Brighton's and Mr. Parrish's employment, Winston & Strawn LLP will erect an ethical screen prohibiting them from participating in our representation of NPFGC in the CalPERS Matters and from discussing the CalPERS Matters with any Winston & Strawn LLP attorneys or staff. Ms. Brighton and Mr. Parrish will not have access to any documents relating to our representation of NPFGC in the CalPERS Matters.

We ask CalPERS to confirm that CalPERS will not seek to disqualify Winston & Strawn LLP from representing NPFGC in the CalPERS Matters due to Ms. Brighton's and Mr. Parrish's prior participation in the CalPERS Matters at K&L Gates, provided that Winston & Strawn LLP complies with all of the screening representations in this letter.

Exhibit 4
Page 16

WINSTON
&STRAWN
LLP

CalPERS
April 22, 2013
Page 2

Respectfully submitted,

*J. Thomas Cottingham*

T. Thomas Cottingham

CONFIRMED this ___ day of April, 2013

CalPERS

By:_____
Its:_____



**K&L GATES LLP**
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WA 98104-1158
T +1.206.623.7580   F +1.206.623.7022   klgates.com

April 24, 2013

Michael J. Gearin
D (206) 370-6666
F (206) 370-6067
michael.gearin@klgates.com

**VIA EMAIL**

Mr. T. Thomas Cottingham
Winston & Strawn LLP
100 North Tyron Street
Charlotte, NC 28202

Re:     Employment of Jo Ann Brighton and Felton Parrish

Dear Mr. Cottingham:

This is to respond to your letter of April 22, 2013 addressed to Mr. Peter Mixon of CalPERS.
As you know, we represent CalPERS in the pending chapter 9 bankruptcy cases of the City
of Stockton and the City of San Bernardino (the "Chapter 9 Cases"). CalPERS asked us to
respond to your request. Please direct future correspondence regarding these issues to me.

You request a commitment from CalPERS that it will not seek to disqualify Winston &
Strawn from representing National Public Finance Guarantee Corporation ("NPFGC") in the
Chapter 9 Cases notwithstanding Winston & Strawn's intention to offer positions as partners
to two K&L Gates lawyers who have represented CalPERS in the Chapter 9 Cases. In
particular, Winston has expressed an intention to offer positions to Ms. JoAnn Brighton and
Mr. Felton Parrish, both of whom were bankruptcy partners in K&L Gates' Charlotte, North
Carolina offices and both of whom worked on the Chapter 9 Cases representing CalPERS.
To different degrees, both Mr. Parrish and Ms. Brighton hold client confidences of CalPERS
which, if disclosed even inadvertently, could be harmful to CalPERS in the matters presently
being litigated in the Chapter 9 Cases.

CalPERS has carefully considered the degree to which each of the former K&L Gates
lawyers holds client confidential information in making its decisions. Ms. Brighton has had a
less direct role in the representation of CalPERS than Mr. Parrish. She has represented that
she does not have access to client confidences given her limited role in the CalPERS
representation. Mr. Parrish, however has been directly and intimately involved in the
formulation of CalPERS approach in the cases as well as the drafting of multiple important
submissions to the courts. Accordingly, CalPERS will confirm that it will not seek to
disqualify Winston & Strawn from representing parties in the Chapter 9 Cases if Ms.
Brighton joins the Winston firm, conditioned upon the following:

Exhibit 5
Page 18   **klgates.com**

Mr. T. Thomas Cottingham
April 24, 2013
Page 2

- Ms. Brighton will confirm in writing her commitment to scrupulously protect client confidences of CalPERS including without limitation those relating to representation of CalPERS in the Chapter 9 Cases

- Winston & Strawn will erect an ethical screen prohibiting Ms. Brighton from access to any files relating to representations of parties in the Chapter 9 Cases and prohibiting Ms. Brighton from the representation of any party in the Chapter 9 Cases

- Ms. Brighton will not discuss the Chapter 9 Cases or the contested issues in those cases with any attorney, representative, representative employee, or client of Winston & Strawn. No Winston & Strawn attorney, representative or employee representing a bond insurer, bondholder or other party in interest in a municipal bankruptcy case shall have access to files of Ms. Brighton relating to municipal bankruptcy or public pension matters

- Ms. Brighton will not represent NPFGC, any other bond insurer, bondholder or other party in interest in any municipal bankruptcy case in which public pensions or the matters in contest in the Chapter 9 Cases are at issue

After considering the circumstances, CalPERS has concluded that it is not possible to implement adequate protective measures to safeguard confidences of CalPERS known to Mr. Parrish. Mr. Parrish has had access to CalPERS most private communications and work product in the highly important and public litigation between NPFGC and CalPERS. CalPERS objects to Winston & Strawn's intentional effort to recruit an attorney holding such a degree of private confidences during ongoing litigation in which that lawyer has represented CalPERS. CalPERS affords notice that it will move the courts to disqualify your firm if Mr. Parrish becomes associated Winston & Strawn.

Very truly yours,

K&L GATES LLP

By
   Michael J. Gearin

MJG:bg

cc: Client

K:\203763\00194\20892_MJG\20892L24PE

Exhibit 5
Page 19

# WINSTON & STRAWN LLP

BEIJING

CHARLOTTE

CHICAGO

GENEVA

HONG KONG

HOUSTON

LONDON

LOS ANGELES

35 WEST WACKER DRIVE

CHICAGO, ILLINOIS 60601

+1 (312) 558-5600

FACSIMILE +1 (312) 558-5700

www.winston.com

MOSCOW

NEW YORK

NEWARK

PARIS

SAN FRANCISCO

SHANGHAI

WASHINGTON, D.C.

Lawrence R. Desideri
(312) 558-5960
ldesideri@winston.com

April 29, 2013

Michael J. Gearin
K&L Gates
925 Fourth Avenue
Suite 2900
Seattle, WA 98104-1158

Dear Mr. Gearin:

I write in response to your letter to Tom Cottingham, dated April 24, 2013. In that letter, you make certain assertions regarding JoAnn Brighton and Felton Parish. Because there appears to be some misunderstanding as to the underlying facts, I believe it is important to set forth those facts.

First, we understand from Mr. Parrish that his work on the Stockton and San Bernardino bankruptcy cases ("Chapter 9 Cases") was not as extensive as you suggest. Mr. Parrish never appeared in court in any of those cases, never filed an appearance, never filed a pro hac vice motion and was never present in court when any activity related to those cases occurred. Mr. Parrish, moreover, was never present at any deposition in the Cases and never interviewed a witness in any of the Cases. Mr. Parrish's name never appeared on any pleading in any of the Cases. He never met the client, nor was Mr. Parrish ever a part of any discussion with the client regarding high-level strategy in the Cases. Finally, Mr. Parrish worked only on the Cases from the Charlotte, North Carolina office, never once being present at any proceeding or client meeting. These same facts are true with respect to Ms. Brighton.

