(4)

1  Richard Hopp
   Post Office Box 3601
2  Van Nuys, California 91407

3  Party in Interest,
    Richard Hopp
4

```
FILED DPAS

JUN - 5 2013

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
```

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| IN RE: | Case No.: 2012-32118 |
| CITY OF STOCKTON, CALIFORNIA | Chapter 9 |
| DEBTOR. | **REQUEST FOR SPECIAL NOTICE AND SERVICE OF PAPERS AND RESERVATION OF RIGHTS; PROOF OF SERVICE** |
| | **[NO HEARING REQUIRED]** |
| | Judge: Hon. Christopher M. Klein |
| | Dept.: Courtroom 35 |

TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

Pursuant to applicable Bankruptcy Rules including 2002, 3017, 4001, and 9007, the undersigned requests that an entry be made on the Clerk's matrix and master mailing list in this case so that any and all notices given or required to be given, that all documents served or required to be served in this case, be given to and served upon the following persons:

**Richard Hopp
P O Box 3601
Van Nuys, California 91407-3601**

The foregoing request, includes, but is not limited to any and all matters for which notice is given to creditors, any creditor's committee, or any other party in interest herein including all

-1-

schedules, amended schedules, motions, applications, plans of reorganization, disclosure statements, order, docket, minute, decrees, and other documents and pleadings, including those in adversary proceedings. This request shall be deemed a limited appearance and does not constitute acceptance of service of process in any manner inconsistent with pertinent rules and statues.

Neither this Request for Special Notice nor any subsequent appearance, pleading, claim, proof of claim, documents, suit, motion nor any other writing or conduct, shall constitute a waiver of the within requestor's:

    a.    Right to have any and all final order in any and all non-core matter entered only after de novo review by a United States District Court Judge;

    b.    Right to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same are designated legal or private rights, or in any case, controversy or proceeding related hereto, notwithstanding the designation or non-designation of such matters as "core proceeding" pursuant to 28 U.S.C. § 157(b)(2)(H), and whether such jury trial right is pursuant to statute or the United State Constitution;

    c.    Right to have the reference of this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal;

    d.    Other rights, claims, actions, defenses, setoffs, recoupments or other matters to which this party(s) is entitled under any agreements at law or in equity or under the United States Constitution; and,

    **e.**    **Rights and remedies under the California Public Records Act [Cal. Gov't Code, § 6251 et seq.] for document disclosure and production.**

    **f.**    **Rights and remedies under the California Public Records Act [Cal. Gov't Code, § 6253.1] to assist Richard Hopp to identify records and information that are responsive public records act request.**

    **g.**    **Rights and remedies under the Information Practices Act of 1977 [Cal. Civ. Code, § 1798, et seq.] for document disclosure and production.**

    **h.**    **Rights and remedies under the Ralph M. Brown Act [Cal. Gov't Code, §**

REQUEST FOR SPECIAL NOTICE AND SERVICE OF PAPERS AND RESERVATION OF RIGHTS

**54950.5, et seq.]**

All of the above rights are expressly reserved and preserved by this party(s) without exception and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in these matters.

Dated: June 3, 2013

_____
Richard Hopp, Party in Interest

-3-

**REQUEST FOR SPECIAL NOTICE AND SERVICE OF PAPERS AND RESERVATION OF RIGHTS**

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I live in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: P O Box 835, Van Nuys, California 91408.

On June 3, 2013, I served the documents entitled: **REQUEST FOR SPECIAL NOTICE AND SERVICE OF PAPERS AND RESERVATION OF RIGHTS; PROOF OF SERVICE** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Marc A. Levinson
400 Capitol Mall #3000
Sacramento, CA 95814-4407

City of Stockton, California
City Hall/City Clerk's Office
425 North El Dorado Street
Stockton, CA 95202

Office of the U.S. Trustee
501 I Street, Room 7-500
Sacramento, CA 95814-7304

Sent United States Postal Mail Postage Prepaid.

I declare under penalty of perjury under the law of the State of California that the above is true and correct.

Executed on June 3, 2013, at Van Nuys, California.

L. Rosengren

-4-

**REQUEST FOR SPECIAL NOTICE AND SERVICE OF PAPERS AND RESERVATION OF RIGHTS**