JGIS

ROBERT K. SALL (SBN 83782)
rsall@sall-lawoffice.com
SUZANNE BURKE SPENCER (SBN 188597)
sburke@sall-lawoffice.com
MICHAEL A. SALL (SBN 287981)
msall@sall-lawoffice.com
THE SALL LAW FIRM
A Professional Corporation
32351 Coast Highway
Laguna Beach, CA 92651
Telephone: 949-499-2942
Facsimile:  949-499-7403

Attorneys for Party in Interest California Public Employees' Retirement System

**FILED**

JUN 2 1 2013

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

BY FAX

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re<br><br>CITY OF STOCKTON, CALIFORNIA,<br><br>Debtor. | Case No.    2012-32118<br><br>DC No. SLF-1<br><br>Chapter 9<br><br>**DECLARATION OF SUZANNE BURKE SPENCER IN SUPPORT OF REQUEST TO FILE UNDER SEAL STIPULATION AND ORDER TO SUBMIT CERTAIN PAPERS UNDER SEAL PURSUANT TO STIPULATION AND PROTECTIVE ORDER [DKT. NO. 564]** |

I, Suzanne Burke Spencer, hereby declare:

1. I am an attorney with The Sall Law Firm, counsel for Party in Interest California Public Employees' Retirement System ("CalPERS") for the limited purpose CalPERS' Motion to Disqualify Winston & Strawn LLP filed herein on May 21, 2013 [Dkt Nos. 904-910] (the "Motion"). I am one of the attorneys with The Sall Law Firm responsible for the representation of CalPERS with respect to the Motion. Except as to those matters as set forth on information and belief, I have personal knowledge of the facts set forth herein and if called as a witness I could testify competently to such facts.

2. Concurrently with this Declaration, we are submitting for paper-filing under seal a

1   DECLARATION OF SUZANNE BURKE SPENCER IN
    SUPPORT OF REQUEST TO FILE UNDER SEAL

1 Stipulation and Order to Submit Certain Papers Under Seal ("Stipulation"). The purpose of the
2 Stipulation is to request that the Court seal three pleadings previously filed in unredacted form [Dkt
3 Nos. 904, 910, and 911] and replace those filings with redacted versions, which are attached to the
4 Stipulation as Exhibits 2, 3 and 4. The parties are requesting that those pleadings be sealed because
5 of concerns raised by one of the parties as to the alleged confidentiality of certain information
6 contained in those pleadings. The redacted versions of the pleadings remove the references to the
7 allegedly confidential material.

     3. The stipulating parties further request that the Stipulation itself be filed under seal, at least initially, because the parties are concerned that if the Stipulation is filed publicly, all interested parties in these proceedings would be alerted to the fact that CalPERS and National Public Finance Guarantee Corporation ("National") are seeking to seal portions of the pleadings filed in support of the Motion. Thus alerted, the parties to the Stipulation are concerned that others may be prompted to make efforts to download the unredacted versions of the pleadings during the time lapse between the public filing of the Stipulation and the sealing of the records, assuming the Court grants CalPERS' and National's request to seal those records.

     4. Accordingly, the stipulating parties respectfully request that the Stipulation itself be paper-filed under seal.

     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: June 21, 2013

_____
Suzanne Burke Spencer