**3**

1  ROBERT K. SALL (SBN 83782)
   rsall@sall-lawoffice.com
2  SUZANNE BURKE SPENCER (SBN 188597)
   sburke@sall-lawoffice.com
3  MICHAEL A. SALL (SBN 287981)
   msall@sall-lawoffice.com
4  THE SALL LAW FIRM
   A Professional Corporation
5  32351 Coast Highway
   Laguna Beach, CA 92651
6  Telephone: 949-499-2942
   Facsimile:  949-499-7403
7
   Attorneys for Party in Interest California Public Employees' Retirement System
8

9              UNITED STATES BANKRUPTCY COURT

10               EASTERN DISTRICT OF CALIFORNIA

11                    SACRAMENTO DIVISION

12  In re                                 Case No. 2012-32118

13  CITY OF STOCKTON, CALIFORNIA,         DC No. SLF-1

14                                        Chapter 9
            Debtor.
15                                        **STIPULATION AND ORDER TO EXTEND
                                          BRIEFING SCHEDULE FOR MOTION OF
16                                        PARTY IN INTEREST CALPERS TO
                                          DISQUALIFY WINTSON & STRAWN LLP**
17
                                          Date:  July 2, 2013
18                                        Time:  9:30 a.m.
                                          Place: United States Courthouse
19                                               Dept. C, Courtroom 35
                                                 501 I Street
20                                               Sacramento, CA 95814

21

22

23  TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

24       Party in Interest California Public Employees' Retirement System ("CalPERS") and Creditor

25  National Public Finance Guarantee Corporation ("National"), by and through their attorneys of record

26  herein, hereby stipulate and agree as follows:

27       WHEREAS, CalPERS' Motion to Disqualify Winston & Strawn LLP was filed on May 20,

28

RECEIVED
June 18, 2013
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0004850340

2013, with a hearing date of July 2, 2013;

WHEREAS, National's opposition to the motion is due on June 18, 2013;

WHEREAS, CalPERS' reply to National's opposition is due on June 25, 2013;

WHEREAS, National has requested to extend the briefing schedule such that its opposition is due on June 20, 2013;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties through their respective counsel of record that, subject to Court approval:

1. The deadline for National to file a responsive pleading to CalPERS's Motion to Disqualify Winston & Strawn LLP is extended to June 20, 2013.

2. The deadline for CalPERS to file a pleading in reply to National is extended to June 27, 2013.

DATED: June 18, 2013

THE SALL LAW FIRM
A Professional Corporation

By: /s/ Suzanne Burke Spencer
    Robert K. Sall
    Suzanne Burke Spencer
    Michael A. Sall

Attorneys for Party in Interest
California Public Employees' Retirement System

DATED: June 18, 2013

WINSTON & STRAWN LLP

By: /s/ Matthew M. Walsh
    Matthew M. Walsh

Attorneys for Creditor
National Public Finance Guarantee Corporation

//

//

## ORDER

Having read the foregoing Stipulation, and good cause appearing therefor, the Court hereby orders that:

1. The deadline for National to file a responsive pleading to CalPERS's Motion to Disqualify Winston & Strawn LLP is extended to June 20, 2013.

2. The deadline for CalPERS to file a pleading in reply to National is extended to June 27, 2013.

Dated: June 22, 2013

_____
United States Bankruptcy Judge