3

```
ROBERT K. SALL (SBN 83782)
rsall@sall-lawoffice.com
SUZANNE BURKE SPENCER (SBN 188597)
sburke@sall-lawoffice.com
MICHAEL A. SALL (SBN 287981)
msall@sall-lawoffice.com
THE SALL LAW FIRM
A Professional Corporation
32351 Coast Highway
Laguna Beach, CA 92651
Telephone: 949-499-2942
Facsimile:  949-499-7403
```

**FILED**

JUL - 1 2013

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

Attorneys for Party in Interest California Public Employees' Retirement System

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re<br><br>CITY OF STOCKTON, CALIFORNIA,<br><br>Debtor. | Case No. 2012-32118<br><br>DC No. SLF-1<br><br>Chapter 9<br><br>**STIPULATION AND ORDER TAKING OFF CALENDAR MOTION OF PARTY IN INTEREST CALPERS TO DISQUALIFY WINSTON & STRAWN LLP**<br><br>Date:  July 2, 2013<br>Time:  9:30 a.m.<br>Place: United States Courthouse<br>       Dept. C, Courtroom 35<br>       501 I Street<br>       Sacramento, CA 95814 |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Party in Interest California Public Employees' Retirement System ("CalPERS") and Creditor National Public Finance Guarantee Corporation ("National"), by and through their attorneys of record herein, hereby stipulate and agree as follows:

WHEREAS, on May 20, 2013, CalPERS filed a Motion to Disqualify Winston & Strawn LLP [Dkt Nos. 904-910] ("Motion") as counsel for National in the above-captioned action;

1     WHEREAS, the parties subsequently agreed that National's opposition to the Motion would be due on June 20, 2013. The Motion is currently set to be heard on July 2, 2013;

    WHEREAS, rather than opposing the Motion, National decided to retain new counsel to replace Winston & Strawn LLP as its counsel of record in this action;

    NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties through their respective counsel of record that:

    1. As of the date this Court enters an order approving the substitution of new counsel for National, Winston & Strawn LLP will no longer represent National in the above-captioned action or provide any legal advice or services to National in connection with this action, except as reasonably necessary to transition National's representation to new counsel.

    2. The Motion is hereby withdrawn and may be removed from the Court's calendar.

DATED: June 25, 2013

THE SALL LAW FIRM
A Professional Corporation

By: _____
    Robert K. Sall
    Suzanne Burke Spencer
    Michael A. Sall

Attorneys for Party in Interest
California Public Employees' Retirement System

DATED: June 25, 2013

WINSTON & STRAWN LLP

By: _____
    Matthew M. Walsh

Attorneys for Creditor
National Public Finance Guarantee Corporation

## **ORDER**

Having read the foregoing Stipulation, and good cause appearing therefor, the Court hereby orders that:

1. As of the date this Court enters an order approving the substitution of new counsel for National, Winston & Strawn LLP shall no longer represent National in the above-captioned action or provide any legal advice or services to National in connection with this action, except as reasonably necessary to transition National's representation to new counsel.

2. The Motion to Disqualify Winston & Strawn LLP as counsel for National in the above-captioned action [Dkt Nos. 904-910] filed by CalPERS on May 20, 2013 is hereby withdrawn and the July 2, 2013 hearing date taken off calendar.

Dated: _____

_____
UNITED STATES BANKRUPTCY JUDGE