| | |
|---|---|
| 1 | STEVEN H. FELDERSTEIN (State Bar No. 056978) |
| | JASON E. RIOS (State Bar No. 190086) |
| 2 | JENNIFER E. NIEMANN (State Bar No. 142151) |
| | FELDERSTEIN FITZGERALD |
| 3 | WILLOUGHBY & PASCUZZI LLP |
| | 400 Capitol Mall, Suite 1750 |
| 4 | Sacramento, CA  95814 |
| | Telephone:  (916) 329-7400 |
| 5 | Facsimile:  (916) 329-7435 |
| 6 | Former Attorneys for the Association of Retired |
| | Employees of the City of Stockton |

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | | |
|---|---|---|
| In re: | | CASE NO.  12-32118 |
| CITY OF STOCKTON, CALIFORNIA, | | Chapter 9 |
| Debtor. | | **AMENDED NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE** |

PLEASE TAKE NOTICE that the Association of Retired Employees of the City of Stockton (the "Association"), an association whose members are unsecured creditors and/or parties in interest, and pursuant to Rules 2002, 3017, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. §§ 102, 901, 923, and 1109, demands that all notices given or pleadings required to be served in this case be given or served, as the case may be, to or upon the undersigned at the address and telephone number set forth below:

Dwane Milnes, President<br>
Association of Retired Employees of the City of Stockton<br>
1620 Lucerne Avenue<br>
Stockton, CA  95203<br>
Tel: (209)467-0224

PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109(b) of title 11 of the United States Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the rules specified above but also includes, without limitation, orders and notices of any applications, motions, petitions, pleadings, requests, complaints, demands, disclosure statements or plans of adjustment, whether formal or informal, whether written or oral and

whether transmitted or conveyed by mail delivery, telephone, telegraph, facsimile transmission, telex or otherwise, which affect or seek to affect in any way the Debtor or property and proceeds in which the Debtor may claim an interest.

PLEASE TAKE FURTHER NOTICE that neither this appearance and demand for notice nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed a consent to jurisdiction of the Bankruptcy Court over the Association, and shall not be deemed a waiver of any rights of the Association specifically, but not limited to: (i) the Association's right to have final orders in non-core matters entered only after de novo review by a district judge; (ii) the Association's right to trial by jury in any proceeding so triable herein, or in any case, controversy or proceeding related hereto; (iii) the Association's right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which the Association is or may be entitled under any agreement, in law, or in equity – all of which rights, claims, actions, defenses, setoffs and recoupments the Association expressly reserves.

Dated: July 8, 2013

ASSOCIATION OF RETIRED EMPLOYEES OF THE CITY OF STOCKTON

By: _____
Dwane Milnes, President