**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| Name, Address, Telephone Numbers and California State Bar Number (If applicable)<br>Matthew M. Walsh, Esq. (SBN No. 175004)<br>Winston & Strawn LLP<br>333 S. Grand Avenue, 38th Floor<br>Los Angeles, CA 90071<br>(213) 615-1700<br>Attorney for: National Public Finance Guarantee Corporation | **REQUEST TO BE ADDED OR REMOVED FROM COURTESY ELECTRONIC NOTIFICATION** |
|---|---|
| In re: CITY OF STOCKTON, CALIFORNIA<br><br>Debtor(s). | Bankruptcy Case No.: 12-32118 |

*The following additional information is required when filing this form in an adversary proceeding.*

| Plaintiff(s),<br>v.<br><br>Defendant(s). | Adversary Proceeding No.: |
|---|---|

To the Clerk of the U.S. Bankruptcy Court:

*[Mark the appropriate check box below.]*

☐ **Request for Courtesy Electronic Notification.** I hereby request courtesy electronic notification of documents filed in the above-referenced case/ proceeding. I understand that courtesy electronic notification will be delivered by the Court's Electronic Filing (e-Filing) system as a Notice of Electronic Filing (NEF), and that I must be a registered user of the Court's e-Filing system to be eligible to receive courtesy NEFs.

I further understand that this request **DOES NOT** impose any obligation on the Court, the debtors, or any other party in the case/proceeding to deliver by mail, telephone, facsimile, or other means of electronic transmission, courtesy copies of any orders, pleadings, or other documents entered on the docket in this case/proceeding.

☑ **Request for Removal from Courtesy Electronic Notification.** I no longer wish to receive Notices of Electronic Filing (NEFs) for documents filed in the above-referenced case/proceeding and hereby request removal from courtesy electronic notification.

Dated: 07/10/13

Signed: /s/ Matthew M. Walsh
Printed Name: Matthew M. Walsh

EDC 3-320 (Rev. 4/25/12)