Ron M. Oliner (SBN: 152373)
Geoffrey A. Heaton (SBN: 206990)
**DUANE MORRIS LLP**
One Market Plaza
Spear Street Tower, Suite 2200
San Francisco, CA 94105-1127
Telephone: (415) 957-3000
Facsimile: (415) 957-3001
Email: roliner@duanemorris.com

Attorneys for PRESTON PIPELINES, INC.

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| In re | Case No. 12-32118-C-9 |
| CITY OF STOCKTON, CALIFORNIA, | Chapter 9 |
| Debtor. | Docket Control No. DM-1 |
| | Date:   August 20, 2013<br>Time:   9:30 a.m.<br>Place:   501 I Street, Courtroom 35<br>             Sacramento, CA 95814<br>Judge:  The Honorable Christopher M. Klein |

# MOTION FOR RELIEF FROM THE
## AUTOMATIC STAY BY PRESTON PIPELINES, INC.

Preston Pipelines, Inc. ("PPI") hereby moves for relief from the automatic stay under 11

U.S.C. §§ 362(d)(1) and 922(a) to (i) file suit against debtor City of Stockton, California (the

"City") in San Joaquin County Superior Court for breach of contract and other claims related to

PPI's construction of the Delta Water Supply Project Intake and Pump Station Facility ("Pump

Station"), and (ii) once PPI's claims against the City (and other non-debtor parties) are fully

liquidated, to recover on its claims from funds in the City's Delta Water Supply Project Account,

a restricted use fund containing the proceeds of bonds issued to finance PPI's construction of the Pump Station, among other components of the City's Delta Water Supply Project.

The grounds upon which PPI seeks relief from stay are described with particularity in the Memorandum of Points and Authorities filed herewith.

Dated: July 18, 2013                                    **DUANE MORRIS LLP**

By:_____/s/ Ron M. Oliner (152373)_____
                        RON M. OLINER
            Attorneys for Preston Pipelines, Inc.

DM3\2600971.1 R2024/00001                              2

**MOTION FOR RELIEF FROM THE AUTOMATIC STAY BY PRESTON PIPELINES, INC.
CASE NO. 12-32118-C-9**