| | |
|---|---|
| 1 | **2** |
| 2 | Jerome R. Satran, Esq. (SBN 188286)<br>Joseph T. Speaker, Esq. (SBN 277921) |
| 3 | KOELLER, NEBEKER, CARLSON & HALUCK, LLP<br>1478 Stone Point Drive, Suite 400 |
| 4 | Roseville, CA 95661<br>Telephone: (916) 724-5700 |
| 5 | Facsimile: (916) 788-2850 |
| 6 | Attorney for Movants<br>DEAN ANDAL |

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

In re:

CITY OF STOCKTON, CALIFORNIA,

Debtor,

Case No. 12-32118-C-9
DC No.: JTS-01

Judge: Hon. Christopher M. Klein

NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY UNDER 11 U.S.C. SECTION 362(d)(1) AND 28 U.S.C. 1334(c)

Date: August 20, 2013
Time: 9:30
Courtroom: 35

**TO ALL INTERESTED PARTIES AND TO THEIR COUNSEL OF RECORD:**

**NOTICE IS HEREBY GIVEN** that on August 20, 2013 at 9:30 a.m. before the Honorable Christopher Klein, United States Bankruptcy Judge, 501 I Street, Courtroom 35, Sacramento, CA 95814, the Court will hear and consider Movant DEAN ANDAL's Motion for Relief from the Automatic Stay (the "Motion"). In the Motion, DEAN ANDAL seeks relief from the automatic stay in order to allow DEAN ANDAL, an individual, (hereinafter "Movant") to bring a writ of mandate in the Superior Court for the County of San Joaquin against the CITY OF STOCKTON, CALIFORNIA (hereinafter "Debtor") as real party in interest, pursuant to California Elections Code section 9295. The writ of mandate will challenge the impartiality of proposed language on the upcoming November 5, 2013 ballot. The Debtor, through its elected

1  City Council, approved proposed language for a measure to be placed on the November 5, 2013
2  ballot. Movant makes the Motion for Relief from the Automatic Stay and asks this Court to
3  abstain from hearing this purely state law election issue.
4      A copy of the Motion and all supporting papers is part of the Court's electronic record,
5  which is the official record of the Court, and can be accessed either through the e-CalWebPACER
6  information system (see http://www.caeb.uscourts.gov/ - subscription required) or is available for
7  inspection and printing at computer terminals which are located at the Office of the Clerk, Suite
8  3-200, 501 I Street, Sacramento, California. These documents are also available from the
9  Trustee's attorney upon reasonable request.
10     **NOTICE IS FURTHER GIVEN** that your rights may be affected. You should read this
11 Notice and the Motion carefully and discuss them with your attorney, if you have one in this case.
12 If you do not have an attorney, you may wish to consult one. Pursuant to LBR 9014-1 (f)(2)(C),
13 opposition to the Motion, if any, shall be presented at the hearing on the Motion. (LBR 9014-1
14 (f)(2)(C).) If opposition is presented, or if there is other good cause, the Court may continue the
15 hearing to permit the filing of evidence and briefs. (*Id.*) If you or your attorney do not take these
16 steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter
17 an order granted the relief requested.
18 DATED: August 2, 2013        KOELLER, NEBEKER, CARLSON & HALUCK, LLP

20                              Jerome R. Satran, Esq.
                                Joseph T. Speaker, Esq.
21                              Attorneys for Movant
                                DEAN ANDAL