# RELIEF FROM STAY SUMMARY SHEET
\* \* \* INSTRUCTIONS ON FORM EDC 3-468-INST \* \* \*
*COMPLETE ALL PORTIONS APPLICABLE TO THE RELIEF FROM STAY MOTION.*
THIS IS IN THE NATURE OF A PRETRIAL STATEMENT AND IS **NOT** EVIDENCE.

**DEBTOR:** CITY OF STOCKTON, CALIFORNIA,  **CASE NO.** 12-32118-C-9

**MOVANT:** DEAN ANDAL  **DC NO.** JTS-01

**HEARING DATE/TIME:** August 20, 2013 9:30 a.m.

**RELIEF IS SOUGHT AS TO:**

( ) REAL PROPERTY    Assessor Parcel Number (APN): _____

( ) PERSONAL PROPERTY    If applicable, Vehicle Identification Number (VIN): _____

(✓) STATE COURT LITIGATION

1. Address OR description of property or state court action: Movant seeks to bring a Writ of Mandate proceeding in state court pursuant to Cal. Elections Code section 9295 to challenge proposed ballot language as misleading.

2. Movant's trust deed is a ( ) 1st ( ) 2nd ( ) 3rd ( ) Other: _____
   **OR**
   Leased property is ( ) Residential ( ) Non-residential  Term: ( ) Month-to-Month ( ) Other

3. Verified appraisal filed? _____    Movant's valuation of property: $_____

4. The following amounts are presently owing to movant for:

| PRINCIPAL | INTEREST | COSTS | TOTAL |
|---|---|---|---|
| $_____ | $_____ | $_____ | $_____ |

5. State identity, rank, and balance owing to other known lien holders. Use additional page(s) if necessary.
   _____  $_____
   _____  $_____
   _____  $_____
               TOTAL ALL LIENS  $_____
               DEBTOR'S EQUITY  $_____

6. Monthly payment is $_____, of which $_____ is for impound account. Monthly late charge is $_____.

7. The last payment by debtor was received on _____ and was applied to the payment due _____.

8. Number of payments past due and amount: (a) Pre-petition _____ $_____ (b) Post-petition _____ $_____.

9. Notice of Default was recorded on _____. Notice of sale was published on _____.

10. If a chapter 13 case, in what class is this claim? _____

11. Grounds for seeking relief (check as applicable):

    (✓) § 362(d)(1)    ( ) § 362(d)(2)    ( ) § 362(d)(3)    ( ) § 362(d)(4)

    ( ) Cause   ( ) Inadequate protection   ( ) Lack of equity   ( ) Lack of insurance   ( ) Bad faith

    ( ) Surrendered pursuant to Statement of Intention.   ( ) Report of No Distribution has been filed.

    (✓) Other 28 U.S.C. 1334(c) _____.

12. For each ground checked in item 11, furnish a brief supporting statement below. Use additional page(s) if necessary.

> Abstention is proper because the state court action involves a purely state law elections matter with no direct impact on the bankruptcy estate. The elections code requires the City be named as a real party in interest, which is the sole purpose for naming debtor.

EDC 3-468 (Rev. 11/10)