|    |    |
|----|----|
| 1  | Jerome R. Satran, Esq. (SBN 188286) |
| 2  | Joseph T. Speaker, Esq. (SBN 277921) |
|    | KOELLER, NEBEKER, CARLSON & HALUCK, LLP |
| 3  | 1478 Stone Point Drive, Suite 400 |
|    | Roseville, CA 95661 |
| 4  | Telephone: (916) 724-5700 |
|    | Facsimile: (916) 788-2850 |
| 5  |    |
|    | Attorney for Movants |
| 6  | DEAN ANDAL |

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

In re:

CITY OF STOCKTON, CALIFORNIA,

Debtor,

Case No. 12-32118-C-9
DC No.: JTS-01

**Judge: Hon. Christopher M. Klein**

**PROOF OF SERVICE**

I, the undersigned, hereby declare:

I am over eighteen years of age and not a party to the above-entitled action. My address is 1478 Stone Point Drive, Suite 400, Roseville, California 95661. On August 2, 2013 I served a copy of the following documents: Dean Andal's Motion for Relief From Automatic Stay Under 11 U.S.C. Section 362(d)(1) and 28 U.S.C. 1334(c); Notice of Motion for Relief From Automatic Stay Under 11 U.S.C. Section 362(d)(1) and 28 U.S.C. 1334(c); Declaration of Joseph T. Speaker in Support of Motion for Relief from Automatic Stay Under 11 U.S.C. Section 362(d)(1) and 28 U.S.C. 1334(c); Form EDC 3-468, Relief from Stay Summary Sheet; and Dean Andal's [Proposed] Order Granting Motion for Relief From Automatic Stay. I caused the documents to be sent via electronic transmission.

I declare under penalty of perjury the foregoing is true and correct under the laws of the State of California and executed at Roseville, California, on August 2, 2013.

_____
Jessica Guzman

1

[PROPOSED] ORDER GRANTING MOTION FOR ORDER SHORTENING TIME