MARC A. LEVINSON (STATE BAR NO. 57613)
malevinson@orrick.com
NORMAN C. HILE (STATE BAR NO. 57299)
nhile@orrick.com
PATRICK B. BOCASH (STATE BAR NO. 262763)
pbocash@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, California 95814-4497
Telephone:    +1-916-447-9200
Facsimile:    +1-916-329-4900

Attorneys for Debtor
City of Stockton

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>CITY OF STOCKTON, CALIFORNIA,<br><br>Debtor. | Case No. 2012-32118<br><br>D.C. No. DM-1<br><br>Chapter 9<br><br>**CITY OF STOCKTON'S STATEMENT OF NON-OPPOSITION TO PRESTON PIPELINES, INC.'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY**<br><br>Date:    August 20, 2013<br>Time:   9:30 a.m.<br>Dept:    Courtroom 35<br>            501 I St.<br>            Sacramento, CA 95814<br>Judge:  Hon. Christopher M. Klein |

The City of Stockton, California ("City") does not oppose the relief requested by Preston Pipelines, Inc's ("PPI's") Motion For Relief From The Automatic Stay ("Relief Motion"). The City agrees with the allegations in the Relief Motion that any judgment and any costs incurred as the result of PPI's lawsuit will be paid solely out of the Water Project Account (399-9922-670), funds that are restricted to the payment of costs related to the Delta Water Supply Project Intake

and Pump Station Facility, and are not an obligation of the City's General Fund.  Thus, any litigation costs and/or judgments will not affect the General Fund or the City's ability to confirm a plan of adjustment.

Furthermore, the underlying lawsuit will not create any significant additional work for the City Attorney's Office.  While the City Attorney's Office will monitor outside counsel and advise on this litigation, its role will be minimal.  Thus, although the City remains mindful of the burdens already placed on the overworked City Attorney's Office, the litigation PPI seeks leave to pursue, unlike most other lawsuits against the City, will not significantly add to its workload.

In the event that PPI asserts claims against the City's General Fund in the future, or in the event that the City Attorney's Office is forced to take a more active role in the litigation, the City reserves its right to seek reimposition of the automatic stay or an injunction.

Dated: August 5, 2013

MARC A. LEVINSON
NORMAN C. HILE
PATRICK B. BOCASH
Orrick, Herrington & Sutcliffe LLP


By:  _____/s/ Marc A. Levinson_____
MARC A. LEVINSON
Attorneys for Debtor
City of Stockton