**4**

MARC A. LEVINSON (STATE BAR NO. 57613)
malevinson@orrick.com
NORMAN C. HILE (STATE BAR NO. 57299)
nhile@orrick.com
PATRICK B. BOCASH (STATE BAR NO. 262763)
pbocash@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, California 95814-4497
Telephone: +1-916-447-9200
Facsimile: +1-916-329-4900

Attorneys for Debtor
City of Stockton

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>CITY OF STOCKTON, CALIFORNIA,<br><br>Debtor. | Case No. 2012-32118<br><br>D.C. No. JTS-02<br><br>Chapter 9<br><br>**DECLARATION OF BETTY J. RAMIREZ IN SUPPORT OF CITY OF STOCKTON'S OPPOSITION TO DEAN ANDAL'S MOTION FOR ORDER SHORTENING TIME TO HEAR MOTION FOR RELIEF FROM AUTOMATIC STAY**<br><br>[No Hearing Scheduled]<br><br>Judge: Hon. Christopher M. Klein |

I, Betty J. Ramirez, declare:

1. I am a legal secretary employed by Orrick, Herrington & Sutcliffe LLP ("Orrick"), counsel of record for the City of Stockton, California (the "City") in this chapter 9 case. I make this declaration in support of the City's Opposition To Dean Andal's Motion For Order Shortening Time To Hear Motion For Relief From Automatic Stay. I have personal knowledge of the matters stated herein and if called as a witness, I could and would testify as follows:

2. On August 2, 2013, Marc A. Levinson, an Orrick partner who is the lead bankruptcy lawyer for the City, asked me to transcribe a voicemail message left for him by Joseph Speaker at 2:35 p.m. on July 31, 2013.

3. I prepared a verbatim transcript of Mr. Speaker's message. Attached hereto as Exhibit A is a true and correct copy of that transcript.

Executed this 5th day of August 2013, at Sacramento, California. I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Betty J. Ramirez

# Exhibit A



**MEMORANDUM**

| | |
|---|---|
| **TO** | Marc A. Levinson |
| **FROM** | Betty J. Ramirez, Legal Secretary |
| **DATE** | August 2, 2013 |
| **RE** | Stockton - Verbatim Transcript of Voicemail Message Left by Joseph Speaker for Marc Levinson at 2:35 p.m. on July 31, 2013 |

Hi Mr. Levinson, my name is Joseph Speaker.  I sent you an email yesterday regarding a proposed stipulation for relief from the automatic stay in the In Re City of Stockton matter for my client to proceed in state court on our writ of mandate, and I got your email in response asking for the moving papers.  And I just wanted to call and discuss it with you a little bit further.  Part of the problem with providing the moving papers now is there's slightly, or there could be a slight change to them depending on the published ballot language, which will come out in about a week or so.  But I could give you something that's – you know – is gonna be almost 99 percent what's going to be filed.  But I can't say 100 percent in the event that something is slightly altered on the published ballot.  But please give me a call, and we can discuss this further.  Unfortunately, time is kind of the essence with regard to filing this.  So, by the end of the day, I am either going to hopefully be able to enter into a stipulation with you, or I have to file a motion for relief.

But give me a call back here at 916-724-5700.  Thanks a lot.

OHSUSA:754254418.1