MARC A. LEVINSON (STATE BAR NO. 57613)
malevinson@orrick.com
NORMAN C. HILE (STATE BAR NO. 57299)
nhile@orrick.com
PATRICK B. BOCASH (STATE BAR NO. 262763)
pbocash@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall
Suite 3000
Sacramento, California 95814-4497
Telephone:    +1-916-447-9200
Facsimile:    +1-916-329-4900

Attorneys for Debtor
City of Stockton

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re: | Case No. 2012-32118 |
| CITY OF STOCKTON, CALIFORNIA, | D.C. No. DM-1 |
| Debtor. | Chapter 9 |
| | **PROOF OF SERVICE BY ELECTRONIC MEANS** |

I am a citizen of the United States, more than eighteen years old and not a party to this action. My place of employment and business address is 400 Capitol Mall, Suite 3000, Sacramento, California 95814.

On August 5, 2013, I served the foregoing:

**1.    CITY OF STOCKTON'S STATEMENT OF NON-OPPOSITION TO PRESTON PIPELINES, INC.'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY.**

by transmitting electronically to the email addresses set forth below pursuant to Fed. R. Civ. P. 5(b)(2)(E):

Antonia.Darling@usdoj.gov; John.Luebberke@stocktongov.com; BetteJean.McCole@unionbank.com; RKaplan@jmbm.com; NDeLancie@jmbm.com; gavin.wilkinson@wellsfargo.com; lucinda.hruska-claeys@wellsfargo.com; wkannel@mintz.com; rmoche@mintz.com; jim.barry@dexia-us.com; marcus.wendehog@dexia-us.com; nrust@whitecase.com; rkampfner@whitecase.com; john.jordan@nationalpfg.com; matthew.cohn@optinuityar.com; gary.saunders@optinuityar.com; hhorn@assuredguaranty.com; klyons@assuredguaranty.com; tworkman@assuredguaranty.com; etashman@sidley.com; jbjork@sidley.com; gina_ratto@calpers.ca.gov; dee@goyette-assoc.com; deecon45@aol.com; swim@goyette-assoc.com; AlanD3370@aol.com; dave@mastagni.com; davidm@mastagni.com; cplatten@wmprlaw.com; mrenner@wmprlaw.com; kim@goyette-assoc.com; joerose@joeroselaw.com; jsantella@oe3.org; meggener@oe3.org; dwane.milnes@sbcglobal.net; sfelderstein@ffwplaw.com; jrios@ffwplaw.com; mgowdy@frk.com; jjohnston@jonesday.com; matthew.troy@usdoj.gov; patsamsell@patsamsell.com; hiltonwilliams@paulhastings.com; tomcounts@paulhastings.com; kburrows@crla.org; dcollins@pilpca.org; slmartinez@wclp.org; shaffner@wclp.org; solson@seyfarth.com; jdejonker@seyfarth.com; mgardener@mintz.com; awalker@mintz.com; jdavis@mintz.com; aobrient@mintz.com; sfelderstein@ffwplaw.com; donna@parkinsonphinney.com; tom@parkinsonphinney.com; jrios@ffwplaw.com; Neal.Lutterman@stocktongov.com; gneal@sidley.com; Olivia@joeroselaw.com; Jerry.Blair@doj.ca.gov; lfujiu@whitecase.com; jmorse@jonesday.com; vanroolaw@gmail.com; moyeds@sec.gov; gfreeman@sheppardmullin.com; mlauter@sheppardmullin.com; vanroolaw@gmail.com; Abeles.Jerry@arentfox.com; Jerry.Blair@doj.ca.gov; ramseylaw@sbcglobal.net; rileywalter@w2lg.com; jmorse@jonesday.com; jlavinsky@hansonbridgett.com; gfreeman@sheppardmullin.com; mlauter@sheppardmullin.com; hnevins@hsmlaw.com; rileywalter@w2lg.com; Michael.lubic@klgates.com; brett.bissett@klgates.com; jhansenlaw101@gmail.com; wdahl@DahlLaw.net; cdahl@DahlLaw.net; abreisinger@DahlLaw.net; nhotchkiss@trainorfairbook.com; rkwun@bowmanandassoc.com; dnealy@whitecase.com; ploone@frk.com; dcreeggan@trainorfairbrook.com; jbuchman@bwslaw.com; drallis@sulmeyerlaw.com; mwilhelm@W2LG.com; hkevane@pszjlaw.com; ccraige@sidley.com; mkilgore@up.com; sdlanka@up.com; michael.gearin@klgates.com; michael.ryan@klgates.com; marc.cohen@kayescholer.com; alicia.clough@kayescholer.com; plaurin@btlaw.com; mjs@mjsimonlaw.com; joelsner@weintraub.com; fredburnside@dwt.com; hughmccullough@dwt.com; andrewpatterson@dwt.com; fpachecolaw@clearwire.net; Malcolm.McDuffie@unionbank.com; auyeda@bmkattorneys.com; mail@MrHopp.com; kdenniston@schiffhardin.com; jeaton@schiffhardin.com; chris.cox@weil.com; debra.dandeneau@weil.com; Marcia.goldstein@weil.com

