Case 12-32118    Filed 08/07/13    Doc 1057

20
12-32118    July 31, 2013    ①

FILED
AUG 7 2013
AUG -7- 2013

UNITED STATES BANKRUPTCY CO[URT]
EASTERN DISTRICT OF CALIFOR[NIA]

Dear Judge Klien:
(Request for Recievership)

As a life-long resident of Stkn, I am writing you to give you a heads-up about the leaders of my home town.

The corruption is bone deep & been that way for over 100 years. Exept for the time when the Army cleaned things up during W.W. II & when Edmund Brown Sr. was attorney general. The crooks have not missed a beat.

If you investigate speical privilges granted by the city & county (zoning changes, permits granted & variances). I am pretty sure the same names will come up again & again. Cronyism & favoritism will be obvious.

In poorer neiborhoods homes 40 to 50 years +, have no storm sewers or sidewalks. (inside the city limits)

In more affluent parts of town, homes 30 to 40 years old, have had streets repaved twice & sidewalks repaired (new wheel chair ramps) I am told we are on a rotating repair schedule.

Come to Stkn & see for yourself. See the difference in service the residents of Boggs tract & Nicolme Villige recive.

The leaders & senoir staff of Stkn are playing you for a sucker.

They want to keep control of the taxpayers money. Keep their assets & not pay their bills.

The city is consantly being sued. It is the cost of buisness. Their cronys reap the profits & the taxpayers pay the bills.

Their word is worth spit.

If you let them get away with this, you will empower them to do it again. Bankruptcy has already given them cover on lawsuits. (moral hazard here)

Mr. Deis I belive is a man of some integrity (city Mgr). He's trying to do a very difficult job. He came to Stkn. to try and fix our leaders & senior staff's ~~swe~~ screw-ups. I believe he is conscientiously trying.

You may want to ask Mr. Herum about Mariani's a 1990's open air crack market place 1 city block long on Eldorado St. Gone now. Most are dead, some incarcerated &

some straightend out. What is was amazing is the location. The main throfare in the heart of Downtown ½ block from the (SAME ST) Police station. This I believe is what is responsible for the murder (officily suicide) of Insp. Tonkersly at D.A.'s office. The suicide was announced after a through 46 & 48 hr investigators CASE CLOSED. So you see why a through investigation of nearly every Dept in the city is warranted.

I have faith you will follow the letter of the law + hope my request for recivership be considered. Don't let them play you for a sucker.

I have sent you 2 city coincle (sic) agendas. I high lighted money out, underlined money in + put a ? on items undetermined.

Please excuse my poor hand-writting + spelling.

Respectfuly Yours

Don Frazier
(209-) 465-3196
2049 Elmwood
Stkn, CA  95204
contact me if you wish

Case 12-32118    Filed 08/07/13    Doc 1057

# City of Stockton

*City Council/Successor Agency of the Redevelopment Agency/Public Financing Authority Concurrent Agenda*



## Meeting Agenda - Final

Tuesday, July 30, 2013

Closed Session 4:00 PM | Regular Session 5:30 PM

Council Chamber, City Hall, 425 N El Dorado Street

### City Council

*Anthony Silva, Mayor/Chair*
*Paul Canepa, Vice Mayor/Vice Chair (District 3)*
*Elbert H. Holman Jr. (District 1)*
*Katherine M. Miller (District 2)*
*Moses Zapien (District 4)*
*Dyane Burgos (District 5)*
*Michael D. Tubbs (District 6)*

1.  **CLOSED SESSION CALL TO ORDER/ROLL CALL**

2.  **ADDITIONS TO CLOSED SESSION AGENDA**

3.  **ANNOUNCEMENT OF CLOSED SESSION**

3.1  13-0609  **CONFERENCE WITH LEGAL COUNSEL - EXISTING LITIGATION**

Number of Cases: Five

Name of Case: Wells Fargo Bank v. City of Stockton (San Joaquin County Superior Court Case No. 39-2012-00277662)

Name of Case: Wells Fargo Bank, National Association, as Indenture Trustee v. City of Stockton (San Joaquin County Superior Court Case No. 39-2012-00280741)

Name of Case: In re City of Stockton, California - Debtor (United States Bankruptcy Court, Eastern District of California Case No. 2012-32118)

Name of Case: City of Stockton v. Marina Towers LLC, et al. (San Joaquin County Superior Court Case No. CV022054)

Name of Case: Richard Price, et al. v. City of Stockton, Redevelopment Agency, et al. (United States District Court, Eastern District Case No. CIV.S-02-0065 LKK JFM)

This Closed Session is authorized pursuant to Section 54956.9(a) of the Government Code.

