Case 12-32118    Filed 08/13/13    Doc 1066



# KOELLER | NEBEKER | CARLSON | HALUCK LLP

August 13, 2013

Chief Judge Christopher Klein  **VIA ELECTRONIC SERVICE**
U.S. Bankruptcy Court: Eastern District of
California
501 I Street, Suite 3-200
Sacramento, California 95814

    Re:   *In Re City of Stockton California*- Case No. 12-32118-C-9- Dean Andal's Motion for Relief from Stay (DCN JTS-01) and Motion for Order Shortening Time (DCN JTS-02)

Dear Honorable Chief Judge Christopher Klein:

    As you are no doubt aware, on August 2, 2013 my client, Dean Andal, filed a Motion for an Order Shortening Time to hear his Motion for Relief from the Automatic Stay in the above referenced matter. The Motion for an Order Shortening Time specifically requested a hearing on August 6, 2013 at 9:30 a.m. in Department 35. Despite the request, as of today's date, this Court has not yet ruled on the Motion for the Order Shortening Time, nor the underlying Motion for Relief from the Automatic Stay.

    As was provided in the Motion for an Order Shortening Time to hear the Motion for Relief from the Automatic Stay, good cause exists as California Elections Code section 9295 requires that any Writ of Mandate challenging proposed elections materials be brought within the 10 calendar-day public examination period. The Motion for an Order Shortening Time advised this Court that this calendar period was scheduled to commence on August 13, 2013 and run until August 23, 2013. Despite the 10 calendar-day public examination period being scheduled to begin on August 13, 2013, the City Clerk has begun the process early.

    The City of Stockton has saw fit to expedite the 10 calendar-day public examination period. Rather than commencing on August 13, 2013 as calendared per elections code, the City Clerk has expedited the 10 calendar-day public examination period, which officially began on August 8, 2013. This means that the 10 calendar-day public examination period ends on <u>August 18, 2013</u>, two days before the scheduled August 20, 2013 hearing on my client's Motion for Relief from the Automatic Stay. This new date creates prejudice for my client, who is now unable to hear its timely noticed Motion for Relief from the Automatic Stay before the last day for the 10 calendar-day public examination period. Now, more than ever, this Court must rule on the previously filed Motion for an Order Shortening Time.

    As such, my client urges this Court to grant the previously filed Motion for an Order Shortening Time to hear the Motion for Relief from the Automatic Stay and issue and order granting the Motion for Relief from the Automatic Stay no later than **August 15, 2013**.


1478 STONE POINT DR. SUITE 400, ROSEVILLE, CA 95661 TEL 916.724.5700 FAX 916.788.2850 WEB WWW.KNCHLAW.COM

IRVINE | SAN DIEGO | PHOENIX | SACRAMENTO | LAS VEGAS | ORLANDO


Chief Judge Christopher Klein
*Re: In Re City of Stockton California*- Case No. 12-32118-C-9- Dean Andal Motion for Relief from Stay (DCN JTS-01) and Motion for Order Shortening Time (DCN JTS-02)
August 13, 2013
Page 2

    Additionally, I request a status conference with your Honor pursuant to 11 U.S.C. §105(d)(1) as soon as your Honor's calendar permits, but in no event later than the August 15, 2013 hearing date to discuss this matter further.

    Should you have any questions, please do not hesitate to contact the undersigned.

    Very truly yours,

Koeller, Nebeker, Carlson & Haluck, LLP

Joseph T. Speaker, Esq.
*joseph.speaker@knchlaw.com*