

Case 12-32118    Filed 08/13/13    Doc 1071

FILED

AUG 13 2013

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 12-32118-C-9 |
| CITY OF STOCKTON, CALIFORNIA, | DC No. ~~XXXXX~~ JTS-1 |
| Debtor(s). | |

**ORDER SETTING STATUS CONFERENCE**

A status conference on Dean Andal's motion for relief from automatic stay (~~XXXXX~~ (JTS-1)) will be held on Tuesday, August 20, 2013, at 11:00 a.m.

Dated: August 13, 2013.

_____
UNITED STATES BANKRUPTCY JUDGE

Case 12-32118    Filed 08/13/13    Doc 1071

**INSTRUCTIONS TO CLERK OF COURT**
**SERVICE LIST**

The Clerk of Court is instructed to send the attached document, via the BNC, to the following parties:

Marc A. Levinson
400 Capitol Mall #3000
Sacramento CA 95814-4407

Office of the U.S. Trustee
Robert T Matsui United States Courthouse
501 I Street, Room 7-500
Sacramento CA 95814

Jerrold E. Abeles
555 W 5th St 48th Fl
Los Angeles CA 90013

Steven H. Felderstein
400 Capitol Mall #1450
Sacramento CA 95814-4434

Christina M. Craige
555 W 5th St #4000
Los Angeles CA 90013

Alan C. Geolot
1501 K St NW
Washington DC 20005

Guy S. Neal
1501 K St NW
Washington DC 20005

Michael M. Lauter
4 Embarcadero Ctr 17th Fl
San Francisco CA 94111-4109

Robert S. McWhorter
621 Capitol Mall, 25th Floor
Sacramento CA 95814

| | |
|---|---|
| 1 | Allan H. Ickowitz |
| 2 | 777 S. Figueroa Street, 34th Floor<br>Los Angeles CA 90017 |
| 3 | |
| 4 | Roberto J. Kampfner<br>633 West Fifth Street Suite 1900 |
| 5 | Los Angeles CA 90071 |
| 6 | James O. Johnston |
| 7 | 555 S Flower St 50th Fl<br>Los Angeles CA 90071 |
| 8 | |
| 9 | Scott H. Olson<br>560 Mission Street, Suite 3100 |
| 10 | San Francisco CA 94105 |
| 11 | William A. Van Roo<br>13863 Quaterhorse Dr. |
| 12 | Grass Valley CA 95949 |
| 13 | |
| 14 | Richard A. Lapping<br>101 California Street, Ste. 3900<br>San Francisco CA 94111 |
| 15 | |
| 16 | Lawrence A. Larose<br>200 Park Ave<br>New York NY 10166-4193 |
| 17 | |
| 18 | Sarah L. Trum<br>1111 Louisiana 25th Fl |
| 19 | Houston TX 77002 |
| 20 | Donna T. Parkinson |
| 21 | 400 Capitol Mall Suite 2560<br>Sacramento CA 95814 |
| 22 | David E. Mastagni<br>1912 I St |
| 23 | Sacramento CA 95811 |
| 24 | Robert B. Kaplan |
| 25 | 2 Embarcadero Center 5th Fl<br>San Francisco CA 94111-3824 |
| 26 | |
| 27 | |
| 28 | |

1 | Nicholas DeLancie
  | Two Embarcadero Center, 5th Floor
2 | San Francisco CA 94111

3 |
  | John A. Vos
4 | 1430 Lincoln Ave
  | San Rafael CA 94901
5 |

6 | Jeffry A. Davis
  | 44 Montgomery St 36th Fl
7 | San Francisco CA 94104

8 |
  | Abigail V. O'Brient
9 | 3580 Carmel Mountain Rd #300
  | San Diego CA 92130
10 |

11 | William W. Kannel
   | 1 Financial Center
   | Boston MA 02111
12 |

13 | George S. Emblidge
   | 220 Montgomery St #2100
14 | San Francisco CA 94104

15 |
   | John P. Briscoe
16 | Law Offices of Mayall Hurley, PC
   | 2453 Grand Canal Blvd., 2nd Floor
17 | Stockton, CA 95207

18 | Karol K. Denniston
   | 1 Market 32nd Fl
19 | Spear Street Tower
   | San Francisco CA 94105
20 |

21 | Jeffrey D. Eaton
   | 233 S Wacker Dr #6600
22 | Chicago IL 60606

23 |
   | Joseph T. Speaker
24 | 1478 Stone Point Dr #400
   | Roseville CA 95661
25 |
26 |
27 |
28 |