Ron M. Oliner (SBN: 152373)
Geoffrey A. Heaton (SBN: 206990)
**DUANE MORRIS LLP**
One Market Plaza
Spear Street Tower, Suite 2200
San Francisco, CA 94105-1127
Telephone: (415) 957-3000
Facsimile: (415) 957-3001
Email: roliner@duanemorris.com

Attorneys for PRESTON PIPELINES, INC.

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re<br><br>CITY OF STOCKTON, CALIFORNIA,<br><br>Debtor. | Case No. 12-32118-C-9<br><br>Chapter 9<br><br>Docket Control No. DM-1<br><br>Date:  August 20, 2013<br>Time:  9:30 a.m.<br>Place:  501 I Street, Courtroom 35<br>            Sacramento, CA 95814<br>Judge: The Honorable Christopher M. Klein |

<u>ORDER GRANTING MOTION FOR RELIEF FROM
THE AUTOMATIC STAY (PRESTON PIPELINES, INC.)</u>

The matter having come before the above-captioned Court on the motion ("Motion"), filed by Preston Pipelines, Inc. ("Movant") for Relief from the Automatic Stay [Docket No. 1019], the City of Stockton, California ("Debtor") having filed its Statement of Non-Opposition on August 5, 2013 [Docket No. 1045], the Court having read and considered the papers, and for good cause,

It **IS HEREBY ORDERED** that:

1. The Motion is granted;

RECEIVED
August 13, 2013
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0004920434

2. Movant may proceed with each or any legal action, as described in the Motion, provided, however, any recovery by Movant in the legal action shall be solely out of the Delta Water Supply Project Account (399-9922-670) ("Delta Account") funds that are restricted to the payment of costs related to the Delta Water Supply Project Intake and Pump Station Facility and/or any escrow account containing funds from the Delta Account ("Escrow Account"); and provided further that this Order has no impact or effect on any recovery that Movant may obtain in any legal action from any party other than the Debtor.

3. By this Order, the Court is not granting Movant relief from the automatic stay to pursue any obligation of the Debtor's General Fund or from any other asset in which the Debtor has an interest other than the Delta Account or Escrow Account.

4. Nothing in this order prevents the Debtor from seeking a reimposition of the automatic stay or from seeking an injunction should Movant assert claims against the General Fund in the future, or in the event that the City Attorney's Office is forced to take a more active role in the litigation.

5. Nothing in this order prevents Movant from seeking future additional relief from the automatic stay.

**APPROVED AS TO FORM AND CONTENT:**

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: /s/ Marc. A. Levinson
    Marc A. Levinson, Counsel for The City
    of Stockton, California

Dated: August 21, 2013

_____
United States Bankruptcy Judge

Duane Morris LLP
San Francisco

AUTOMATIC STAY (PRESTON PIPELINES, INC.) - CASE NO. 12-32118-C-9