MARC A. LEVINSON (STATE BAR NO. 57613)
malevinson@orrick.com
NORMAN C. HILE (STATE BAR NO. 57299)
nhile@orrick.com
PATRICK B. BOCASH (STATE BAR NO. 262763)
pbocash@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, California  95814-4497
Telephone:    +1-916-447-9200
Facsimile:    +1-916-329-4900

Attorneys for Debtor
City of Stockton

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re: | Case No.  2012-32118 |
| CITY OF STOCKTON, CALIFORNIA, | Chapter 9 |
| Debtor. | **NOTICE OF CITY OF STOCKTON'S APPLICATION FOR ORDER UNDER FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004 AUTHORIZING EXAMINATION OF 7TH INNING STRETCH, LLC** |
| | [No Hearing Required] |
| | Judge:    Hon. Christopher M. Klein |

Case 12-32118    Filed 08/30/13    Doc 1101

TO THE HONORABLE CHRISTOPHER M. KLEIN, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL OTHER PARTIES IN INTEREST:

PLEASE TAKE NOTICE that the City of Stockton, California (the "City"), has filed an application pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure requesting an order authorizing the City to compel the production of certain documents by 7th Inning Stretch, LLC, by and through Pat Filippone and/or the person most knowledgeable and/or the custodian of such documents. The City has not requested a hearing on this application and expects, in accordance with local practice, that this application will be acted upon without a hearing. Any person that objects to the application or to the relief requested therein must file a written objection with this Court and serve a copy of such objection upon the undersigned.

Dated: August 30, 2013

MARC A. LEVINSON
NORMAN C. HILE
PATRICK B. BOCASH
Orrick, Herrington & Sutcliffe LLP

By:    */s/ Marc A. Levinson*
MARC A. LEVINSON
Attorneys for Debtor
City of Stockton