MARC A. LEVINSON (STATE BAR NO. 57613)
malevinson@orrick.com
NORMAN C. HILE (STATE BAR NO. 57299)
nhile@orrick.com
PATRICK B. BOCASH (STATE BAR NO. 262763)
pbocash@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall
Suite 3000
Sacramento, California  95814-4497
Telephone:     +1-916-447-9200
Facsimile:      +1-916-329-4900

Attorneys for Debtor
City of Stockton

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re: | Case No.  2012-32118 |
| CITY OF STOCKTON, CALIFORNIA, | Chapter 9 |
| Debtor. | **PROOF OF SERVICE BY ELECTRONIC MEANS** |

I am a citizen of the United States, more than eighteen years old and not a party to this action. My place of employment and business address is 400 Capitol Mall, Suite 3000, Sacramento, California 95814.

On August 30, 2013, I served the foregoing:

**1.    NOTICE OF CITY OF STOCKTON'S APPLICATION FOR ORDER UNDER FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004 AUTHORIZING EXAMINATION OF 7TH INNING STRETCH, LLC, AND**

**2.    CITY OF STOCKTON'S APPLICATION FOR ORDER UNDER FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004 AUTHORIZING EXAMINATION OF 7TH INNING STRETCH, LLC**

by transmitting electronically to the email addresses set forth below pursuant to Fed. R. Civ. P. 5(b)(2)(E):

Antonia.Darling@usdoj.gov; John.Luebberke@stocktongov.com; BetteJean.McCole@unionbank.com; RKaplan@jmbm.com; NDeLancie@jmbm.com; gavin.wilkinson@wellsfargo.com; lucinda.hruska-claeys@wellsfargo.com; wkannel@mintz.com; rmoche@mintz.com; jim.barry@dexia-us.com; marcus.wendehog@dexia-us.com; nrust@whitecase.com; rkampfner@whitecase.com; john.jordan@nationalpfg.com; matthew.cohn@optinuityar.com; gary.saunders@optinuityar.com; hhorn@assuredguaranty.com; klyons@assuredguaranty.com; tworkman@assuredguaranty.com; etashman@sidley.com; jbjork@sidley.com; gina_ratto@calpers.ca.gov; dee@goyette-assoc.com; deecon45@aol.com; swim@goyette-assoc.com; AlanD3370@aol.com; dave@mastagni.com; davidm@mastagni.com; cplatten@wmprlaw.com; mrenner@wmprlaw.com; kim@goyette-assoc.com; joerose@joeroselaw.com; jsantella@oe3.org; meggener@oe3.org; dwane.milnes@sbcglobal.net; sfelderstein@ffwplaw.com; jrios@ffwplaw.com; mgowdy@frk.com; jjohnston@jonesday.com; matthew.troy@usdoj.gov; patsamsell@patsamsell.com; hiltonwilliams@paulhastings.com; tomcounts@paulhastings.com; kburrows@crla.org; dcollins@pilpca.org; slmartinez@wclp.org; shaffner@wclp.org; solson@seyfarth.com; jdejonker@seyfarth.com; mgardener@mintz.com; awalker@mintz.com; jdavis@mintz.com; aobrient@mintz.com; sfelderstein@ffwplaw.com; donna@parkinsonphinney.com; tom@parkinsonphinney.com; jrios@ffwplaw.com; Neal.Lutterman@stocktongov.com; gneal@sidley.com; Olivia@joeroselaw.com; Jerry.Blair@doj.ca.gov; lfujiu@whitecase.com; jmorse@jonesday.com; vanroolaw@gmail.com; moyeds@sec.gov; gfreeman@sheppardmullin.com; mlauter@sheppardmullin.com; vanroolaw@gmail.com; Abeles.Jerry@arentfox.com; Jerry.Blair@doj.ca.gov; ramseylaw@sbcglobal.net; rileywalter@w2lg.com; jmorse@jonesday.com; jlavinsky@hansonbridgett.com; gfreeman@sheppardmullin.com; mlauter@sheppardmullin.com; hnevins@hsmlaw.com; rileywalter@w2lg.com; Michael.lubic@klgates.com; brett.bissett@klgates.com; jhansenlaw101@gmail.com; wdahl@DahlLaw.net; cdahl@DahlLaw.net; abreisinger@DahlLaw.net; rkwun@bowmanandassoc.com; dnealy@whitecase.com; ploone@frk.com; jbuchman@bwslaw.com; drallis@sulmeyerlaw.com; hkevane@pszjlaw.com; ccraige@sidley.com; mkilgore@up.com; sdlanka@up.com; michael.gearin@klgates.com; michael.ryan@klgates.com; marc.cohen@kayescholer.com;

