**2**

1  MARC A. LEVINSON (STATE BAR NO. 57613)
   malevinson@orrick.com
2  NORMAN C. HILE (STATE BAR NO. 57299)
   nhile@orrick.com
3  PATRICK B. BOCASH (STATE BAR NO. 262763)
   pbocash@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   400 Capitol Mall
5  Suite 3000
   Sacramento, California  95814-4497
6  Telephone:    +1-916-447-9200
   Facsimile:    +1-916-329-4900
7
   Attorneys for Debtor
8  City of Stockton

9

10                UNITED STATES BANKRUPTCY COURT

11                EASTERN DISTRICT OF CALIFORNIA

12                      SACRAMENTO DIVISION

13

14  In re:                              Case No.  2012-32118

15  CITY OF STOCKTON, CALIFORNIA,       Chapter 9

16              Debtor.                 **PROOF OF SERVICE BY U.S. MAIL**

17

18

19

20

21

22

23

24

25

26

27

28

1  **PROOF OF SERVICE BY MAIL**

2       I am more than eighteen years old and not a party to this action.  My business

3  address is Orrick, Herrington & Sutcliffe LLP, 400 Capitol Mall, Suite 3000, Sacramento,

4  California  95814-4497.  On August 30, 2013, I served the following document(s):

5      **1.**    **NOTICE OF CITY OF STOCKTON'S APPLICATION
6  FOR ORDER UNDER FEDERAL RULE OF
   BANKRUPTCY PROCEDURE 2004 AUTHORIZING
   EXAMINATION OF 7TH INNING STRETCH, LLC,
7  AND**

8      **2.**    **CITY OF STOCKTON'S APPLICATION FOR
   ORDER UNDER FEDERAL RULE OF
9  BANKRUPTCY PROCEDURE 2004 AUTHORIZING
   EXAMINATION OF 7TH INNING STRETCH, LLC**

10

11  on the interested parties in this action by placing true and correct copies thereof in sealed

12  envelope(s) addressed as follows:

13  Thomas S. Volpe         Pat Fillipone
14  7th Inning Stretch         7th Inning Stretch
   Volpe Investments       Stockton Ports
15  301 Richmond Road     404 W. Fremont Street
   Hillsborough, CA 94010   Stockton, CA  95203

16

17

18       I deposited such envelope(s) with postage thereon fully prepaid in the United

19  States mail at a facility regularly maintained by the United States Postal Service at Sacramento,

20  California on the date indicated above.

21       I declare that I am employed in the office of a member of the bar of this court at

22  whose direction the service was made.

23       Executed on August 30, 2013, at Sacramento, California.

24

25  *Betty J. Orozco*

26  Betty J. Orozco

27

28

PROOF OF SERVICE BY U.S. MAIL