



Sedgwick
PO Box 14421
Lexington, KY 40512

Case 12-32118    Filed 09/16/13    Doc 1109

**sedgwick.**

Phone: 800-228-0454    Fax: 925-933-9559

September 04, 2013

US Bankruptcy Court
501 I St. Suite 3-200
Sacramento, CA 95814

FILED
SEP 16 2013
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

To Whom It May Concern:

12-32118

Sedgwick administers claims benefits for multiple clients. We have received the enclosed correspondence and are returning it for the following reason(s):

- Document could not be matched to a Sedgwick claim.

If you believe this is an error please resubmit the document(s) with complete identifying information so it may be correctly matched with a file.

Thank you for your cooperation.

Sincerely,

**Sedgwick**



9/4/2013                                    xxxxx                                    562013090423990

```
 13
 1   MARC A. LEVINSON (STATE BAR NO. 57613)
     malevinson@orrick.com
 2   NORMAN C. HILE (STATE BAR NO. 57299)
     nhile@orrick.com
 3   PATRICK B. BOCASH (STATE BAR NO. 262763)
     pbocash@orrick.com
 4   ORRICK, HERRINGTON & SUTCLIFFE LLP
     400 Capitol Mall, Suite 3000
 5   Sacramento, California 95814-4497
     Telephone:    +1-916-447-9200
 6   Facsimile:    +1-916-329-4900

 7   Attorneys for Debtor
     City of Stockton
 8
```



9             UNITED STATES BANKRUPTCY COURT

10             EASTERN DISTRICT OF CALIFORNIA

11                  SACRAMENTO DIVISION

| In re: | Case No. 2012-32118 |
|---|---|
| CITY OF STOCKTON, CALIFORNIA, | Chapter 9 |
| Debtor. | NOTICE OF (1) AUGUST 16, 2013 BAR DATE FOR ALL CLAIMS OTHER THAN CLAIMS BASED ON RETIREE HEALTH BENEFITS AND THE REJECTION OF EXECUTORY CONTRACTS OR UNEXPIRED LEASES, AND (2) SEPTEMBER 30, 2013 BAR DATE FOR CLAIMS OF GOVERNMENTAL UNITS |

TO: ALL PARTIES WHO BELIEVE THAT THEY HAVE CLAIMS AGAINST THE CITY OF STOCKTON, CALIFORNIA:

PLEASE TAKE NOTICE that on June 28, 2012 (the "Petition Date"), the City of Stockton, California (the "City"), filed a voluntary petition for relief under chapter 9 of Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Eastern District of California (the "Court"). The Court entered an order for relief on April 1, 2013.

///

1   PLEASE TAKE FURTHER NOTICE that by its order entered on June ___, 2013 (the
2   "Bar Order"), the Court established <u>August 16, 2013</u>, as the deadline by which any person or
3   entity asserting a claim against the City may timely file a proof of claim against the City (the "Bar
4   Date"). The Bar Date applies to any creditor that has or asserts any claim against the City. The
5   Bar Order permanently bars all claims asserted after the Bar Date except such claims as are
6   described in the next five paragraphs of this Notice. Note that any such proof of claim **<u>must be</u>**
7   **<u>received by the Court on or before the Bar Date.</u>** Thus, a proof of claim mailed on <u>August 16</u>
8   will not be timely.

9   HOLDERS OF THE FOLLOWING FOUR GROUPS OF CLAIMS <u>NEED NOT</u>
10  FILE PROOFS OF CLAIM BY THE BAR DATE: (1) CLAIMS BASED ON THE
11  REJECTION OF EXECUTORY CONTRACTS OR UNEXPIRED LEASES; (2) CLAIMS
12  BASED ON THE IMPAIRMENT OF RETIREE HEALTH BENEFITS; (3) CLAIMS OF
13  BONDHOLDERS AND CERTIFICATE OF PARTICIPATION HOLDERS; AND
14  (4) CLAIMS OF GOVERNMENTAL UNITS (AS SUCH TERM IS DEFINED IN THE
15  BANKRUPTCY CODE).