Further, Mr. Parrish has no documents or files of any kind related to the Cases. He has no paper files or documents and he has no electronic files or documents of any kind. He took no paper or electronic files regarding the Chapter 9 Cases with him when he left K&L Gates and has none today. He has no ability to access any such files or documents. He simply has nothing in his possession, custody or control from any of the Cases. The same is true of Ms. Brighton.

Exhibit 6
Page 20

**WINSTON & STRAWN** LLP

Prior to Ms. Brighton and Mr. Felton joining Winston & Strawn LLP ("Winston"), the firm erected an ethical screen prohibiting either from having any access to any files relating in any way to the Chapter 9 Cases. The screen also prohibited both attorneys from discussing the Cases with anyone at Winston. Winston lawyers were likewise barred from discussing the Cases with Mr. Parrish or Ms. Brighton. All Winston attorneys were alerted of these restrictions and all were instructed to follow them. There is no reason to believe that the attorneys involved have done, or will do, anything other than abide by their obligation to follow those instructions.

It is also important to note that Mr. Parrish and Ms. Brighton are working in Winston's Charlotte, North Carolina office. No Winston attorney in the Charlotte office has ever worked on the Chapter 9 Cases. The only Winston attorneys who have worked on the Chapter 9 cases are in offices hundreds of miles from Charlotte. Additionally, there are no papers or files related to the Chapter 9 Cases that are stored in the Charlotte office. These facts make any inadvertent sharing of information even more remote.

Moreover, we understand from Ms. Brighton that she met with you on April 21, 2013 in Washington DC. She informed you that she was joining Winston and discussed the fact that a screen had been put in place to avoid any conflict or information issues regarding the Chapter 9 Cases. Your conversation with her clearly indicated that you did not think there was any problem. In fact, you specifically told her "We would never move to disqualify Winston. That's not how we roll."

In light of the screening procedures Winston & Strawn implemented for Ms. Brighton and Mr. Parrish, and, *inter alia*, the other facts recited above, there is no basis for disqualifying Winston from the pending Chapter 9 bankruptcy cases. When a firm implements a timely ethical screen, as Winston has done, and where there is evidence that the ethical screening will effectively prevent the sharing of confidences in a particular case, there is no disqualification. *Kirk v. First Am. Title Ins. Co.*, 183 Cal. App. 4th 776, 801 (Cal. App. 2d Dist. 2010). California courts have accepted and encouraged the use of ethical screens based on the "changing realities in the practice of law," which not only "undermine the rationale for an automatic rule of vicarious disqualification," but "support[] the recognition of ethical walls in the proper cases." *Id.*

Similarly, where a firm shows that it took "appropriate precautions in erecting an ethical wall to ensure that no information has been shared", and that the attorney in question "has not had and will not have any involvement with the litigation, or any communication with other attorneys or employees concerning the litigation" the court should deny a motion to disqualify. *Openwave Sys., Inc. v. Myriad France S.A.S.*, 2011 WL 1225978 (N.D. Cal. 2011) (emphasis added). In short, it is clear under recent case law that disqualification would be inappropriate here.

Last, we also need to respond to your specious insinuation that Winston "intentionally" recruited Mr. Parrish to obtain confidential information in the Chapter 9 Cases. I am surprised and disappointed that you would make such an assertion about not only us, but a recent partner in your own Firm. In any event, we can assure you that the assertion is absolutely baseless.

WINSTON & STRAWN LLP

Michael J. Gearin
April 29, 2013
Page 3

We have acted at all times in good faith to avoid any sharing of information of any kind and to avoid any imputation. After again reviewing the facts and applicable law, we have concluded that there is no basis for disqualification here. We hope that your client will reach the same conclusion, thereby avoiding time-consuming, costly, and unnecessary motion practice for both parties. If you would like to discuss this matter further, please contact me.

Very Truly Yours,

Lawrence R. Desideri

LRD
cc:    James R. Segerdahl

**From:**       Parrish, Felton [Felton.Parrish@klgates.com]
**Sent:**       Tuesday, April 23, 2013 9:13 AM
**To:**         'Henry, Megan C.'
**Subject:**    RE: Re: Re:


Thanks.  I've been told that I should be taken off the KLG system by 2 p.m.  I'll definitely be over well before 3.




Felton E. Parrish
K&L Gates LLP
214 N. Tryon Street, 47th Floor
Charlotte, NC 28202
Phone: 704.331.7465
Fax:  704.353.3165
Email: felton.parrish@klgates.com


-----Original Message-----
From: Henry, Megan C. [mailto:MHenry@winston.com]
Sent: Tuesday, April 23, 2013 11:57 AM
To: Parrish, Felton
Subject: RE: Re: Re:

Great, thanks Felton.  We are ready for you.  Since you are still in the K&L system I need to wait to add you to Winston's system, so there may be some delay getting your email up and ready, but we will process as quickly as possible.  We have a 3:00 pm call set up for you and Jo Ann to speak with our Conflicts Partner about the process of opening new matters.

Thanks and see you soon.

Megan C.  Henry
Office Administrator
Winston & Strawn LLP
100 North Tryon Street
Charlotte, NC 28202-1078
D: +1 (704) 350-7798
F: +1 (704) 350-7800
http://www.winston.com
http://twitter.com/winstonlaw


-----Original Message-----
From: Parrish, Felton [mailto:Felton.Parrish@klgates.com]
Sent: Tuesday, April 23, 2013 11:06 AM
To: Henry, Megan C.
Subject: RE: Re: Re:

Exhibit 7
Page 23

My final "withdrawal" meeting has been set for noon.  I'll head over when that's over.
Hopefully, will be by 1 but may be a tad later.  I'll call you when everything is wrapped up.
Thanks.


Felton E. Parrish
K&L Gates LLP
214 N. Tryon Street, 47th Floor
Charlotte, NC 28202
Phone: 704.331.7465
Fax:  704.353.3165
Email: felton.parrish@klgates.com


-----Original Message-----
From: Parrish, Felton
Sent: Tuesday, April 23, 2013 8:06 AM
To: Henry, Megan C.
Subject: Re: Re: Re:

Got it. Should happen this morning.