**Parties Requesting Special Notice:**

Antonia G. Darling, Assistant U.S. Trustee
U.S. Department of Justice, Office of the U.S. Trustee
Email: Antonia.Darling@usdoj.gov
**Attorneys for Ambac Assurance Corp.**
c/o Jerrold E. Abeles
Arent Fox LLP
Abeles.Jerry@arentfox.com

**Attorneys for Kemper Sports Management, Inc.**
Union Bank, N.A.
c/o BetteJean McCole, Vice President
Special Assets Department
Email: BetteJean.McCole@unionbank.com

Union Bank, N.A.
c/o Robert B. Kaplan, Esq.
c/o Nick De Lancie, Esq.
Jeffer Mangels Butler & Mitchell LLP
Email: RKaplan@jmbm.com
Email: NDeLancie@jmbm.com

**Attorneys for Creditor Waste Management**
Hefner, Stark & Marois, LLP
c/o Howard S. Nevins, Esq.
hnevins@hsmlaw.com;

**Wells Fargo Bank, National Association**
c/o Gavin Wilkinson, Vice President
Email: gavin.wilkinson@wellsfargo.com
        lucinda.hruska-claeys@wellsfargo.com

**Wells Fargo Bank, National Association**
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
c/o William W. Kannel, Esq.
Richard H. Moche, Esq.
Michael S. Gardener, Esq.
Adrienne K. Walker, Esq.
Email: wkannel@mintz.com
        rmoche@mintz.com
        mgardener@mintz.com
        awalker@mintz.com

**Wells Fargo Bank, National Assn, as Indenture Trustee**
c/o Jeffry A. Davis, Esq.
Abigail V. O'Brient, Esq.
Mintz Levin Cohn Ferris Glovsky and Popeo, P.C.
Email: jdavis@mintz.com
        avobrient@mintz.com

**Dexia Credit Local**
c/o Jim Barry, Esq.
c/o Marcus Wendehog, Esq.
Email: jim.barry@dexia-us.com

| | |
|---|---|
| 1 | Email: marcus.wendehog@dexia-us.com |
| 2 | **Dexia Credit Local** |
|   | c/o Neil Rust, Esq. |
| 3 | Roberto J. Kampfner, Esq. |
|   | Lauren C. Fujiu |
| 4 | David C. Nealy |
|   | White & Case LLP |
| 5 | Email: nrust@whitecase.com |
|   |        rkampfner@whitecase.com |
| 6 |        lfujiu@whitecase.com; |
|   |        dnealy@whitecase.com |
| 7 |   |
|   | **National Public Finance Guarantee Corporation** |
| 8 | c/o John Jordan, Managing Director – Portfolio Surveillance |
|   | Email: john.jordan@nationalpfg.com |
| 9 |   |
|   | Optinuity Alliance Resources Corporation |
| 10 | c/o Matthew A. Cohn |
|   | Gary Saunders, Esq., Deputy General Counsel, Director & Assistant Secretary |
| 11 | Email: matthew.cohn@optinuityar.com |
|   | Email: gary.saunders@optinuityar.com |
| 12 |   |
|   | Assured Guaranty Corp. and Assured Guaranty Municipal Corp. |
| 13 | c/o Holly Horn |
|   | Kevin Lyons |
| 14 | Terence Workman |
|   | Christina M. Craige |
| 15 | Email: ccraige@sidley.com |
|   | Email: hhorn@assuredguaranty.com |
| 16 | Email: klyons@assuredguaranty.com |
|   | Email: tworkman@assuredguaranty.com |
| 17 |   |
|   | Assured Guaranty |
| 18 | c/o Eric D. Tashman, Esq. |
|   | Sidley Austin LLP |
| 19 | Email: etashman@sidley.com |
| 20 | Assured Guaranty |
|   | c/o Jeffrey E. Bjork, Esq. |
| 21 | Sidley Austin LLP |
|   | 555 West Fifth Street |
| 22 | Los Angeles, CA 90013 |
|   | Email: jbjork@sidley.com |
| 23 | **CalPERS, as follows:** |
| 24 | California Public Employees Retirement System |
|   | c/o Gina Ratto, Esq., CalPERS' Deputy Counsel |
| 25 | Lincoln Plaza North |
|   | Email: gina_ratto@calpers.ca.gov |
| 26 |   |
|   | California Public Employees Retirement System |
| 27 | c/o Michael B. Lubic |
|   | c/o Brett D. Bissett |
| 28 |   |