*Department:*   City Attorney

3.2  13-0611  **CONFERENCE WITH LABOR NEGOTIATOR**

Agency Designated Representative: Bob Deis

Employee Organizations: Unrepresented Units, Stockton City Employees' Association, Operating Engineer's Local 3, Mid-Management/Supervisory Level Unit, Unrepresented Management/Confidential, Law Department, Stockton Police Management Association, Stockton Firefighters Local 456 International Association of Firefighters, Stockton Fire Management, Stockton Police Officers' Association (SPOA)

This Closed Session is authorized pursuant to Section 54957.6(a) of the Government Code.

*Department:*   City Attorney

| 3.3 | 13-0612 | CONFERENCE WITH LEGAL COUNSEL - POTENTIAL LITIGATION  |

Number of Cases: One

Based on existing facts and circumstances, there is significant exposure to litigation pursuant to Government Code Section 54956.9(b).

*Department:*   City Attorney

| 3.4 | 13-0613 | CONFERENCE WITH LEGAL COUNSEL - INITIATION OF LITIGATION  |

Number of Cases: Two

Based on existing facts and circumstances, there is significant exposure to litigation pursuant to Government Code Section 54956.9(c).

*Department:*   City Attorney

**4.    PUBLIC COMMENT***

*Citizens may comment on any subject within the jurisdiction of the City Council/Successor Agency to the Redevelopment Agency, including items on the Agenda. Each speaker is limited to three minutes. Speakers must submit "Request to Speak" cards to the City Clerk, and be prepared to speak when called. No speaker cards will be received after the close of the Citizen's Comments portion of the meeting.

**5.    RECESS TO CLOSED SESSION**

**6.    REGULAR SESSION CALL TO ORDER/ROLL CALL**

**7.    INVOCATION/PLEDGE TO FLAG**

**8.    REPORT OF ACTION TAKEN IN CLOSED SESSION**

**9.    ADDITIONS TO REGULAR SESSION AGENDA****

**Additions to the Agenda - Government Code Section 54954.2(b)(2), allows members of the City Council present at the meeting to take immediate action, with either a two-thirds or unanimous vote, to place an item on the agenda that action must be taken and that the item came to the attention of the City subsequent to the agenda being posted.

**10.   PROCLAMATIONS, COMMENDATIONS, OR INVITATIONS**

**11.   CITIZENS' COMMENTS, ANNOUNCEMENTS, OR INVITATIONS***

**12.   CONSENT AGENDA**

| 12.1 | 13-0406 | APPOINTMENTS TO THE CLIMATE ACTION PLAN ADVISORY COMMITTEE |

RECOMMENDATION

Adopt a resolution appointing the Mayor's ten recommended community members to serve on the ten-member Climate Action Plan Advisory Committee for two-year terms beginning July 30, 2013 and ending on July 29, 2015.

*Department:* City Council

**12.2    13-0427    DESIGNATION OF VOTING DELEGATE FOR THE LEAGUE OF CALIFORNIA CITIES ANNUAL CONFERENCE TO BE HELD SEPTEMBER 18-20, 2013**

RECOMMENDATION

It is recommended that Council Member Katherine Miller be designated as the voting delegate and Council Member Elbert Holman as the alternate to represent the City at the League of California Cities Annual Conference to be held September 18-20, 2013.