alicia.clough@kayescholer.com; plaurin@btlaw.com; mjs@mjsimonlaw.com; joelsner@weintraub.com; fredburnside@dwt.com; hughmccullough@dwt.com; andrewpatterson@dwt.com; fpachecolaw@clearwire.net; Malcolm.McDuffie@unionbank.com; auyeda@bmkattorneys.com; mail@MrHopp.com; kdenniston@schiffhardin.com; jeaton@schiffhardin.com; chris.cox@weil.com; debra.dandeneau@weil.com; Marcia.goldstein@weil.com; volpeinvestments@gmail.com; pfilippone@stocktonports.com

**Parties Requesting Special Notice:**

Antonia G. Darling, Assistant U.S. Trustee
U.S. Department of Justice, Office of the U.S. Trustee
Email: Antonia.Darling@usdoj.gov

**Attorneys for Ambac Assurance Corp.**
c/o Jerrold E. Abeles
Arent Fox LLP
Abeles.Jerry@arentfox.com

**Attorneys for Kemper Sports Management, Inc.**
Union Bank, N.A.
c/o BetteJean McCole, Vice President
Special Assets Department
Email: BetteJean.McCole@unionbank.com

Union Bank, N.A.
c/o Robert B. Kaplan, Esq.
c/o Nick De Lancie, Esq.
Jeffer Mangels Butler & Mitchell LLP
Email: RKaplan@jmbm.com
Email: NDeLancie@jmbm.com

**Attorneys for Creditor Waste Management**
Hefner, Stark & Marois, LLP
c/o Howard S. Nevins, Esq.
hnevins@hsmlaw.com;

**Wells Fargo Bank, National Association**
c/o Gavin Wilkinson, Vice President
Email: gavin.wilkinson@wellsfargo.com
    lucinda.hruska-claeys@wellsfargo.com

**Wells Fargo Bank, National Association**
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
c/o William W. Kannel, Esq.
Richard H. Moche, Esq.
Michael S. Gardener, Esq.
Adrienne K. Walker, Esq.
Email: wkannel@mintz.com
    rmoche@mintz.com
    mgardener@mintz.com
    awalker@mintz.com

**Wells Fargo Bank, National Assn, as Indenture Trustee**
c/o Jeffry A. Davis, Esq.
Abigail V. O'Brient, Esq.
Mintz Levin Cohn Ferris Glovsky and Popeo, P.C.
Email: jdavis@mintz.com
       avobrient@mintz.com

**Dexia Credit Local**
c/o Jim Barry, Esq.
c/o Marcus Wendehog, Esq.
Email: jim.barry@dexia-us.com
Email: marcus.wendehog@dexia-us.com

**Dexia Credit Local**
c/o Neil Rust, Esq.
Roberto J. Kampfner, Esq.
Lauren C. Fujiu
David C. Nealy
White & Case LLP
Email: nrust@whitecase.com
       rkampfner@whitecase.com
       lfujiu@whitecase.com;
       dnealy@whitecase.com

**National Public Finance Guarantee Corporation**
c/o John Jordan, Managing Director – Portfolio Surveillance
Email: john.jordan@nationalpfg.com

Optinuity Alliance Resources Corporation
c/o Matthew A. Cohn
Gary Saunders, Esq., Deputy General Counsel, Director & Assistant Secretary
Email: matthew.cohn@optinuityar.com
Email: gary.saunders@optinuityar.com

Assured Guaranty Corp. and Assured Guaranty Municipal Corp.
c/o Holly Horn
Kevin Lyons
Terence Workman
Christina M. Craige
Email: ccraige@sidley.com
Email: hhorn@assuredguaranty.com
Email: klyons@assuredguaranty.com
Email: tworkman@assuredguaranty.com

Assured Guaranty
c/o Eric D. Tashman, Esq.
Sidley Austin LLP
Email: etashman@sidley.com