16  1.   **EXECUTORY CONTRACTS AND UNEXPIRED LEASES**: The Bar Date
17  **<u>DOES NOT</u>** apply to claims based on the rejection of any executory contract or unexpired lease
18  that has not yet been rejected by an order of the Court. At this time, the City has not moved to
19  reject any contracts or unexpired leases, which include collective bargaining agreements and the
20  City's contracts with the California Public Employees' Retirement System. Claims arising under
21  agreements that may be rejected in the future will be the subject of another order that sets a
22  different filing deadline (most likely 30 or 45 days following the filing of the order rejecting the
23  agreement).

24  2.   **SPECIAL NOTICE TO RETIREES**: The Bar Date **<u>DOES NOT</u>** apply to
25  claims based on retiree health benefits, which claims will be the subject of another order or orders
26  that will set a later filing deadline or no deadline at all. The Bar Date <u>does apply</u> to claims based
27  on unpaid leave buy-outs or claims based on anything other than the City's impairment of retiree
28  health benefits.

- 2 -   NOTICE OF BAR DATES FOR CLAIMS OTHER THAN
CLAIMS BASED ON RETIREE HEALTH BENEFITS
AND EXECUTORY CONTRACTS OR LEASES

9/4/2013                    xxxxx                    56201309042399 0

Case 12-32118    Filed 09/16/13    Doc 1109

3. **SPECIAL NOTICE TO BONDHOLDERS AND CERTIFICATE OF PARTICIPATION HOLDERS:** Wells Fargo Bank, National Association, acting in its capacity as an Indenture Trustee or like capacity including but not limited to as fiscal agent (collectively, the "Trustee") with respect to 28 issues of bonds, certificates of participation and other evidences of indebtedness issued by the City or its affiliates, has informed the City that pursuant to Bankruptcy Rule 3003(c)(5), the Trustee intends to file proofs of claim on behalf of the holders of the issues of bonds, certificates of participation and other evidences of indebtedness listed on the attached Exhibit A (collectively, the "Bonds"). **ACCORDINGLY, HOLDERS OF THE BONDS NEED NOT FILE A PROOF OF CLAIM FOR OBLIGATIONS REPRESENTED BY OR AMOUNTS DUE IN RESPECT OF THE BONDS.** The City believes that the Trustee will be providing notice to such holders concerning the filing of proofs of claim.

4. **SEPTEMBER 30, 2013 BAR DATE FOR GOVERNMENTAL UNITS:** The Bar Date **DOES NOT** apply to claims of governmental units (as such term is defined in the Bankruptcy Code), which claims may be timely filed on or before September 30, 2013 pursuant to § 502(b)(9) of the Bankruptcy Code.

### CONSEQUENCES OF FAILURE TO FILE PROOF OF CLAIM

Except with respect to the classes of creditors described above who are not compelled to file a proof of claim by the Bar Date, anyone who *fails* to file a proof of claim by the Bar Date shall be forever barred, estopped and enjoined from the following:

    (a) Asserting any claim against the City for any claim that arose prior to the Bar Date; or

    (b) Receiving a distribution on account of such claim under any plan of adjustment propounded by the City.

### PROCEDURES FOR FILING PROOFS OF CLAIM

*General Requirements for Proofs of Claim*

Proofs of claim must (i) be written in English; (ii) be denominated in lawful currency of the United States; and (iii) be signed by the actual claimant or by the claimant's authorized representative or agent.

1   Proofs of claim must include all documentation required by Bankruptcy Rules 3001(c)
2   and 3001(d), including a copy of any written document that forms the basis of the claim and, for
3   secured claims, evidence that the alleged security interest has been perfected. If documentation is
4   voluminous, attach a summary or provide an explanation as to why the missing documents are not
5   available.