Felton E. Parrish
K&L GATES LLP
(704) 331-7465 (office)
(704) 910-7701 (mobile)

On Apr 23, 2013, at 8:07 AM, "Henry, Megan C." <MHenry@winston.com> wrote:

> Felton, our Conflicts folks will want me to make sure you are officially off the KLG system
(bio off the website) etc. before we can officially add you to our system and activate your
email.  That may have already happened but just wanted to let you know.  Please let me know
if you need anything this morning!
>
> On Apr 23, 2013, at 7:34 AM, "Parrish, Felton" <Felton.Parrish@klgates.com> wrote:
>
>> If it works for you I'd love for today to be my first official day. I'll head over as soon
as I can get this admin stuff wrapped up. Thanks.
>>
>>
>> Felton E. Parrish
>> K&L GATES LLP
>> (704) 331-7465 (office)
>> (704) 910-7701 (mobile)
>>
>> On Apr 23, 2013, at 7:09 AM, "Henry, Megan C." <MHenry@winston.com> wrote:
>>
>>> Felton, just to clarify, will today be your first official day at Winston or would you
prefer tomorrow?  Either way is fine and your office is ready.  Many thanks!
>>>
>>> On Apr 23, 2013, at 6:32 AM, "Parrish, Felton" <Felton.Parrish@klgates.com> wrote:
>>>
>>>> Megan,

Exhibit 7
Page 24

>>>>
>>>> I understand from Jo Ann that you're sending folks over to pick up boxes from her office
today. Just wanted to let you know that I'll have a few boxes ready as well. I've got some
admin stuff to take care of this morning and will then head over. Hope to be there no later
than 1. Thanks.
>>>>
>>>>
>>>> Felton E. Parrish
>>>> K&L GATES LLP
>>>> (704) 331-7465 (office)
>>>> (704) 910-7701 (mobile)
>>>>
>>>>
>>>> This electronic message contains information from the law firm of K&L Gates LLP.  The
contents may be privileged and confidential and are intended for the use of the intended
addressee(s) only.  If you are not an intended addressee, note that any disclosure, copying,
distribution, or use of the contents of this message is prohibited.  If you have received
this e-mail in error, please contact me at Felton.Parrish@klgates.com.
>>>>
>>>>
>>> The contents of this message may be privileged and confidential. Therefore, if this
message has been received in error, please delete it without reading it. Your receipt of this
message is not intended to waive any applicable privilege. Please do not disseminate this
message without the permission of the author.
*********************************************************************** Any tax advice
contained in this email was not intended to be used, and cannot be used, by you (or any other
taxpayer) to avoid penalties under the Internal Revenue Code of 1986, as amended.
>>>
> The contents of this message may be privileged and confidential. Therefore, if this message
has been received in error, please delete it without reading it. Your receipt of this message
is not intended to waive any applicable privilege. Please do not disseminate this message
without the permission of the author.
*********************************************************************** Any tax advice
contained in this email was not intended to be used, and cannot be used, by you (or any other
taxpayer) to avoid penalties under the Internal Revenue Code of 1986, as amended.
>
The contents of this message may be privileged and confidential. Therefore, if this message
has been received in error, please delete it without reading it. Your receipt of this message
is not intended to waive any applicable privilege. Please do not disseminate this message
without the permission of the author.
*********************************************************************** Any tax advice
contained in this email was not intended to be used, and cannot be used, by you (or any other
taxpayer) to avoid penalties under the Internal Revenue Code of 1986, as amended.

Exhibit 7
Page 25

**From:**       Parrish, Felton [Felton.Parrish@klgates.com]
**Sent:**       Monday, April 22, 2013 1:54 PM
**To:**         'Henry, Megan C.'; 'Felton Parrish (feltonparrish@hotmail.com)'
**Cc:**         'Cottingham, Tom'; 'joannbrighton@gmail.com'
**Subject:**    RE: updated CalPERS letter

Megan,

This should be addressed to Peter H. Mixon, General Counsel.

His email address is Peter_Mixon@CalPERS.CA.GOV

If you'd like me to send the final executed letter to CalPERS, just let me know.


Felton E. Parrish
K&L Gates LLP
214 N. Tryon Street, 47th Floor
Charlotte, NC 28202
Phone: 704.331.7465
Fax:   704.353.3165
Email: felton.parrish@klgates.com


───────────────────────

From: Henry, Megan C. [mailto:MHenry@winston.com]
Sent: Monday, April 22, 2013 4:40 PM
To: Felton Parrish (feltonparrish@hotmail.com); Parrish, Felton
Cc: Cottingham, Tom; joannbrighton@gmail.com
Subject: updated CalPERS letter


Felton,


I have attached the updated letter.  Please let me know whom at CalPERS this should be
addressed to.  I will also get Tom to sign the letter once we have the recipient added.  Many
thanks.


Megan C. Henry


Office Administrator


Winston & Strawn LLP
100 North Tryon Street
Charlotte, NC 28202-1078

1

Exhibit 7
Page 26

D: +1 (704) 350-7798

F: +1 (704) 350-7800

Bio <http://www.winston.com/index.cfm?contentID=24&itemID=14718>  | VCard
<http://www.winston.com/sitefiles/wsvcard/14718.vcf>  | Email <mailto:mhenry@winston.com>  |
www.winston.com <http://www.winston.com>

Follow us on Twitter twitter.com/winstonlaw <http://twitter.com/winstonlaw>

Description: Description: Winston & Strawn LLP

The contents of this message may be privileged and confidential. Therefore, if this message
has been received in error, please delete it without reading it. Your receipt of this message
is not intended to waive any applicable privilege. Please do not disseminate this message
without the permission of the author.
************************************************************************ Any tax advice
contained in this email was not intended to be used, and cannot be used, by you (or any other
taxpayer) to avoid penalties under the Internal Revenue Code of 1986, as amended.



100 North Tryon Street
Charlotte, NC 28202
T: +1 (704) 350-7700
F: +1 (704) 350-7800
www.winston.com

**T. THOMAS COTTINGHAM, III**
704-350-7745
tcottingham@winston.com

April 22, 2013

CalPERS
Lincoln Plaza North
400 Q Street
Sacramento, CA 95811

BEIJING

CHARLOTTE

CHICAGO

GENEVA

    **Re:    Employment of Jo Ann Brighton and Felton Parrish**

HONG KONG

To Whom It May Concern:

HOUSTON

LONDON

    As you know, Winston & Strawn LLP has offered Jo Ann Brighton and Felton Parrish positions as Partners in our Charlotte office, subject to clearing conflicts. While employed by K&L Gates, we understand that Ms. Brighton and Mr. Parrish assisted in K&L Gates's representation of CalPERS in connection with the San Bernadino and Stockton Bankruptcies (the "CalPERS Matters"). Winston & Strawn LLP currently represents The National Public Finance Guarantee Corporation ("NPFGC") in one or more of the CalPERS Matters.

LOS ANGELES

MOSCOW

NEW YORK

NEWARK

PARIS

    Therefore, we must assure our client, NPFGC, that Winston & Strawn LLP's employment of Ms. Brighton and Mr. Parrish will not jeopardize our ability to represent NPGGC in the CalPERS Matters. Prior to Ms. Brighton's and Mr. Parrish's employment, Winston & Strawn LLP will erect an ethical screen prohibiting them from participating in our representation of NPFGC in the CalPERS Matters and from discussing the CalPERS Matters with any Winston & Strawn LLP attorneys or staff. Ms. Brighton and Mr. Parrish will not have access to any documents relating to our representation of NPFGC in the CalPERS Matters.

SAN FRANCISCO

SHANGHAI

WASHINGTON, D.C.

    We ask CalPERS to confirm that CalPERS will not seek to disqualify Winston & Strawn LLP from representing NPFGC in the CalPERS Matters due to Ms. Brighton's and Mr. Parrish's prior participation in the CalPERS Matters at K&L Gates, provided that Winston & Strawn LLP complies with all of the screening representations in this letter.