1  c/o Michael J. Gearin
   c/o Michael K. Ryan
2  K&L Gates LLP
   Michael.lubic@klgates.com
3  Brett.bissett@klgates.com
   Michael.gearin@klgates.com
4  Michael.ryan@klgates.com

5  **Counsel for SPMA, as follows:**

6  Stockton Police Management Association
   c/o Dee Contreras, Esq.
7  Goyette & Associates, Inc.
   Email: dee@goyette-assoc.com
8        deecon45@aol.com

9  **The Labor Representative for the SPMA, as follows:**

10 Stockton Police Management Association
   c/o David Swim
11 Goyette & Associates, Inc.
   Email: swim@goyette-assoc.com

12 **Counsel for SPOA, as follows:**
13 Stockton Police Officers' Association
   Email: donna@parkinsonphinney.com
14 Email: tom@parkinsonpinney.com

15 Stockton Police Officers' Association
   c/o Alan C. Davis, Esq.
16 Davis and Reno
   Email: AlanD3370@aol.com

17
   Stockton Police Officers' Association
18 c/o David E. Mastagni, Jr., Esq.
   Mastagni, Holstedt, Amick, Miller & Johnsen
19 Email: dave@mastagni.com
         davidm@mastagni.com
20
   **Counsel for SFMU, as follows:**
21
   Stockton Fire Management Unit
22 c/o Christopher E. Platten, Esq.
   Mark Renner, Esq.
23 Email: cplatten@wmprlaw.com
   Email: mrenner@wmprlaw.com
24
   **Counsel for IAFF, as follows:**
25
   International Association of Firefighters Local 456
26 c/o Christopher E. Platten, Esq.
   Mark Renner, Esq.
27 Wylie, McBride, Platten & Renner
   Email: cplatten@wmprlaw.com
28 Email: mrenner@wmprlaw.com

**Counsel for SMMSLU, as follows:**

Stockton Mid-Management/Supervisory Level Unit
c/o Dee Contreras, Esq.
Goyette & Associates, Inc.
Email: dee@goyette-assoc.com
    deecon45@aol.com

**The Labor Representative for SMMSLU, as follows:**

Stockton Mid-Management/Supervisory Level Unit
c/o Kim Gillingham
Email: kim@goyette-assoc.com

**Counsel for SCEA, as follows:**

Stockton City Employees' Association
c/o Joseph W. Rose, Esq.
Rose Law Firm P.C., Attorneys at Law
Email: joerose@joeroselaw.com
Email: Olivia@joeroselaw.com

**OE3, as follows:**

Operating Engineers Local 3
c/o Joe Santella, Business Representative for O & M and Water Supervisory
Email: jsantella@oe3.org
Operating Engineers Local 3
Public Employee Division, Stockton
c/o Michael Eggener, Business Representative for Trades and Maintenance
Email: meggener@oe3.org

**ARECOS, as follows:**

Association of Retired Employees of the City of Stockton
c/o Dwane Milnes, President
Email: dwane.milnes@sbcglobal.net

Steven Felderstein, Esq.
Jake Rios, Esq.
Jennifer Niemann, Esq.
Felderstein Fitzgerald Willoughby & Pascuzzi LLP
Email:  sfelderstein@ffwplaw.com
Email:  jrios@ffwplaw.com
Email: jniemann@ffwplaw.com

**Franklin Advisers, as follows:**

Franklin Advisers, Inc.
c/o J. Matthew Gowdy, Esq., Associate General Counsel
Piret Loone, Esq.
One Franklin Parkway
Email: mgowdy@frk.com
Email: ploone@frk.com