*Department:* City Council

**12.3    13-0445    SUBMISSION AND APPROVAL OF THE CITY OF STOCKTON'S ANNUAL INVESTMENT POLICY NO. 700-7, ANNUAL DELEGATION OF INVESTMENT AUTHORITY TO THE CHIEF FINANCIAL OFFICER, ACTING IN THE CAPACITY OF TREASURER FOR FY2012-13, AND DELEGATING SAME FOR FY 2013-14**

RECOMMENDATION

It is recommended that the City Council adopt a resolution to:

1. Approve the Investment Policy No. 700-7 for the City of Stockton,
2. Confirm annual delegation of investment authority to the Chief Financial Officer, acting in the capacity of the Director of Administrative Services and Treasurer for the period of FY 2012-13, and
3. Authorize investment authority to the Chief Financial Officer, acting in the capacity of the Director of Administrative Services and Treasurer for the period of FY2013-14.

*Department:* Administrative Services

**12.4    13-0503    MOTION AUTHORIZING A CHANGE ORDER TO THE PROFESSIONAL SERVICES CONTRACT FOR DEBT ADMINISTRATION AND CHAPTER 9 SUPPORT WITH DEL RIO ADVISORS, LLC**

RECOMMENDATION

It is recommended that, by motion action, the City Council authorize the City Manager to execute a contract change order to the contract with Del Rio Advisors, LLC to extend the time the firm will provide interim debt administration services and Chapter 9 support in an amount not to exceed $120,000.

**Department:** Administrative Services

**12.5   13-0510   RESOLUTION TO APPLY FOR ELECTIVE COVERAGE OF STATE DISABILITY INSURANCE FOR MEMBERS OF THE STOCKTON CITY EMPLOYEES' ASSOCIATION**

RECOMMENDATION

It is recommended that the City Council adopt a Resolution, in accordance with Section 16.3 of the Stockton City Employees' Association (SCEA) Memorandum of Understanding (MOU), authorizing the City to apply for elective coverage of State Disability Insurance (SDI) for members of SCEA. It is further recommended that the City Council authorize the City Manager to execute the application for SDI, and take whatever actions are appropriate to carry out the implementation of SDI.

**Department:** Human Resources

**12.6   13-0551   STOCKTON UNIFED SCHOOL DISTRICT AFTER SCHOOL SAFETY AND ENRICHMENT PROGRAM (ASES) CONTRACT**

RECOMMENDATION

It is recommended the City Council adopt a motion authorizing the City Manager to execute the Stockton Unified School District (SUSD) Contract Regarding After School Safety and Enrichment Program (ASES) (Attachment A). The School District is a grant recipient and wishes to contract with the City of Stockton to staff and administer after-school programs at six (6) sites within SUSD for the 2013-14 fiscal year, for an amount not to exceed $400,000. It is further recommended that the motion authorize the City Manager to make any and all appropriations and transactions appropriate to carry out funding for the program.

**Department:** Community Services

**12.7   13-0583   ADDITIONAL GRANT FUNDS FOR THE LAW ENFORCEMENT AND SPECIALIZED UNITS - VIOLENCE AGAINST WOMEN ACT PROGRAM**

RECOMMENDATION

It is recommended that the City Council adopt a resolution to:
1. Approve additional grant funding from the California Emergency

        Management Agency in the amount of $33,828 for the Law Enforcement and Specialized Units - Violence Against Women Act Program;

2. Appropriate a cash match in the amount of $11,276, for a total cost of $45,104; and
3. Direct the City Manager to execute all required contracts or agreements with the granting agency, provide additional information and furnish such documents as may be required, execute all documents and amendments or extensions pertaining to the grant project, and make all required appropriations in compliance with, and for the purposes stated in, the project contract.

*Department:* Police

### 12.8  13-0592  RESOLUTION OVERRULING PROTESTS, CONFIRMING ASSESSMENTS OF DELINQUENT CODE ENFORCEMENT CHARGES AND DIRECTING THE ASSESSMENTS BE PLACED ON THE COUNTY TAX ROLL

RECOMMENDATION

It is recommended that the City Council adopt a resolution overruling protests, confirming the assessments of the delinquent charges listed in the "Delinquent Accounts 2013 Assessment List" (Exhibit 1) stemming from code enforcement actions and directing the assessments be placed on the San Joaquin County tax roll.