Assured Guaranty
c/o Jeffrey E. Bjork, Esq.
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA 90013

Case 12-32118   Filed 08/30/13   Doc 1102

Email: jbjork@sidley.com

**CalPERS, as follows:**

California Public Employees Retirement System
c/o Gina Ratto, Esq., CalPERS' Deputy Counsel
Lincoln Plaza North
Email: gina_ratto@calpers.ca.gov

California Public Employees Retirement System
c/o Michael B. Lubic
c/o Brett D. Bissett
c/o Michael J. Gearin
c/o Michael K. Ryan
K&L Gates LLP
Michael.lubic@klgates.com
Brett.bissett@klgates.com
Michael.gearin@klgates.com
Michael.ryan@klgates.com

**Counsel for SPMA, as follows:**

Stockton Police Management Association
c/o Dee Contreras, Esq.
Goyette & Associates, Inc.
Email: dee@goyette-assoc.com
      deecon45@aol.com

**The Labor Representative for the SPMA, as follows:**

Stockton Police Management Association
c/o David Swim
Goyette & Associates, Inc.
Email: swim@goyette-assoc.com

**Counsel for SPOA, as follows:**
Stockton Police Officers' Association
Email: donna@parkinsonphinney.com
Email: tom@parkinsonpinney.com

Stockton Police Officers' Association
c/o Alan C. Davis, Esq.
Davis and Reno
Email: AlanD3370@aol.com

Stockton Police Officers' Association
c/o David E. Mastagni, Jr., Esq.
Mastagni, Holstedt, Amick, Miller & Johnsen
Email: dave@mastagni.com
      davidm@mastagni.com

**Counsel for SFMU, as follows:**

Stockton Fire Management Unit
c/o Christopher E. Platten, Esq.
Mark Renner, Esq.

Email: cplatten@wmprlaw.com
Email: mrenner@wmprlaw.com

**Counsel for IAFF, as follows:**

International Association of Firefighters Local 456
c/o Christopher E. Platten, Esq.
Mark Renner, Esq.
Wylie, McBride, Platten & Renner
Email: cplatten@wmprlaw.com
Email: mrenner@wmprlaw.com

**Counsel for SMMSLU, as follows:**

Stockton Mid-Management/Supervisory Level Unit
c/o Dee Contreras, Esq.
Goyette & Associates, Inc.
Email: dee@goyette-assoc.com
        deecon45@aol.com

**The Labor Representative for SMMSLU, as follows:**

Stockton Mid-Management/Supervisory Level Unit
c/o Kim Gillingham
Email: kim@goyette-assoc.com

**Counsel for SCEA, as follows:**

Stockton City Employees' Association
c/o Joseph W. Rose, Esq.
Rose Law Firm P.C., Attorneys at Law
Email: joerose@joeroselaw.com
Email: Olivia@joeroselaw.com

**OE3, as follows:**

Operating Engineers Local 3
c/o Joe Santella, Business Representative for O & M and Water Supervisory
Email: jsantella@oe3.org
Operating Engineers Local 3
Public Employee Division, Stockton
c/o Michael Eggener, Business Representative for Trades and Maintenance
Email: meggener@oe3.org

**ARECOS, as follows:**

Association of Retired Employees of the City of Stockton
c/o Dwane Milnes, President
Email: dwane.milnes@sbcglobal.net

Steven Felderstein, Esq.
Jake Rios, Esq.
Jennifer Niemann, Esq.
Felderstein Fitzgerald Willoughby & Pascuzzi LLP
Email: sfelderstein@ffwplaw.com

Email: jrios@ffwplaw.com
Email: jniemann@ffwplaw.com

**Franklin Advisers, as follows:**

Franklin Advisers, Inc.
c/o J. Matthew Gowdy, Esq., Associate General Counsel
Piret Loone, Esq.
One Franklin Parkway
Email: mgowdy@frk.com
Email: ploone@frk.com

**Counsel for Franklin Advisers, Inc. as follows:**

Franklin Advisers, Inc.
c/o Jones Day
James O. Johnston, Esq.
Joshua D. Morse, Esq.
Email: jmorse@jonesday.com
Email: jjohnston@jonesday.com