*What, When and Where to File – Claimants Represented by Counsel*

Pursuant to Local Bankruptcy Rule 5005-1, claimants represented by counsel must file proofs of claim electronically. The preferred method for filing electronic proofs of claim is via ECF. Claimants represented by counsel may also file proofs of claim via the electronic proofs of claim filing system on the Bankruptcy Court's website (https://ecf.caeb.uscourts.gov/cgi-bin/autoFilingClaims.pl). Electronic proofs of claim will be deemed filed as of the date and time stated on the Notice of Electronic Filing issued by the Bankruptcy Court Clerk.

Proofs of claim filed by attorneys in paper form will be accepted by the clerk, but an attorney who files a proof of claim in paper rather than electronic form may be subject to sanctions pursuant to Local Bankruptcy Rule 5005-1(e).

*What, When and Where to File – Claimants Not Represented by Counsel*

Claimants not represented by counsel may file proofs of claim either in electronic form (via either ECF or the electronic proofs of claim filing system available at https://ecf.caeb.uscourts.gov/cgi-bin/autoFilingClaims.pl) or in paper form. Paper proofs of claim may be set forth on the attached Exhibit B (Official Form 10). Note again that all signed original paper proofs of claim (and attached documentation) must be filed with the Court **on or before the Bar Date of August 16, 2013**, or, in the case of claims by governmental units, on or before September 30, 2013. Paper proofs of claim may be filed by mail or delivery to the Court at the following address:

    Clerk
    United States Bankruptcy Court
    501 I Street, Suite 3-200
    Sacramento, CA 95814

- 4 -

NOTICE OF BAR DATES FOR CLAIMS OTHER THAN
CLAIMS BASED ON RETIREE HEALTH BENEFITS
AND EXECUTORY CONTRACTS OR LEASES

Case 12-32118   Filed 09/16/13   Doc 1109

1  For paper proofs of claims to be timely and properly filed, they must be received by the Court at
2  the above address. **Paper proofs of claim will be deemed filed only when actually received by**
3  **the Court**.
4      YOU SHOULD NOT FILE A PROOF OF CLAIM IF YOU DO NOT HAVE A
5  CLAIM AGAINST THE CITY.
6      THE FACT THAT YOU HAVE RECEIVED THIS NOTICE DOES NOT MEAN
7  THAT YOU HAVE A CLAIM OR THAT EITHER THE CITY OR THE COURT
8  BELIEVES THAT YOU HAVE A CLAIM.
9      THE CITY RECOMMENDS THAT YOU CONSULT AN ATTORNEY IF YOU
10 HAVE ANY QUESTIONS, INCLUDING WHETHER YOU SHOULD FILE A PROOF OF
11 CLAIM.
12     Questions concerning this Notice can be submitted electronically on the City's new
13 chapter 9 website (stocktonchapter9.com) or by calling (866) 205-3144 and leaving a message.
14 All questions will receive a prompt response.

16 Dated: June 13, 2013            MARC A. LEVINSON
                                   NORMAN C. HILE
17                                 PATRICK B. BOCASH
                                   Orrick, Herrington & Sutcliffe LLP

                                   By:     /s/ Marc A. Levinson
                                         MARC A. LEVINSON
                                         Attorneys for Debtor
                                         City of Stockton



OHSUSA:753623461.10            - 5 -     NOTICE OF BAR DATES FOR CLAIMS OTHER THAN
                                         CLAIMS BASED ON RETIREE HEALTH BENEFITS
                                         AND EXECUTORY CONTRACTS OR LEASES

9/4/2013                    xxxxx                     562013090423990

# Exhibit A

9/4/2013 xxxxx 562013090423990

Case 12-32118    Filed 09/16/13    Doc 1109

Bonds, Certificates of Participation, and Other Evidences of Indebtedness Issued by the City of Stockton or Its Affiliates