WINSTON
& STRAWN
LLP

Respectfully submitted,

T. Thomas Cottingham

CONFIRMED this ___ day of April, 2013

CalPERS

By:_____ _____

Its:_____ _____ _____

Exhibit 7
Page 29

| | |
|---|---|
| **From:** | Parrish, Felton |
| **Sent:** | Monday, October 08, 2012 8:02 PM |
| **To:** | 'feltonparrish@hotmail.com' |
| **Subject:** | FW: Stockton Decision re: retiree benefits |
| **Attachments:** | Westlaw_Document_09_41_21.doc |

**K&L GATES**

**Felton E. Parrish**
K&L Gates LLP
214 N. Tryon Street, 47th Floor
Charlotte, NC 28202
Phone: 704.331.7465
Fax: 704.353.3165
Email: felton.parrish@klgates.com

**From:** westlaw@westlaw.com [mailto:westlaw@westlaw.com]
**Sent:** Friday, September 28, 2012 10:42 AM
**To:** Parrish, Felton
**Subject:** Stockton Decision re: retiree benefits

**Westlaw Delivery Summary Report for PARRISH,FELTON E**

| | |
|---|---|
| Date/Time of Request: | Friday, September 28, 2012 10:41 Eastern |
| Client Identifier: | 2037631.00195/28050 |
| Database: | BKRFIND |
| Citation Text: | --- B.R. ---- |
| Lines: | 1384 |
| Documents: | 1 |
| Images: | 0 |
| Recipient(s): | felton.parrish@klgates.com |

The material accompanying this summary is subject to copyright. Usage is governed by contract with Thomson Reuters, West and their affiliates.

**From:** Felton Parrish [feltonparrish@hotmail.com]
**Sent:** Thursday, October 18, 2012 8:19 PM
**To:** Parrish, Felton
**Subject:** good discussion by Lockyer



**From:** Parrish, Felton
**Sent:** Sunday, December 16, 2012 5:00 PM
**To:** 'feltonparrish@hotmail.com'
**Subject:** FW: Calpers - SB - Stay Relief Reply-3145330V3.DOC
**Attachments:** Calpers - SB - Stay Relief Reply-3145330V3.DOC



Felton E. Parrish
K&L Gates LLP
214 N. Tryon Street, 47th Floor
Charlotte, NC 28202
Phone: 704.331.7465
Fax: 704.353.3165
Email: felton.parrish@klgates.com

**From:** Ryan, Michael
**Sent:** Sunday, December 16, 2012 5:43 PM
**To:** Parrish, Felton
**Cc:** Lubic, Michael B.; Gearin, Mike; Bissett, Brett D.; McAloon, Laura D.; Diaz, Karrie Johnson
**Subject:** Calpers - SB - Stay Relief Reply-3145330V3.DOC

**From:**         Parrish, Felton
**Sent:**         Sunday, December 16, 2012 5:00 PM
**To:**           'feltonparrish@hotmail.com'
**Subject:**      FW: Calpers - SB - Stay Relief Reply-3145330V3 (2).DOC (lubic comments to pages 1-9)
**Attachments:**  Calpers - SB - Stay Relief Reply-3145330V3 (2).DOC



**Felton E. Parrish**
K&L Gates LLP
214 N. Tryon Street, 47th Floor
Charlotte, NC 28202
Phone: 704.331.7465
Fax: 704.353.3165
Email: felton.parrish@klgates.com

**From:** Lubic, Michael B.
**Sent:** Sunday, December 16, 2012 5:39 PM
**To:** Parrish, Felton; Ryan, Michael
**Cc:** Gearin, Mike; Diaz, Karrie Johnson
**Subject:** Calpers - SB - Stay Relief Reply-3145330V3 (2).DOC (lubic comments to pages 1-9)

5/15/2013

Exhibit 8
Page 33

████████████ ██

**From:** Parrish, Felton
**Sent:** Sunday, December 16, 2012 6:22 PM
**Subject:** RE: SB -- Stay Relief Reply
**Attachments:** Calpers - SB - █████████ Reply-3145330V4.DOC; Change-Pro Redline - Calpers - SB -█ █████ Reply-3145330V1 and Calpers - SB -█████████ Reply-3145330V4.doc

**PLEASE NOTE: You were BCC'd**

To: 'Mixon, Peter'
Cc: Lubic, Michael B.; Ryan, Michael; Gearin, Mike; Diaz, Karrie Johnson; Tuliano, Ralph; Crisafulli, Rob [rcrisafulli@mesirowfinancial.com]

Peter,

████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████

Thanks,
Felton

**Felton E. Parrish**
K&L Gates LLP
214 N. Tryon Street, 47th Floor
Charlotte, NC 28202
Phone: 704.331.7465
Fax: 704.353.3165
Email: felton.parrish@klgates.com

---

**From:** Gearin, Mike
**Sent:** Friday, December 14, 2012 6:14 PM
**To:** 'Mixon, Peter'
**Cc:** Lubic, Michael B.; Ryan, Michael; Parrish, Felton
**Subject:** FW: SB -- Stay Relief Reply

Peter: ████████████████████████████████████████

---

**From:** Parrish, Felton
**Sent:** Friday, December 14, 2012 2:04 PM
**To:** Lubic, Michael B.; Gearin, Mike
**Cc:** Krill, John P.; Ryan, Michael; Labioda, Nathan P.J.; Diaz, Karrie Johnson
**Subject:** SB -- Stay Relief Reply

████████████████████████████████████████
████████████████████████████

<< File: CH-#3145330-v1-Calpers_-_SB_-:▮▮▮▮▮Reply.DOC >>

**Felton E. Parrish**
K&L Gates LLP
214 N. Tryon Street, 47th Floor
Charlotte, NC 28202
Phone: 704.331.7465
Fax: 704.353.3165
Email: felton.parrish@klgates.com

**From:** Parrish, Felton
**Sent:** Sunday, January 13, 2013 5:04 PM
**To:** 'feltonparrish@hotmail.com'
**Subject:** FW: CalPERS- Administrative Priority ▮▮▮▮▮ Claims Memo
**Attachments:** CH-#3149963-v1-CalPERS-_Administrative_Priority_of_▮▮▮▮▮Claims.DOC; Westlaw Results : 560 S.E.2D 557; Westlaw Results : 560 S.E.2D 557; Westlaw Results : 560 S.E.2D 557; Westlaw Results : 560 S.E.2D 557; Westlaw Results : 560 S.E.2D 557; Westlaw Results : 560 S.E.2D 557; Westlaw Results : 560 S.E.2D 557; Westlaw Results : 560 S.E.2D 557; Westlaw Results : 560 S.E.2D 557; Westlaw Results : 560 S.E.2D 557; Westlaw Results : 560 S.E.2D 557; Westlaw Results : 560 S.E.2D 557; Westlaw Results : 560 S.E.2D 557; Westlaw Results : 560 S.E.2D 557; Westlaw Results : 560 S.E.2D 557

**K&L GATES**

Felton E. Parrish
K&L Gates LLP
214 N. Tryon Street, 47th Floor
Charlotte, NC 28202
Phone: 704.331.7465
Fax: 704.353.3165
Email: felton.parrish@klgates.com

**From:** Petraglia, William C.
**Sent:** Saturday, January 12, 2013 2:34 AM
**To:** Parrish, Felton
**Subject:** CalPERS- Administrative Priority ▮▮▮▮▮ Claims Memo

Felton:

Thanks,

Will

**K&L GATES**

William C. Petraglia

5/15/2013

Exhibit 8
Page 36

K&L Gates LLP
Hearst Tower
214 North Tryon Street
Charlotte, NC 28202
Phone: (704) 331-7470
Fax: (704) 353-3170
E-mail: will.petraglia@klgates.com
www.klgates.com

.