PROOF OF SERVICE BY ELECTRONIC MEANS

**Counsel for Franklin Advisers, Inc. as follows:**

Franklin Advisers, Inc.
c/o Jones Day
James O. Johnston, Esq.
Joshua D. Morse, Esq.
Email: jmorse@jonesday.com
Email: jjohnston@jonesday.com

**Counsel for HUD, as follows:**

United States Department of Housing and Urban Development
c/o Matthew J. Troy, Esq.
Email: matthew.troy@usdoj.gov

**Counsel for HJTA, as follows:**

Howard Jarvis Taxpayers Association
c/o Patrick Samsell
c/o James Watson
Email: patsamsell@patsamsell.com

**Counsel for the PJC, as follows:**

Price Judgment Creditors
c/o Hilton S. Williams, Esq.
Thomas A. Counts, Esq.
Paul Hastings LLP
Email: hiltonwilliams@paulhastings.com
Email: tomcounts@paulhastings.com

Price Judgment Creditors
c/o Kristina Burrows, Esq.
California Rural Legal Assistance, Inc.
Email: kburrows@crla.org

Price Judgment Creditors
c/o Deborah A. Collins, Esq.
California Affordable Housing Law Project of the Public Interest Law Project
Email: dcollins@pilpca.org

Price Judgment Creditors
c/o S. Lynn Martinez, Esq.
Western Center on Law & Poverty
Email: slmartinez@wclp.org
       shaffner@wclp.org

**Attorneys for Kemper Sports Management, Inc.**
c/o Scott H. Olson, Esq.
Jason J. DeJonker (Pro Hac Vice pending)
Seyfarth Shaw LLP
Email: solson@seyfarth.com
Email: jdejonker@seyfarth.com

| | |
|---|---|
| 1 | Guy S. Neal, Esq. |
| | Sidley Austin LLP |
| 2 | Email: gneal@sidley.com |
| | Neal.Lutterman |
| 3 | City of Stockton |
| | Email: Neal.Lutterman@stocktongov.com |
| 4 | |
| | **Department of Boating and Waterways:** |
| 5 | c/o Deputy Attorney General Jeremiah D. Blair |
| | Department of Justice |
| 6 | Office of the Attorney General |
| | Email: Jerry.Blair@doj.ca.gov |
| 7 | |
| | **Attorneys for Marina Towers LLC** |
| 8 | William A. Van Roo, P.C. |
| | c/o William A. Van Roo |
| 9 | Email: vanroolaw@gmail.com |
| | |
| 10 | United States Securities & Exchange Commission |
| | c/o Sarah D. Moyed |
| 11 | Email: MoyedS@sec.gov |
| | |
| 12 | **Banc of America Public Capital Corp.** |
| | c/o Geraldine A. Freeman, Esq. |
| 13 | Michael M. Lauter, Esq. |
| | Sheppard, Mullin, Richter & Hampton LLP |
| 14 | Email: gfreeman@sheppardmullin.com |
| | mlauter@sheppardmullin.com |
| 15 | |
| | **California Department of Boating and Waterways** |
| 16 | c/o Kamala D. Harris, Esq. |
| | Sara J. Russell, Esq. |
| 17 | Jeremiah D. Blair, Esq. |
| | Deputy Attorney General |
| 18 | Email: Jerry.Blair@doj.ca.gov |
| | |
| 19 | **Creditor Bank of Stockton** |
| | c/o Ulrich & Ramsey |
| 20 | Bruce E. Ramsey |
| | ramseylaw@sbcglobal.net |
| 21 | |
| | **Walter Wilhelm Law Group** |
| 22 | c/o Riley C. Walter, Esq. |
| | rileywalter@w2lg.com |
| 23 | |
| | **Key Government Finance, Inc.** |
| 24 | c/o Hanson Bridgett LLP |
| | Jordan A. Lavinsky |
| 25 | jlavinsky@hansonbridgett.com |
| | |
| 26 | John A. Vos Law Firm |
| | c/o John A. Vos |
| 27 | Email: voslaw@aol.com |
| | |
| 28 | |

**Stockton Professional Firefighters – Local 456 and
Operating Engineers Local No. 3**
c/o John T. Hansen, Esq.
Email: jhansenlaw101@gmail.com