*Department:* Police

### 12.9  13-0606  APPROVE PURCHASE OF TWELVE PICKUP TRUCKS (PUR 13-016)

RECOMMENDATION

It is recommended that the City Council approve a motion authorizing the replacement purchase of 12 pickup trucks: eight Ford pickup trucks from Tracy Ford of Tracy, CA, in the amount of $270,987.64, and four Ford pickup trucks from Big Valley Ford of Stockton, CA, in the amount of $69,212.16, for a total cost of $340,199.80. It is further recommended that the motion authorize the City Manager to take appropriate actions to carry out the purpose and intent of this motion.

*Department:* Public Works

### 12.10  13-0631  400 EAST MAIN STREET LEASE EXTENSION AGREEMENT - INFORMATION TECHNOLOGY

RECOMMENDATION

It is recommend that the City Council adopt a resolution approving an Amendment to the Lease Agreement with Assured Guaranty Trust

("Assured") to extend the lease of 25,730 square feet of space at 400 East Main Street for the City of Stockton's Information Technology Division ("Information Technology").

**Department:** City Manager

**12.11   13-0643   APPROVAL OF MINUTES**

Motion approving the minutes of the Stockton City Council/Successor Agency to the Redevelopment Agency/Public Financing Authority Concurrent meetings of June 11, 2013; June 25, 2013; and, July 16, 2013; and the Special City Council meeting of July 9, 2013.

**Department:** City Clerk

**13.   ADMINISTRATIVE MATTERS**

**14.   UNFINISHED BUSINESS**

**15.   NEW BUSINESS**

**16.   HEARINGS\*\*\***

*\*\*\*Speakers should hold comments on items listed as a Hearing until the Hearing is opened. If a large number of people desire to speak at a Hearing, the Mayor/Chair may reduce the amount of time allocated to each speaker to three (3) minutes.*

**16.1   13-0580   HOLIDAY PARK MAINTENANCE DISTRICT 2013-2014 PROPOSED ASSESSMENT**

RECOMMENDATION

1. Hold the scheduled noticed public hearing on the Holiday Park Maintenance District 2013-2014 Proposed Assessment; and

2. Adopt a resolution to authorize approval of an assessment of $46,598 for the Holiday Park Maintenance District for fiscal year 2013-2014, authorize the City of Stockton Chief Financial Officer to assess those parcels within the assessment district, and authorize the City Manager to take appropriate actions to carry out the purpose and intent of the resolution.

**Department:** Community Services

**16.2   13-0593   PUBLIC HEARING TO ACCEPT THE PUBLIC HEALTH GOALS 2013 REPORT**

RECOMMENDATION

It is recommended that the City Council approve a motion accepting the Public Health Goals 2013 Report.

*Department:* Municipal Utilities

**16.3   13-0383   MEDICAL MARIJUANA DISPENSARIES - AN AMENDMENT TO STOCKTON MUNICIPAL CODE, TITLE 5 - BUSINESS LICENSES AND REGULATIONS AND TITLE 16 - DEVELOPMENT CODE**

RECOMMENDATION

It is recommended that the City Council adopt two Ordinances as follows:

1. An Ordinance amending Title 16 of the Stockton Municipal Code (Development Code), Section 16.20.020 (Table 2-2, Land Uses, Services), Section 16.80.195 (Medical Cannabis), and amending Section 16.88.030 (Public Hearing Notices) and 16.240.020 (Definitions of Specialized Terms and Phrases).

2. An Ordinance amending Title 5 of the Stockton Municipal Code (Business Licenses and Regulations), Sections 5.100.020 (Medical Cannabis Dispensaries - Purpose and Application), 5.100.080 (Limitation on Number of Medical Cannabis Dispensary Permits), and 5.100.290 (Dispensary Closures During Authorized Hours).