**Counsel for HUD, as follows:**

United States Department of Housing and Urban Development
c/o Matthew J. Troy, Esq.
Email: matthew.troy@usdoj.gov

**Counsel for HJTA, as follows:**

Howard Jarvis Taxpayers Association
c/o Patrick Samsell
c/o James Watson
Email: patsamsell@patsamsell.com

**Counsel for the PJC, as follows:**

Price Judgment Creditors
c/o Hilton S. Williams, Esq.
Thomas A. Counts, Esq.
Paul Hastings LLP
Email: hiltonwilliams@paulhastings.com
Email: tomcounts@paulhastings.com

Price Judgment Creditors
c/o Kristina Burrows, Esq.
California Rural Legal Assistance, Inc.
Email: kburrows@crla.org

Price Judgment Creditors
c/o Deborah A. Collins, Esq.
California Affordable Housing Law Project of the Public Interest Law Project
Email: dcollins@pilpca.org

Price Judgment Creditors
c/o S. Lynn Martinez, Esq.

Western Center on Law & Poverty
Email: slmartinez@wclp.org
       shaffner@wclp.org

**Attorneys for Kemper Sports Management, Inc.**
c/o Scott H. Olson, Esq.
Jason J. DeJonker (Pro Hac Vice pending)
Seyfarth Shaw LLP
Email: solson@seyfarth.com
Email: jdejonker@seyfarth.com

Guy S. Neal, Esq.
Sidley Austin LLP
Email: gneal@sidley.com
Neal.Lutterman
City of Stockton
Email: Neal.Lutterman@stocktongov.com

**Department of Boating and Waterways:**
c/o Deputy Attorney General Jeremiah D. Blair
Department of Justice
Office of the Attorney General
Email: Jerry.Blair@doj.ca.gov

**Attorneys for Marina Towers LLC**
William A. Van Roo, P.C.
c/o William A. Van Roo
Email: vanroolaw@gmail.com

United States Securities & Exchange Commission
c/o Sarah D. Moyed
Email: MoyedS@sec.gov

**Banc of America Public Capital Corp.**
c/o Geraldine A. Freeman, Esq.
Michael M. Lauter, Esq.
Sheppard, Mullin, Richter & Hampton LLP
Email: gfreeman@sheppardmullin.com
mlauter@sheppardmullin.com

**California Department of Boating and Waterways**
c/o Kamala D. Harris, Esq.
Sara J. Russell, Esq.
Jeremiah D. Blair, Esq.
Deputy Attorney General
Email: Jerry.Blair@doj.ca.gov

**Creditor Bank of Stockton**
c/o Ulrich & Ramsey
Bruce E. Ramsey
ramseylaw@sbcglobal.net

**Key Government Finance, Inc.**
c/o Hanson Bridgett LLP
Jordan A. Lavinsky
jlavinsky@hansonbridgett.com

| | |
|---|---|
| 1 | |
| 2 | John A. Vos Law Firm<br>c/o John A. Vos<br>Email: voslaw@aol.com |
| 3 | |
| 4 | **Stockton Professional Firefighters – Local 456 and Operating Engineers Local No. 3**<br>c/o John T. Hansen, Esq. |
| 5 | Email: jhansenlaw101@gmail.com |
| 6 | **C.C. Myers, Inc.**<br>c/o Walter R. Dahl |
| 7 | Candy Dahl<br>Andrew Bria n Reisinger |
| 8 | Dahl & Dahl<br>Email: wdahl@DahlLaw.net |
| 9 | cdahl@DahlLaw.net<br>abreisinger@DahlLaw.net |
| 10 | |
| 11 | **Attorneys for Creditor Cynthia Gail Boyd**<br>c/o Richard Kwun<br>The Law Offices of Bowman & Associates |
| 12 | Email: rkwun@bowmanandassoc.com<br>**Attorneys for Ronald Hittle** |
| 13 | c/o Mark S. Adams<br>c/o Dennis S. Lucey |
| 14 | Law Offices of Mayall Hurley<br>Email: MAdams@Mayallw.com |
| 15 | Email: DLucey@Mayallaw.com |
| 16 | Joseph P. Buchman<br>Email: jbuchman@bwslaw.com |
| 17 | |
| 18 | Dean G. Rallis Jr.<br>Email: drallis@sulmeyerlaw.com |
| 19 | **Attorneys for Creditor Stockton**<br>**City Center 16, LLC** |
| 20 | |
| 21 | **Attorneys for Pierce Manufacturing, Inc.**<br>c/o Henry C. Kevane, Esq. |
| 22 | Pachulski Stang Ziehl & Jones LLP<br>Email: hkevane@pszjlaw.com |
| 23 | |
| 24 | Mary Ann Kilgore<br>Union Pacific Railroad Company |
| 25 | c/o Mary Ann Kilgore; Shawn Lanka<br>Email: mkilgore@up.com;<br>Email: sdlanka@up.com |
| 26 | |
| 27 | **Attorneys to John Chiang, in his official capacity**<br>**as State Controller of the State of California,**<br>**and the Office of the State Controller, State of California** |
| 28 | |