1. City of Stockton Revenue Certificates of Participation 1998 Series A (Wastewater System Project)

2. Stockton Public Financing Authority Reassessment Revenue Bonds (Arch Road and Stockton Business Park Assessment Districts) Series 1998, including claims related to those certain:

   a. Stockton Airport Business Park Ltd. Obligation Refunding Improvement Bonds Project 84-1 Phase IV, Series 229 (Local Obligation Bonds)

   b. Stockton Airport Business Park Ltd. Obligation Refunding Improvement Bonds Project 84-1 Phase V, Series 230 (Local Obligation Bonds)

   c. Stockton Airport Business Park Ltd. Obligation Refunding Improvement Bonds Project 84-1 Phase I, Series 231 (Local Obligation Bonds)

3. City of Stockton Certificates of Participation (Redevelopment Housing Projects) Series 2003A and Taxable Series 2003B

4. City of Stockton Camera Estates Community Facilities District No. 2003-1 Special Tax Bonds, Series 2003

5. City of Stockton Certificates of Participation 2003 Series A (Wastewater System Project)

6. City of Stockton Limited Obligation Improvement Bonds March Lane/Holman Assessment District 2003-1

7. City of Stockton Limited Obligation Improvement Bonds Mosher Assessment District 2003-02

8. City of Stockton Limited Obligation Improvement Bonds Waterford Estates East Phase II Assessment District 2003-03

9. Stockton Public Financing Authority Refunding Revenue Bonds (West Eighth Street Reassessment District)

10. Redevelopment Agency of the City of Stockton Revenue Bonds, Series 2004 (Stockton Events Center –Arena Project)

11. Stockton Public Financing Authority Lease Revenue Bonds, Series 2004 (Parking and Capital Projects)

12. Stockton Public Financing Authority 2005 Water Revenue Bonds, Series A (Water System Capital Improvement Project)

13. City of Stockton South Stockton Community Facilities District No. 90-1 2005 Special Tax Refunding Bonds

14. Stockton Public Financing Authority Refunding Revenue Bonds (2005 Assessment Districts Refinancing) Series A Senior Lien Bonds and Series B Subordinate Lien Bonds, including claims related to those certain:

   a. City of Stockton Limited Obligation Refunding Bond Blossom Ranch Assessment District No. 93-1 (Reassessment and Refunding of 2005)



b. City of Stockton Limited Obligation Refunding Bond La Morada Assessment District No. 96-4 (Reassessment and Refunding of 2005)

c. City of Stockton Limited Obligation Refunding Bond Morada North Assessment District No. 2002-01 (Reassessment and Refunding of 2005)

d. City of Stockton Limited Obligation Refunding Bond Morada Ranch Assessment District No. 2000-01 (Reassessment and Refunding of 2005)

e. City of Stockton Limited Obligation Refunding Bond Waterford Estates East Assessment District No. 2002-03 (Reassessment and Refunding of 2005)

15. City of Stockton Community Facilities District No. 90-2 (Brookside Estates) 2005 Special Tax Refunding Bonds

16. Stockton Public Financing Authority Revenue Bonds (Redevelopment Projects) 2006 Series A, Taxable Revenue Bonds (Redevelopment Projects) 2006 Series B and Taxable Revenue Bonds (Housing Projects) 2006 Series C

17. Stockton Public Financing Authority 2006 Lease Revenue Refunding Bonds, Series A

18. City of Stockton Community Facilities District No. 1 (Weston Ranch) Special Tax Refunding Bonds, Series 2006

19. City of Stockton Spanos Park West Community Facilities District No. 2001-1 Special Tax Refunding Bonds, Series 2006

20. City of Stockton Community Facilities District No. 2006-1 (Riverbend) Special Tax Bonds, Series 2006

21. City of Stockton Community Facilities District No. 2006-3 (Northbrook) Woodside Improvement Area 1 Special Tax Bonds, Series 2007

22. City of Stockton Arch Road East Community Facilities District No. 99-02 2007 Special Tax Bonds

23. Stockton Public Financing Authority Variable Rate Demand Lease Revenue Bonds, 2007 Series A and 2007 Series B (Taxable) (Building Acquisition Financing Project)