From:          Parrish, Felton
Sent:          Sunday, January 13, 2013 5:04 PM
To:            'feltonparrish@hotmail.com'
Subject:      FW: CalPERS ███████ in CH 9 Insert

Attachments:    CH-#3149556-v4-CalPERS_-_███████_Insert.DOC

## K&L Gates LLP

**Felton E. Parrish**
K&L Gates LLP
214 N. Tryon Street, 47th Floor
Charlotte, NC 28202
Phone: 704.331.7465
Fax: 704.353.3165
Email: felton.parrish@klgates.com

---

From:       Lebioda, Nathan P.J.
Sent:       Thursday, January 10, 2013 8:21 PM
To:         Parrish, Felton
Subject:   CalPERS Admin Claim in CH 9 Insert


CH-#314955
CalPERS_-_Ad

Felton,



1

Exhibit 8
Page 38



2

Exhibit 8
Page 39



Nathan Lebioda
K&L Gates LLP
Hearst Tower, 47th floor
214 North Tryon Street
Charlotte, NC 28202
Phone: (704) 331-7402
Fax: (704) 353-3102

*Admitted in New York only; not admitted in North Carolina

3

Exhibit 8
Page 40

███████████

| | |
|---|---|
| **From:** | Parrish, Felton |
| **Sent:** | Sunday, January 13, 2013 5:05 PM |
| **To:** | 'feltonparrish@hotmail.com' |
| **Subject:** | CalPERS - SB - ██████ Reply (FEP Comments) |
| **Attachments:** | CH-#3145849-v2-CalPERS_-_SB_██████_Reply_(FEP_Comments).DOC |

**From:** Parrish, Felton
**Sent:** Friday, January 18, 2013 3:47 PM
**To:** 'feltonparrish@hotmail.com'
**Subject:** CH-#3149963-v3-CalPERS-_████████_of_██████_Claims.DOC

**Attachments:** CH-#3149963-v3-CalPERS-_████████_of_██████_Claims.DOC

CH-#314996
CalPERS-_Adr

1

Exhibit 8
Page 42



100 North Tryon Street
Charlotte, NC 28202
T: +1 (704) 350-7700
F: +1 (704) 350-7800
www.winston.com

**T. THOMAS COTTINGHAM, III**
704-350-7745
tcottingham@winston.com

May 13, 2013

**VIA EMAIL**

Michael J. Gearin
K&L Gates
925 Fourth Avenue
Suite 2900
Seattle, WA  98104-1158

BEIJING

CHARLOTTE

CHICAGO

GENEVA

HONG KONG

HOUSTON

LONDON

LOS ANGELES

MOSCOW

NEW YORK

NEWARK

PARIS

SAN FRANCISCO

SHANGHAI

WASHINGTON, D.C.

### Re:    *Employment of William Petraglia and Nathan Lebioda*

Dear Mr. Gearin:

I am writing to inform you that Winston & Strawn LLP has offered
positions to William Petraglia and Nathan Lebioda as Associates in our Charlotte office
(the "Associates"), and anticipate them joining our Firm in the near future. While
employed by K&L Gates, we understand that the Associates assisted K&L Gates in its
representation of CalPERS in connection with the San Bernardino and Stockton
Bankruptcies (the "CalPERS Matters"). As you know, Winston & Strawn LLP currently
represents The National Public Finance Guarantee Corporation ("NPFGC") in the
CalPERS matters. As you requested in your letter dated April 24, 2013, we are directing
our correspondence to you rather than CalPERS directly.

Please be advised that, prior to the Associates' employment, Winston &
Strawn LLP will erect an ethical screen prohibiting them from participating in our
representation of NPFGC in the CalPERS Matters and from discussing the CalPERS
Matters with any Winston & Strawn LLP attorney or staff member. The Associates will
not have access to any documents relating to our representation of NPFGC in the
CalPERS Matters.

Further, we assure you that the Associates will not be permitted to bring
any documents or files of any kind related to the CalPERS Matters to Winston & Strawn
LLP. We carefully monitor both incoming paper and electronic documents with our
lateral hires.

We confirm that these screening procedures are in compliance with the
ABA Model Rule of Professional Conduct Rule 1.10 and that we will promptly respond
to any written inquiries or objections by CalPERS to these screening procedures. We

Exhibit 9
Page 43

WINSTON
&STRAWN
LLP

will also provide CalPERS with a certificate of compliance with these Rules at regular intervals upon CalPERS' written request.

Please let me know if you would like to discuss our screening procedures further. We also confirm that we continue to maintain the same screening procedures for Ms. Brighton and Mr. Parrish.

Very truly yours,

T. Thomas Cottingham

TTC/ak

Exhibit 9
Page 44



**K&L GATES LLP**
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WA 98104-1158

T +1.206.623.7580   F +1.206.623.7022   klgates.com

May 14, 2013

Michael J. Gearin
D (206) 370-6666
F (206) 370-6067
michael.gearin@klgates.com

**Via E-Mail and U.S. Mail**

Mr. T. Thomas Cottingham
Winston & Strawn LLP
100 North Tryon Street
Charlotte, NC 28202
tcottingham@winston.com

Re:    Employment of Felton Parrish, William Petraglia, and Nathan Lebioda

Dear Mr. Cottingham:

As you know, this firm represents CalPERS with regard to the City of San Bernardino and
City of Stockton matters.

This responds to your letter of May 13, 2013 addressed to me regarding the employment of
William Petraglia and Nathan Lebioda.  I write to you to convey our client's position
regarding Winston & Strawn LLP's hiring of these attorneys and others who have previously
provided services to CalPERS in connection with the Stockton and San Bernardino
Bankruptcies (the "Chapter 9 Cases").