**C.C. Myers, Inc.**
c/o Walter R. Dahl
Candy Dahl
Andrew Bria n Reisinger
Dahl & Dahl
Email: wdahl@DahlLaw.net
cdahl@DahlLaw.net
abreisinger@DahlLaw.net

**Attorneys for Creditor Stockton City Center 16, LLC,
a California limited liability company**
c/o Nancy Hotchkiss, Esq.
c/o David W. Creeggan, Esq.
Email: nhotchkiss@trainorfairbook.com
Email:dcreeggam@trainorfairbrook.com

**Attorneys for Creditor Cynthia Gail Boyd**
c/o Richard Kwun
The Law Offices of Bowman & Associates
Email: rkwun@bowmanandassoc.com
**Attorneys for Ronald Hittle**
c/o Mark S. Adams
c/o Dennis S. Lucey
Law Offices of Mayall Hurley
Email: MAdams@Mayallw.com
Email: DLucey@Mayallaw.com

Joseph P. Buchman
Email: jbuchman@bwslaw.com

Dean G. Rallis Jr.
Email: drallis@sulmeyerlaw.com

**Attorneys for Creditor Stockton
City Center 16, LLC**

c/o Michael L. Wilhelm
Walter & Wilhelm Law Group
Email: mwilhelm@W2LG.com

**Attorneys for Pierce Manufacturing, Inc.**
c/o Henry C. Kevane, Esq.
Pachulski Stang Ziehl & Jones LLP
Email: hkevane@pszjlaw.com

Mary Ann Kilgore
Union Pacific Railroad Company
c/o Mary Ann Kilgore; Shawn Lanka
Email: mkilgore@up.com;

Email: sdlanka@up.com

**Attorneys to John Chiang, in his official capacity as State Controller of the State of California, and the Office of the State Controller, State of California**
c/o Marc S. Cohen
Alicia Clough
KAYE SCHOLER LLP
Email: marc.cohen@kayescholer.com
Email: alicia.clough@kayescholer.com

**Interested Party**
c/o Paul J. Laurin
**BARNES & THORNBURG LLP**
Email: plaurin@btlaw.com

**Attorneys for Pacific Gas & Electric Company**
c/o Martha J. Simon
**Law Offices of Martha J. Simon**
Email: mjs@mjsimonlaw.com

**Attorneys for California Law Enforcement Association**
c/o Julie E. Oelsner
**WEINTRAUB TOBIN CHEDIAK COLEMAN GRODIN**
Email: joelsner@weintraub.com

**Attorneys for Redflex Traffic Systems, Inc.**
c/o Fred B. Burnside
Hugh R. McCullough
Andrew Patterson
**DAVIS WRIGHT TREMAINE LLP**
Email: fredburnside@dwt.com
Email: hughmccullough@dwt.com
Email: andrewpatterson@dwt.com

**Attorney for Denrick Robertson, Dionne Smity & Alyyiah Robertson**
c/o Frank M. Pacheco, Esq.
Law Offices of Frank Pacheco
Email: fpachecolaw@clearwire.net

**Attorneys for Secured Creditor Union Bank, N.A.**
Jeffer Mangels Butler & Mitchell LLP
c/o M. Duncan McDuffie
email: Malcolm.McDuffie@unionbank.com

**Attorneys for Interested Party**
Bienert Miller & Katzman, PLC
c/o Anne Uyeda
email: auyeda@bmkattorneys.com

Richard Hopp
Party in Interest
email: mail@MrHopp.com

**Attorneys for Ad Hoc Taxpayers Working Group**

| | |
|---|---|
| 1 | c/o Karol Denniston |
|  | Jeffrey Eaton |
| 2 | Schiff Hardin LLP |
|  | Email: kdenniston@schiffhardin.com |
| 3 | Email: jeaton@schiffhardin.com |
| 4 | **Attorneys for CreditorNational Public Finance Guarantee Corporation** |
|  | c/o Christopher J. Cox |
| 5 | c/oMarcia L. Goldstein |
|  | c/o Debra A. Dandeneau |
| 6 | Email: chris.cox@weil.com |
|  | Email: Marcia.goldstein@weil.com |
| 7 | Email: debra.dandeneau@weil.com |

8    Executed on August 5, 2013, at Sacramento, California.

9    I declare under penalty of perjury under the laws of the State of California and these

10   United States that the foregoing is true and correct.

                                                    /s/ *Betty J. Ramirez*
                                                    Betty J. Ramirez