*Department:* Community Development

**16.4   13-0442   APPEAL OF THE PLANNING COMMISSION'S DENIAL OF A USE PERMIT TO ALLOW THE OPERATION OF A CHARTER SCHOOL IN AN EXISTING BUILDING LOCATED AT 804 NORTH HUNTER STREET**

The applicant that sought an appeal to the Planning Commission's denial of a Use Permit to allow the operation of a Charter School at 804 North Hunter has withdrawn their application. This request to withdraw their application was received after public notices were mailed to affected parties. Because the applicant is no longer seeking an appeal, the City Council will no longer be hearing this item

*Department:* Community Development

## 17. COUNCIL COMMENTS

## 18. ADJOURNMENT

## INFORMATIONAL ITEMS

*All proceedings before the City Council/Successor Agency to the Redevelopment Agency/Public Financing Authority are conducted in English. The City of Stockton does not furnish interpreters and, if one is needed, it shall be the responsibility of the person needing one. In compliance with the Americans with Disabilities Act, if you need special assistance to participate in the meetings of the City Council/Successor Agency to the*

*Redevelopment Agency/Public Financing Authority, please contact the Office of the City Clerk at (209) 937-8459 at least 48 hours prior to the meeting to enable the City/Agency to make reasonable arrangements to ensure accessibility.*

*Any writings or documents provided to a majority of the City Council regarding any item on this agenda will be made available for public inspection at the Office of the City Clerk located at 425 North El Dorado Street, Stockton, California 95202 during normal business hours or by calling (209) 937-8459. The Agenda is available on the City of Stockton Website: www.stocktongov.com*

*CHALLENGING CITY DECISIONS: The time limit within which to commence any lawsuit or legal challenge to any quasi-adjudicative decision made by the City is governed by Section 1094.6 of the Code of Civil Procedure, unless a shorter limitation period is specified by any other provision. Under Section 1094.6, any lawsuit or legal challenge to any quasi-adjudicative decision made by the City must be filed no later than the 90th day following the date on which such decision becomes final. Any lawsuit or legal challenge, which is not filed within that 90-day period, will be barred.*
*If a person wishes to challenge the nature of the above section in court, they may be limited to raising only those issues they or someone else raised at the meeting described in this notice, or in written correspondence delivered to the City of Stockton, at or prior to the meeting. In addition, judicial challenge may be limited or barred where the interest*

**1.**     **13-0644**     BOARD AND COMMISSION VACANCIES

This item is informational only and does not require City Council action.

**Department:**    City Clerk

Case 12-32118   Filed 08/07/13   Doc 1057

# City of Stockton

*City Council/Successor Agency of the Redevelopment Agency/Public Financing Authority Concurrent Agenda*



## Meeting Agenda - Final

Tuesday, July 16, 2013

Closed Session 4:00 PM | Regular Session 5:30 PM

Council Chamber, City Hall, 425 N El Dorado Street

## City Council

Anthony Silva, Mayor/Chair
Paul Canepa, Vice Mayor/Vice Chair (District 3)
Elbert H. Holman Jr. (District 1)
Katherine M. Miller (District 2)
Moses Zapien (District 4)
Dyane Burgos (District 5)
Michael D. Tubbs (District 6)

Case 12-32118    Filed 08/07/13    Doc 1057

1. **CLOSED SESSION CALL TO ORDER/ROLL CALL**

2. **ADDITIONS TO CLOSED SESSION AGENDA**

3. **ANNOUNCEMENT OF CLOSED SESSION**

   3.1  13-0575  **CONFERENCE WITH LEGAL COUNSEL - EXISTING LITIGATION**

   Number of Cases: Five

   Name of Case: Wells Fargo Bank v. City of Stockton (San Joaquin County Superior Court Case No. 39-2012-00277662)

   Name of Case: Wells Fargo Bank, National Association, as Indenture Trustee v. City of Stockton (San Joaquin County Superior Court Case No. 39-2012-00280741)

   Name of Case: In re City of Stockton, California - Debtor (United States Bankruptcy Court, Eastern District of California Case No. 2012-32118)

   Name of Case: City of Stockton v. Marina Towers LLC, et al. (San Joaquin County Superior Court Case No. CV022054)

   Name of Case: Richard Price, et al. v. City of Stockton, Redevelopment Agency, et al. (United States District Court, Eastern District Case No. CIV.S-02-0065 LKK JFM)

   This Closed Session is authorized pursuant to Section 54956.9(a) of the Government Code.