| | |
|---|---|
| 1 | c/o Marc S. Cohen |
| | Alicia Clough |
| 2 | KAYE SCHOLER LLP |
| | Email: marc.cohen@kayescholer.com |
| 3 | Email: alicia.clough@kayescholer.com |
| 4 | **Interested Party** |
| | c/o Paul J. Laurin |
| 5 | **BARNES & THORNBURG LLP** |
| | Email: plaurin@btlaw.com |
| 6 | |
| | **Attorneys for Pacific Gas & Electric Company** |
| 7 | c/o Martha J. Simon |
| | **Law Offices of Martha J. Simon** |
| 8 | Email: mjs@mjsimonlaw.com |
| 9 | **Attorneys for California Law Enforcement Association** |
| | c/o Julie E. Oelsner |
| 10 | **WEINTRAUB TOBIN CHEDIAK COLEMAN GRODIN** |
| | Email: joelsner@weintraub.com |
| 11 | |
| | **Attorneys for Redflex Traffic Systems, Inc.** |
| 12 | c/o Fred B. Burnside |
| | Hugh R. McCullough |
| 13 | Andrew Patterson |
| | **DAVIS WRIGHT TREMAINE LLP** |
| 14 | Email: fredburnside@dwt.com |
| | Email: hughmccullough@dwt.com |
| 15 | Email: andrewpatterson@dwt.com |
| 16 | **Attorney for Denrick Robertson, Dionne Smity & Alyyiah Robertson** |
| | c/o Frank M. Pacheco, Esq. |
| 17 | Law Offices of Frank Pacheco |
| | Email: fpachecolaw@clearwire.net |
| 18 | |
| | **Attorneys for Secured Creditor Union Bank, N.A.** |
| 19 | Jeffer Mangels Butler & Mitchell LLP |
| | c/o M. Duncan McDuffie |
| 20 | email: Malcolm.McDuffie@unionbank.com |
| 21 | **Attorneys for Interested Party** |
| | Bienert Miller & Katzman, PLC |
| 22 | c/o Anne Uyeda |
| | email: auyeda@bmkattorneys.com |
| 23 | |
| | Richard Hopp |
| 24 | Party in Interest |
| | email: mail@MrHopp.com |
| 25 | |
| | **Attorneys for Ad Hoc Taxpayers Working Group** |
| 26 | c/o Karol Denniston |
| | Jeffrey Eaton |
| 27 | Schiff Hardin LLP |
| | Email: kdenniston@schiffhardin.com |
| 28 | Email: jeaton@schiffhardin.com |

**Attorneys for CreditorNational Public Finance Guarantee Corporation**
c/o Christopher J. Cox
c/oMarcia L. Goldstein
c/o Debra A. Dandeneau
Email: chris.cox@weil.com
Email: Marcia.goldstein@weil.com
Email: debra.dandeneau@weil.com

**Thomas S. Volpe**
7th Inning Stretch
Volpe Investments
301 Richmond Road
Hillsborough, CA. 94010
volpeinvestments@gmail.com

**Pat Fillipone**
7th Inning Stretch
Stockton Ports
404 W Fremont Street
Stockton, CA 95203
pfilippone@stocktonports.com

    Executed on August 30, 2013, at Sacramento, California.

    I declare under penalty of perjury under the laws of the State of California and these United States that the foregoing is true and correct.

                                                        /s/ *Betty J. Ramirez*
                                                          Betty J. Ramirez