24. City of Stockton 2007 Taxable Pension Obligations Bonds, Series A and Series B

25. Stockton Public Financing Authority 2008 Refunding Revenue Bonds, including claims related to those certain:

a. City of Stockton Limited Obligation Refunding Bonds, Reassessment District No. 91-1R (Local Obligation Bonds)

b. Stockton Public Financing Authority Communities Facilities District No. 90-4 (Spanos Park) Special Tax Refunding Bonds (Local Obligation Bonds)

26. Stockton Public Financing Authority Lease Revenue Bonds, 2009 Series A (Capital Improvement Projects)



27. Stockton Public Financing Authority Water Revenue Bonds, Series 2009A (Tax Exempt) (Delta Water Supply Project) & Series 2009 B (Taxable Build America Bonds)

28. Stockton Public Financing Authority Variable Rate Demand Water Revenue Bonds, Series 2010A (Delta Water Supply Project)

29. $12,500,000 Financial Custodian Agreement for HUD Section 108 Loan Guarantee Assistance Program

30. $12,500,000 Financial Custodian Agreement for HUD Section 108 Loan Guarantee Assistance Program



9/4/2013        xxxxx        562013090423990

# Exhibit B

| UNITED STATES BANKRUPTCY COURT   Eastern District of California | | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor:<br><br>City of Stockton, California | Case Number:<br><br>12-32118 | |

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing. You may file a request for payment of an administrative expense according to 11 U.S.C. § 503.*

| Name of Creditor (The person or other entity to whom the debtor owes money or property):<br>**SEDGWICK** | COURT USE ONLY |
|---|---|
| Name and address where notices should be sent:<br>NID 40139-1-MSTR-8857    21181<br>SEDGWICK<br>P.O. BOX 14153<br>LEXINGTON, KY 40512<br><br>Telephone number:            email: | ☐ Check box to indicate that this claim amends a previously filed claim.<br><br>Court Claim Number: _____<br>*(If known)*<br><br>Filed On: _____ |
| Name and address where payment should be sent (if different from above):<br><br><br>Telephone number:            email: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars. |

Carefully read instructions included with this Proof of Claim before completing. In order to have your claim considered for payment and/or voting purposes, complete ALL applicable questions. The original of this Proof of Claim must be sent to: City of Stockton, c/o Clerk, United States Bankruptcy Court, 501 I Street, Suite 3-200, Sacramento, CA 95814 by August 16, 2013 or by September 30, 2013 for governmental entities.

**1. Amount of Claim as of Date Case Filed:**    $ _____

If all or part of your claim is secured, complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

**2. Basis for Claim:** _____
(See instruction #2)

| 3. Last four digits of any number by which creditor identifies debtor: | 3a. Debtor may have scheduled account as:<br><br>(See instruction #3a) | 3b. Uniform Claim Identifier (optional):<br><br>(See instruction #3b) |
|---|---|---|

**4. Secured Claim.**    (See instruction #4)

☐ Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

Nature of property or right of setoff:    ☐ Real Estate    ☐ Motor Vehicle    ☐ Other

Describe:

Value of Property: $ _____

Annual Interest Rate: _____%  ☐ Fixed  or  ☐ Variable
(when case was filed)

Amount of arrearage and other charges as of time case was filed included in secured claim, if any:

$ _____

Basis for perfection: _____

Amount Secured    $ _____

Amount Unsecured    $ _____

**5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a). If any portion of your claim falls in one of the following categories, check the box specifying the priority and state the amount.**

☐ Domestic support obligations under - 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $12,475*), earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier - 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

Amount entitled to priority:

$ _____

☐ Up to $2,775* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

*Amounts are subject to adjustment on 4/1/16 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Credits:**    The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

9/4/2013        XXXXX        56201309042 3990

B10 (Official Form 10) (04/13)