As an initial matter, we note that the content of your May 13 letter is considerably different
from the content of your April 22, 2013 letter regarding the employment of Jo Ann Brighton
and Felton Parrish.  You are no longer asking for CalPERS' consent.  You are instead merely
indicating that a screen will simply be established.  Please be advised that our client's
position is that no ethical screen, whether or not in compliance with ABA Model Rule of
Professional Conduct 1.10, is adequate to resolve Winston's conflict of interest with regard to
the Chapter 9 Cases.  Messrs. Parrish, Petraglia, and Lebioda have performed substantial
services on behalf of CalPERS in the Chapter 9 Cases and, under California law, their
knowledge of CalPERS confidences is imputed to every lawyer at Winston upon their hiring:

> [W]hen a tainted attorney moves from one private law firm to another, the law
> gives rise to a rebuttable presumption of imputed knowledge to the law firm,
> which may be rebutted by evidence of effective ethical screening. However, if
> the tainted attorney was actually involved in the representation of the first

Exhibit 10
Page 45

**klgates.com**

Mr. T. Thomas Cottingham
May 14, 2013
Page 2

> client, and switches sides in the same case, **no amount of screening will be sufficient**, and the presumption of imputed knowledge is conclusive.

*Kirk v. First American Title Ins. Co.*, 183 Cal. App. 4th 776, 814 (2010) (emphasis added).

Moreover, Messrs. Parrish, Petraglia, and Lebioda owe CalPERS a fiduciary duty of loyalty that they have now brought with them to Winston.

> [A]n attorney is forbidden to do either of two things after severing the relationship with a former client. **The attorney may not do anything which will injuriously affect the former client in any matter in which the attorney formerly represented the client** nor may the attorney at any time use the former client knowledge or information acquired by virtue of the previous relationship.

*Oasis West Realty LLC v. Goldman*, 51 Cal. 4th 811, 821 (2011) (emphasis added).

Winston, of course, has been the principal litigation counsel for National Public Finance Guarantee Corporation ("National") in the Chapter 9 Cases. National vigorously disputes the position of CalPERS in these cases. National's interests in the Chapter 9 Cases are directly adverse to CalPERS interests and remain in contention in the cases.

Messrs. Parrish, Petraglia, and Lebioda did extensive research on behalf of CalPERS on a wide variety of issues in the Chapter 9 Cases. They had access to confidential client information and participated in the development of litigation strategies of CalPERS. And they were part of a team that advised CalPERS on legal analysis, briefing, tactics, and strategy in the Chapter 9 Cases, particularly so with regard to Mr. Parrish, who was directly involved in delivering such advice to representatives of CalPERS. Winston, in its capacity as litigation counsel for National in the same cases, has taken these attorneys into their firm without the consent of CalPERS. Because a law firm is of course the sum of its attorneys, Winston has effectively "switched sides" in the Chapter 9 litigation: first representing CalPERS and now National. Winston will be in the position of arguing against the very work product developed for CalPERS by attorneys now in your firm's employ. Accordingly, no ethical wall can eliminate this conflict of interest and Winston's hiring of Messrs. Parrish, Petraglia, and Lebioda, breaches fiduciary obligations owed by those attorneys to CalPERS.

Winston is currently operating under an unwaivable conflict of interest with regard to its representation of National in the Chapter 9 Cases and its assumed and on-going fiduciary duty toward CalPERS. It is CalPERS' position that, under California law, the only solution to this conflict is the mandatory and immediate withdrawal of Winston from any further representation of National in the Chapter 9 Cases.

Exhibit 10
Page 46

Mr. T. Thomas Cottingham
May 14, 2013
Page 3

Our client cannot accept your statements that the lawyers will be ethically screened under ABA Model Rule 1.10. You appear to argue that ethical screening under the ABA rule will avoid the conflict of the firm. However, that ABA rule is not the law in California or even in the vast majority of other jurisdictions. Even the limited form of screening that is otherwise permitted to avoid disciplinary consequences under North Carolina's Rules of Professional Conduct does not apply here. North Carolina's Rule 8.5 (b)(1) specifically provides that in connection with a matter pending before a tribunal, the choice of law is governed by the jurisdiction in which the tribunal sits, and the rules to be applied will be the rules of that jurisdiction. In this instance, both bankruptcy courts in the Chapter 9 Cases sit in California. Thus, whether or not the lawyers in question were admitted *pro hac vice*, or made any appearance in the Chapter 9 Cases on behalf of CalPERS, because the matters are pending in federal bankruptcy courts in California, the law of disqualification and the laws governing the conduct of the lawyers will be those of the State of California.

Consequently, Winston will find no shelter in ABA Model Rule 1.10 as it does not apply, and the only California case to permit a court to consider screening in the non-government context, *Kirk v. First American*, cited above, explicitly prohibits screening in a side-switching case.

We also note that in your letter of April 22, you assured CalPERS that none of the lawyers from Winston would discuss the Chapter 9 Cases with Mr. Parrish. You indicated that the screen Winston "will erect" is one that would prohibit the lawyers "from discussing the CalPERS Matters with any Winston & Strawn LLP attorneys or staff." It appears to our client that you have already violated that purported screen. Mr. Desideri or someone acting on his behalf has obviously discussed the CalPERS matters with Mr. Parrish. Mr. Desideri provided a description of the things that Mr. Parrish did or did not do in his letter to me dated April 29, which he could not have done without discussing Mr. Parrish's activities and his role in the case.

Our client will not waive the duty of loyalty or the duty of confidentiality, and does not agree that your establishment of a screen for Mr. Parrish, Mr. Lebioda or Mr. Petraglia will be legally sufficient or resolve Winston's serious, inherited conflict of interest.

As for Ms. Brighton, we reiterate that consent will be provided by CalPERS only upon the terms outlined in my letter to you dated April 24, 2013. We note that you have not complied with those terms, and we must assume that you do not intend to do so, since nearly three (3)

Exhibit 10
Page 47

Mr. T. Thomas Cottingham
May 14, 2013
Page 4

weeks have elapsed and no effort has been made to verify compliance. Please let us know
immediately if you are going to accept the terms that were set forth as conditions to CalPERS
consent to Ms. Brighton's employment.

Very truly yours,

K&L GATES LLP

By
    Michael J. Gearin

MJG:bg

cc:    Client

K:\2037631\00194\20892_MJG\20892L24PL

Exhibit 10
Page 48

# WINSTON & STRAWN LLP

| | | |
|---|---|---|
| BEIJING | 35 WEST WACKER DRIVE | MOSCOW |
| CHARLOTTE | CHICAGO, ILLINOIS 60601 | NEW YORK |
| CHICAGO | | NEWARK |
| GENEVA | +1 (312) 558-5600 | PARIS |
| HONG KONG | | SAN FRANCISCO |
| HOUSTON | FACSIMILE +1 (312) 558-5700 | SHANGHAI |
| LONDON | www.winston.com | WASHINGTON, D.C. |
| LOS ANGELES | | |

LAWRENCE R. DESIDERI
Partner
312/558-5960
ldesideri@winston.com

May 17, 2013

**VIA ELECTRONIC MAIL**
Mr. Michael J. Gearin
K & L Gates LLP
925 Fourth Avenue
Suite 2900
Seattle, WA 98104

      **Re:**     **Winston & Strawn's Representation of Nat'l Pub. Finance Guarantee Corp.**

Dear Mr. Gearin:

As you know, Winston & Strawn LLP represents National Public Finance Guarantee Corporation ("NPFGC") as one of the many creditors involved in the Chapter 9 bankruptcy cases filed by the City of San Bernardino and the City of Stockton (collectively, "Chapter 9 Cases"). We understand that your firm, K&L Gates LLP, represents California Public Employees' Retirement System ("CalPERS") as another creditor in these Chapter 9 Cases.