   *Department:* City Attorney

   3.2  13-0576  **CONFERENCE WITH LABOR NEGOTIATOR**

   Agency Designated Representative: Bob Deis

   Employee Organizations: Unrepresented Units, Stockton City Employees' Association, Operating Engineer's Local 3, Mid-Management/Supervisory Level Unit, Unrepresented Management/Confidential, Law Department, Stockton Police Management Association, Stockton Firefighters Local 456 International Association of Firefighters, Stockton Fire Management, Stockton Police Officers' Association (SPOA)

   This Closed Session is authorized pursuant to Section 54957.6(a) of the Government Code.

   *Department:* City Attorney

Case 12-32118    Filed 08/07/13    Doc 1057

| 3.4 | 13-0578 | CONFERENCE WITH LEGAL COUNSEL - POTENTIAL LITIGATION |

Number of Cases: One

Based on existing facts and circumstances, there is significant exposure to litigation pursuant to Government Code Section 54956.9(b).

*Department:* City Attorney

| 3.3 | 13-0586 | CONFERENCE WITH LEGAL COUNSEL - INITIATION OF LITIGATION |

Number of Cases: Two

Based on existing facts and circumstances, there is significant exposure to litigation pursuant to Government Code Section 54956.9(c).

*Department:* City Attorney

**4.    PUBLIC COMMENT***

*Citizens may comment on any subject within the jurisdiction of the City Council/Successor Agency to the Redevelopment Agency, including items on the Agenda. Each speaker is limited to three minutes. Speakers must submit "Request to Speak" cards to the City Clerk, and be prepared to speak when called. No speaker cards will be received after the close of the Citizen's Comments portion of the meeting.

**5.    RECESS TO CLOSED SESSION**

**6.    REGULAR SESSION CALL TO ORDER/ROLL CALL**

**7.    INVOCATION/PLEDGE TO FLAG**

**8.    REPORT OF ACTION TAKEN IN CLOSED SESSION**

**9.    ADDITIONS TO REGULAR SESSION AGENDA****

**Additions to the Agenda - Government Code Section 54954.2(b)(2), allows members of the City Council present at the meeting to take immediate action, with either a two-thirds or unanimous vote, to place an item on the agenda that action must be taken and that the item came to the attention of the City subsequent to the agenda being posted.

**10.   PROCLAMATIONS, COMMENDATIONS, OR INVITATIONS**

**11.   CITIZENS' COMMENTS, ANNOUNCEMENTS, OR INVITATIONS***

**12.   CONSENT AGENDA**

| 12.1 | 13-0488 | AUTHORIZATION OF ANNUAL SERVICE AGREEMENT WITH SAN JOAQUIN PARTNERSHIP TO ASSIST WITH ECONOMIC |

Case 12-32118    Filed 08/07/13    Doc 1057

DEVELOPMENT ACTIVITIES

RECOMMENDATION

It is recommended that the City Council adopt a resolution approving findings and authorizing the City Manager to execute a 12-month service agreement in the amount of $76,500 for fiscal year 2013-14 with the San Joaquin Partnership pursuant to the prescribed scope of services.

*Department:* Economic Development

**12.2    13-0511    FORENSIC CRIME SCENE LASER SCANNER PURCHASE**

RECOMMENDATION

It is recommended that the City Council by motion action make findings to declare an exception to the competitive bidding process and award a purchase contract to Precision Survey Supply LLC in the amount of $93,599 for purchase of a forensic crime scene laser scanner.

*Department:* Police Department

**12.3    13-0518    SECURITY GUARD SERVICES AT VARIOUS CITY FACILITIES**

RECOMMENDATION

It is recommended the City Council adopt by motion action findings to authorize the issuance of a Request for Proposals to provide Security Guard Services at various facilities for the City of Stockton.