**7. Documents:** Attached are redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, security agreements, or, in the case of a claim based on an open-end or revolving consumer credit agreement, a statement providing the information required by FRBP 3001(c)(3)(A). If the claim is secure, box 4 has been completed and **redacted** copies of documents providing evidence of perfection of a security interest are attached. If the claim is secured by the debtor's principal residence, the Mortgage Proof of Claim Attachment is being filed with this claim.   *(See instruction #7 and definition of "redacted".)*
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

**8. Signature:**   (See instruction #8)
Check the appropriate box.

☐ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: _____
Title: _____
Company: _____
Address and telephone number (if different from notice address above)
_____
_____   (Signature)                                         (Date)

Telephone number:        email:

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

### INSTRUCTIONS FOR PROOF OF CLAIM FORM
*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases that are not filed voluntarily by a debtor, exceptions to these general rules may apply.*

**Items to be completed in Proof of Claim Form (if not already filled in)**

**Court, Name of Debtor, and Case Number:**
Fill in the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the debtor's full name, and the case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is at the top of the notice.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002 (g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the Bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on delivering health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information. You may be required to provide additional disclosure if an interested party objects to the claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**3b. Uniform Claim Identifier:**
I you use a uniform claim identifier, you may report it here. A uniform claim identifier is an optional 24-character identifier that certain large creditors use to facilitate electronic payment in chapter 13 cases.

**4. Secured Claim:**
Check whether the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See DEFINITIONS.) If the claim is secured, check the box for the nature and value of property that secures the claim, attach copies of lien documentation, and state, as of the date of the bankruptcy filing, the annual interest rate (and whether it is fixed or variable) and the amount past due on the claim.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a):**
If any portion of your claim falls into any category shown, check the appropriate box(es) and state the amount entitled to priority. (See DEFINITIONS). A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**
Attach redacted copies of any documents that show the debt exists and a lien secures the debt. You must also attach copies of documents that evidence perfection of any security interest and documents required by FRBP3001(c) for claims based on an open-end or revolving consumer credit agreement or secured by a security interest in the debtor's principal residence. You may also attach a summary in addition to the documents themselves. FRBP 3001(c) and (d). If the claim is based on the delivering health care goods or services, limit disclosing confidential health care information. Do not send original documents, as attachments may be destroyed after scanning.

**8. Date and Signature:**
The individual completing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2), authorizes courts to establish local rules specifying what constitutes a signature. If you sign this form, you declare under penalty of perjury that the information provided is true and correct to the best of your knowledge, information, and reasonable belief. Your signature is also a certification that the claim meets the requirements of FRBP 9011(b). Whether the claim is filed electronically or in person, if your name is on the signature line, you are responsible for the declaration. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. If the claims is filed by an authorized agent, attach a complete copy of any power of attorney, and provide both the name of the individual filing the claim and the name of the agent. If the authorized agent is a servicer, identify the corporate servicer as the company. Criminal penalties apply for making a false statement on a proof of claim.



9/4/2013                                         XXXXX                                         562013090423990

B10 (Official Form 10) (04/13)

--- DEFINITIONS ---

*Debtor*
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

*Creditor*
A creditor is a person, corporation, or other entity to whom debtor owes a debt that was incurred before the date of the bankruptcy filing. See 11 U.S.C. §101 (10).

*Claim*
A claim is the creditor's right to receive payment for a debt owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. § 101(5). A claim may be secured or unsecured.

*Proof of Claim*
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

*Secured Claim Under 11 U.S.C. §506(a)*
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to the other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car.

A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

*Unsecured Claim*
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

*Claim Entitled to Priority Under 11 U.S.C. §507(a)*
Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

*Redacted*
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor must only show the last four digits of any social-security, individual's tax-identification, or financial-account number, only the initials of a minor's name, and only the year of any person's date of birth. If the claim is based on the disclosure of the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information.

*Evidence of Perfection*
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

--- INFORMATION ---

*Acknowledgment of Filing of Claim*
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.usc.uscourts.gov) for a small fee to view your filed proof of claim.

*Offer to Purchase Claim*
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. §101 et seq.), and any applicable orders of the bankruptcy court.