We have reviewed the arguments set forth in your response letter of May 14, 2013. Namely, we understand that you and/or your client believe that Winston & Strawn is "operating under an unwaivable conflict of interest with regard to its representation of [NPFGC] in the Chapter 9 Cases." The "unwaivable conflict of interest," as you call it, allegedly arises from certain K&L Gates attorneys joining our firm. In general terms, you state that these attorneys previously performed work for CalPERS while at K&L Gates. And, you argue that, by offering positions to these attorneys, "Winston has effectively 'switched sides in the Chapter 9 [Cases]: first representing CalPERS and now [NPFGC]." We believe your arguments reflect a misreading of the facts and law.[1]

The California cases under which the principle of automatic disqualification is premised involved attorneys who "switched sides" to a directly adverse party in the same litigation—*e.g.* the conflicted attorney switched from a firm representing the plaintiff to a firm representing the defendant (or vice versa). *See, e.g., Meza v. Muehlstein & Co.*, 176 Cal. App. 4th 969 (Cal. App. 2009); *Henriksen v. Great Am. Savings & Loan*, 11 Cal. App. 4th 109 (Cal. App. 1992). In assessing the scope of relevant case law, *Kirk v. First Am. Title Ins. Co.* noted that automatic

---

[1] This letter does not represent an exhaustive discussion of these issues and we specifically reserve the right to raise further points and arguments at the appropriate time.

Exhibit 11
Page 49

disqualification is "based on an understanding that in *the most extreme cases of direct conflict*, no amount of ethical screening can rebut the presumption of imputed knowledge." 183 Cal. App. 4th 776, 800 n.20 (Cal. App. 2010) (emphasis added).

This, however, is not a case where attorneys who represented the plaintiff "switched sides" to represent a defendant (or vice-versa). Bankruptcy cases typically involve many creditors—indeed, sometimes hundreds—represented by different firms. The specific Chapter 9 cases you reference include many other creditors and interested parties and many other law firms. You have cited no authority for the proposition that an attorney moving from a firm that represents one creditor in a bankruptcy to a firm that represents another creditor is one of "the most extreme cases of direct conflict."

In the actual circumstances present here, California law creates only a rebuttable presumption of shared information that is overcome "by evidence that ethical screening will effectively prevent the sharing of confidences in a particular case." *Id.* at 801. As our previous correspondence made clear, Winston & Strawn has, in fact, implemented a timely ethical screen with respect to the K&L Gates attorneys joining Winston. Our screening procedures go well beyond what California courts consider "effective." First, these attorneys are separated and isolated from the Chapter 9 Cases. Second, attorneys at Winston & Strawn are expressly prohibited from discussing with these attorneys any confidential information relating to the Chapter 9 Cases. Third, we have established rules and procedures that prevent these attorneys from accessing confidential information and files relating to the Chapter 9 Cases. Fourth, none of these attorneys have "supervisory powers" over any attorney involved in the Chapter 9 Cases. And fifth, we notified CalPERS that these attorneys were joining Winston & Strawn and that our firm would effectively screen them from the Chapter 9 Cases. *See Kirk*, 183 Cal. App. 4th at 810-13 (setting forth the "typical elements" of an ethical screen).

Your bald assertion that "[i]t appears to [your] client that [we] have already violated [our] purported screen" is incorrect. Our April 29th letter illustrated the efficacy of our firm's screening procedures and generally highlighted the limited extent of Mr. Parrish's work on the Chapter 9 Cases before he joined our firm. Indeed, these disclosures were similar in nature to your own generic descriptions of the work allegedly performed by Messrs. Parrish, Petraglia, and Lebioda while at K & L Gates. By no means do these general descriptions show or suggest the disclosure of confidential information—and in fact, no such information has been disclosed.

In summary, the relationship between CalPERS and NPFGC does not present a situation of "switching sides" or an "extreme case of direct conflict," warranting automatic disqualification. Moreover, Winston & Strawn's screening procedures "will effectively prevent the sharing of confidences" to overcome the rebuttable presumption of shared knowledge.

Moreover, we find your baseless suggestion that Winston & Strawn and/or these attorneys somehow breached a "fiduciary obligation" to be wholly inappropriate. The fiduciary duties of loyalty and confidentiality owed to a former client bars an attorney from injuring the "the former client in any matter in which [the attorney] formerly represented [the client]" and "from both disclosing or using the former client's confidential information against the former

Exhibit 11
Page 50

**WINSTON & STRAWN** LLP

May 17, 2013
Page 3

client." *Oasis West Realty, LLC v. Goldman*, 250 P.3d 1115, 1121-22 (Cal. 2011). An attorney does not breach these duties, however, unless there is evidence that the attorney ***actually acted*** injuriously towards the former client in the same matter or ***actually disclosed*** confidential information "to the detriment of his former client." *See id.* at 1124-25. Here, the evidence shows that any duties owed to CalPERS as a former client will be maintained and protected –not only because Winston & Strawn implemented an effective screen, but also because our attorneys – as well as your own recent partners and associates – understand and appreciate their ethical obligations as members of the legal profession.

Finally, we are puzzled by your comments on your four "terms" concerning Ms. Brighton. We believe our earlier letter addressed these issues. In any event, for the avoidance of doubt, we will be more specific here. Ms. Brighton confirms her commitment to scrupulously protect client confidences of CalPERS including without limitation those relating to the representation of CalPERS in the Chapter 9 Cases. We confirm that Winston & Strawn LLP erected an ethical screen prohibiting Ms. Brighton from access to any files relating to representations of parties in the Chapter 9 Cases and prohibiting Ms. Brighton from the representation of any party in the Chapter 9 Cases. We also confirm that Ms. Brighton will not discuss the Chapter 9 Cases or the contested issues in those cases with any attorney, representative, representative employee or client of Winston & Strawn. Lastly, Ms. Brighton will not represent NPFGC in any matters and will not represent any other bond insurer, bondholder or other party in interest in any municipal bankruptcy case if such representation would create an ethical conflict of interest under the applicable rules of professional conduct, including but not limited to, positional or issue conflicts.

Sincerely,

Lawrence R. Desideri

Exhibit 11
Page 51

| | |
|---|---|
| **From:** | Cohn, Matthew </O=MBIA/OU=ARMONK/CN=RECIPIENTS/CN=COHNM> |
| **Sent:** | Monday, June 11, 2012 11:12 AM |
| **To:** | Jordan, John J. <john.jordan@nationalpfg.com> |
| **Subject:** | RE: Stockton |

Thanks. Not surprising given what we know. We have to find a way to drag Calpers into the fight.