*Department:* Police

**12.4    13-0521    PURCHASE OF AN AUDIO/VIDEO RECORDING SYSTEM FOR POLICE INTERVIEW ROOMS**

RECOMMENDATION

It is recommended that the City Council by motion adopt findings and approve the purchase of an Audio/Video recording system for Police interview rooms from MediaSolv in the amount of $98,167.

*Department:* Police

**12.5    13-0534    2013 CLOSED CIRCUIT TELEVISION INSPECTION SERVICES OF SANITARY SEWER PIPELINES SERVICE CONTRACT WITH EMPIRE PIPE CLEANING AND EQUIPMENT, INC. - M13013**

RECOMMENDATION

It is recommended that the City Council approve a motion authorizing the City Manager to execute a Service Contract with Empire Pipe

Cleaning and Equipment, Inc. of Orange, California in the amount of $715,480 for the 2013 Closed Circuit Television Inspection Services of Sanitary Sewer Pipelines Project (Project M13013).

**Department:** Municipal Utilities

### 12.6   13-0535   GRANT APPLICATIONS - CYCLE 6 2013-14 HIGHWAY SAFETY IMPROVEMENT PROGRAM (HSIP) 

RECOMMENDATION

It is recommended that the City Council approve a motion authorizing the submittal of Highway Safety Improvement Program (HSIP) grant applications to the California Department of Transportation (Caltrans) for funding consideration. It is further recommended that the motion authorize the City Manager to execute associated agreements, and undertake any other actions that may be appropriate to accept, receive, and spend the funding in the event that the applications are successful.

It is further recommended that the above motion authorize the City Manager to take appropriate actions to carry out the purpose and intent of this motion.

**Department:** Public Works

### 12.7   13-0536   2013 ON-CALL SEWER REPAIR SERVICES CONSTRUCTION CONTRACT WITH GOES AND NOCETI CONSTRUCTION, INC. (M13008)

RECOMMENDATION

It is recommended that the City Council adopt a motion approving the specifications, and authorizing the City Manager to execute an on-call construction contract with Goes and Noceti Construction, Inc. dba G&N Construction of Stockton, in the amount of $2,271,700 for the 2013 On-Call Sewer Repair Services Project (M13008).

**Department:** Municipal Utilities

### 12.8   13-0555   MOTION AUTHORIZING RELEASE OF REQUEST FOR PROPOSALS (RFP) FOR THE DEVELOPMENT OF A STRATEGIC PLAN FOR THE STOCKTON-SAN JOAQUIN COUNTY PUBLIC LIBRARY

RECOMMENDATION

It is recommended the City Council adopt a motion approving the findings and authorizing a Request for Proposals (RFP) for the development of a new Stockton-San Joaquin County Public Library (SSJPCL) Strategic Plan and authorizing the City Manager to take appropriate actions to carry out the purpose and intent of the motion.

*Department:* Community Services

**12.9    13-0568    $75,000 CALIFORNIA STATE LIBRARY GRANT TO BE USED FOR A LIBRARY STRATEGIC PLAN, IN CONJUNCTION WITH FEDERAL LIBRARY SERVICES & TECHNOLOGY ACT (LSTA) PROJECT ISSUED BY THE CALIFORNIA STATE LIBRARY**

RECOMMENDATION

It is recommended the City Council approve a motion to accept an award from the California State Library in the amount of $75,000 to prepare a strategic plan for the Stockton-San Joaquin County Public Library (SSJCPL) in the 2013-14 fiscal year, and authorize the City Manager to take appropriate actions necessary to carry out the purpose and intent of the motion.

*Department:* Community Services

**13.    ADMINISTRATIVE MATTERS**

**14.    UNFINISHED BUSINESS**

**15.    NEW BUSINESS**

**15.1    13-0572    RESOLUTION AUTHORIZING A MEMORANDUM OF UNDERSTANDING BETWEEN THE CITY OF STOCKTON AND THE CITY OF RANCHO CORDOVA TO PROVIDE AN INTERIM ECONOMIC DEVELOPMENT DIRECTOR FOR THE ECONOMIC DEVELOPMENT DEPARTMENT**

RECOMMENDATION

It is recommended that the City Council adopt findings and authorize a Memorandum of Understanding (MOU) between the City of Stockton and the City of Rancho Cordova to provide the City of Stockton executive level employee services for the Economic Development Department. This MOU will allow the City of Rancho Cordova to immediately provide an interim Economic Development Director in an amount not to exceed $95,000.