**Matthew A. Cohn**
**OPTINUITY ALLIANCE RESOURCES, AN MBIA INC. COMPANY**
Special Situations Group
113 King Street
Armonk, NY 10504
O | 914.765.3216
M | 914.356.7527
E | matthew.cohn@OptinuityAR.com

**From:** Jordan, John J.
**Sent:** Monday, June 11, 2012 10:58 AM
**To:** Cohn, Matthew
**Subject:** Stockton

# IN STOCKTON BANKRUPTCY, PENSIONS MAY NOT BE CUT

Local Governments - Exclusive --- 11 June 2012

*Originally posted at www.calpensions.com*

As in the Vallejo bankruptcy, public employee pensions may not be targeted for cuts if Stockton files for bankruptcy on June 26, a step authorized by the city council this week if mediation fails.

But again like Vallejo, Stockton may use bankruptcy to cut generous lifetime health care promised retired city employees, which the council was told will soon cost more than health care for current workers.

Before a city can file for bankruptcy, a new state law requires up to a 90-day attempt supervised by a mediator to reach an agreement with creditors, unless there is an emergency that threatens public health and safety.

The Stockton city council voted 6-to-1 Tuesday night to authorize the city manager, Bob Deis, to immediately file for bankruptcy if there is no agreement when the 90-day period expires June 25.

The main reason given for the urgency is that the city, facing a $26 million deficit projected to grow to $40 million in three years, needs either big cost cuts through mediation or bankruptcy protection from creditors to enact a balanced budget by July 1.

The council was told that a strong legal filing for bankruptcy could not be prepared in a few days, the period between June 25 and July 1. In addition, said Deis, a vote to prepare a bankruptcy filing might "send a message" to the negotiators.

"How that plays out psychologically would be anybody's guess," he told the council.

Deis also plans to have a budget and a "pendency" plan for operating under bankruptcy protection ready by June 26. In some media reports and public comments at the council meeting, mediation is regarded as nearly certain to fail.

Unions apparently share that view. After Vallejo declared bankruptcy unions, fearing labor contracts would be overturned, backed legislation requiring cities to get approval from a labor-friendly commission in Sacramento to file for bankruptcy.

Exhibit 12
Page 52 ·    NPFG00003313

A compromise with cities produced the mediation bill, AB 506. Now the Stockton situation has prompted unions led by firefighters to *move a bill*, AB 1692, that cities say busts the earlier deal and would allow unions to prolong mediation for months or years.

In some stories in the national media, Vallejo is being cited as an example of how bankruptcy can help cities deal with built-in deficits resulting from revenue losses during a lengthy recession, difficult-to-cut labor costs and other problems.

A Washington Post *story on May 23* calling Vallejo "a model for cities in an age of austerity" said bankruptcy has been a "last resort" because cities fear a blow to their ability to borrow and reputation.

"But that attitude has started to change as more cities have found themselves facing fiscal catastrophe; bankruptcy offers an opportunity to start over with a clean slate," said the Post story.

A bankruptcy attorney retained by Stockton, Marc Levinson, who also represented Vallejo, told the council there are differences between the two port cities, Stockton with 292,000 residents and Vallejo with 118,000.

Levinson said the Stockton situation is more complex: nine unions, instead of four, and a number of bond holders, not one consolidated bond holder. He said one of the main problems in Vallejo was that unions thought city financial data was inaccurate.

Vallejo filed for bankruptcy in May 2008 and emerged last November. Levinson said city legal fees to his firm and others, some for routine bond work, totaled $12 million to $13 million.

Deis told the council bankruptcy costs would be more than covered by savings. His **88-page memo** to the council describing Stockton's financial situation said Vallejo cut its long-term obligations by more than $100 million.

Much of Stockton's financial problem is said to be the result of decades of mismanagement. State Controller John Chiang has several auditors going over city books for the decade ending in 2010. The city has 10 independent auditors at work.

Deis is leading a team of experts hired by the city as it struggles to regain solvency. During public comment a Stockton resident, who said he has been urging the council to file for bankruptcy for four years, turned to the team sitting in the front row.

"You guys look great in your suits," said Gary Malloy. "I just hope you're worth the money."

Stockton had a housing boom, averaging 3,000 housing starts a year from 2003 through 2005, followed by a bust, averaging 150 starts from 2009 to 2011. The median home price, $407,000 in 2005, dropped to $118,500 last February.

One of every 60 homes is in some stage of foreclosure, the worst rate in the nation. A nationwide study last year said 56 percent of Stockton home loans were "underwater," second to Las Vegas with 66 percent.

Stockton issued $190 million in bonds for public facilities last decade, including $40 million for a new city hall and $32 million for three parking garages. After the city stopped bond payments, Wells Fargo took control of the city hall building and garages.

After deep cuts in police and fire services, one of the grim statistics is a soaring crime rate. The council was told the city has had 26 homicides this year, compared to nine at this time last year.

The $26 million deficit is in a $181 million general fund budget for the new fiscal year beginning July 1. A chart shows that retirement costs are 17.5 percent of the general fund.

Exhibit 12
Page 53    NPFG00003314

Several unions negotiated contracts that cut pay and retirement benefits for new hires. But the city declared two fiscal emergencies to impose cuts on the police and another large union.

The two unions are challenging the cuts in the courts and at a state labor board. If the unions win, the $26 million state deficit is expected to grow by $16 million and possibly an additional $12.5 billion if back pay is ordered.

Last December the New York Times *reported that* Vallejo originally planned to cut the pensions of current workers and retirees, but decided not to when the California Public Employees Retirement System threatened a costly lawsuit.

A resident told the Stockton council Tuesday that if the city files for bankruptcy, there will be no attempt to cut pensions because CalPERS has a "big wallet" and would take the issue to the U.S. Supreme Court if necessary.

Deis said after the meeting he thinks the council is unlikely to push for a pension cut in bankruptcy because Stockton would be at a "competitive disadvantage" with other government employers offering similar benefits through CalPERS.

But, he said, the retiree health care benefits offered by Stockton are "well above the labor market." His memo said annual retiree health care costs are $13.8 million ($9.2 million general fund) and are expected to double in ten years to $27.4 million.

Like the state and most cities, Stockton has set aside no money to invest and help pay for retiree health care. The debt or "unfunded liability" for retiree health care promised Stockton workers is an estimated $417 million in the decades ahead.

Less than 1,100 of the current 2,400 city retirees receive health care benefits, and their pensions are on average twice as high as retirees who do not receive health care benefits.

The city pays the full health care premium for the retiree and one dependent, with no cap on the cost. Because no minimum time of service was required for eligibility, an employee theoretically could work one month and be eligible for retiree health care.

"Starting in FY 2013-14, the city will be spending more on health benefits for retirees than for current employees," said the memo.

*Reporter Ed Mendel covered the Capitol in Sacramento for nearly three decades, most recently for the San Diego Union-Tribune. More stories are at http://calpensions.com/* Posted 7 Jun 12

*John Jordan | Managing Director - Portfolio Surveillance* | National Public Finance Guarantee Corporation | *Phone* ☎ *(914) 765-3558 | Mobile* ☎ *(914) 216-8628* | ✉ john.jordan@nationalpfg.com

Exhibit 12
Page 54    NPFG00003315