*Department:* City Manager

**16.    HEARINGS\*\*\***

\*\*\*Speakers should hold comments on items listed as a Hearing until the Hearing is opened. If a large number of people desire to speak at a Hearing, the Mayor/Chair may reduce the amount of time allocated to each speaker to three (3) minutes.

**16.1    13-0524    PUBLIC HEARING FOR THE 2013 JUSTICE ASSISTANCE GRANT (JAG)**

RECOMMENDATION

It is recommended at the conclusion of the public hearing that the City Council adopt a resolution:
1. Approving Amendment No. 2 to the Interlocal Memorandum of Understanding between the City of Stockton and County of San Joaquin for the Edward Byrne Memorial Justice Assistance Grant (JAG) Program Award;
2. Approving the recommended use of funds ($368,121) as stated in the Justice Assistance Grant Program 2013 Funding Recommendations;
3. Approving the appropriation of grant funds upon receipt of an executed Grant Agreement; and
4. Authorizing the City Manager to execute all grant award documents as required by the United States Department of Justice Bureau of Justice Assistance.

*Department:* Police

**16.2    13-0553    MINOR AMENDMENT TO CONTRACT BETWEEN THE BOARD OF ADMINISTRATION CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEM AND THE CITY OF STOCKTON TO INCLUDE THE PROVISIONS OF RETIREMENT LAW SECTION 20475 (DIFFERENT LEVEL OF BENEFITS) TO POLICE SAFETY EMPLOYEES**

RECOMMENDATION

It is recommended that the City Council adopt an Ordinance Authorizing an Amendment to its contract with the Board of Administration California Public Employees' Retirement System ("CalPERS"), to establish a third tier of retirement benefits for **new police safety employees** in the Stockton Police Management Association (SPMA), the Stockton Police Officers' Association (SPOA), and unrepresented police safety employees, pursuant to the SPOA and SPMA Memoranda of Understanding and Government Code section 20475 (Different Level of Benefits).

*Department:* Human Resources

## 17.    COUNCIL COMMENTS

## 18.    ADJOURNMENT

## INFORMATIONAL ITEMS

*All proceedings before the City Council/Successor Agency to the Redevelopment*

Case 12-32118    Filed 08/07/13    Doc 1057

Agency/Public Financing Authority are conducted in English. The City of Stockton does not furnish interpreters and, if one is needed, it shall be the responsibility of the person needing one. In compliance with the Americans with Disabilities Act, if you need special assistance to participate in the meetings of the City Council/Successor Agency to the Redevelopment Agency/Public Financing Authority, please contact the Office of the City Clerk at (209) 937-8459 at least 48 hours prior to the meeting to enable the City/Agency to make reasonable arrangements to ensure accessibility.

Any writings or documents provided to a majority of the City Council regarding any item on this agenda will be made available for public inspection at the Office of the City Clerk located at 425 North El Dorado Street, Stockton, California 95202 during normal business hours or by calling (209) 937-8459. The Agenda is available on the City of Stockton Website: www.stocktongov.com

CHALLENGING CITY DECISIONS: The time limit within which to commence any lawsuit or legal challenge to any quasi-adjudicative decision made by the City is governed by Section 1094.6 of the Code of Civil Procedure, unless a shorter limitation period is specified by any other provision. Under Section 1094.6, any lawsuit or legal challenge to any quasi-adjudicative decision made by the City must be filed no later than the 90th day following the date on which such decision becomes final. Any lawsuit or legal challenge, which is not filed within that 90-day period, will be barred.
If a person wishes to challenge the nature of the above section in court, they may be limited to raising only those issues they or someone else raised at the meeting described in this notice, or in written correspondence delivered to the City of Stockton, at or prior to the meeting. In addition, judicial challenge may be limited or barred where the interest