# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# CIVIL MINUTES

| | | | |
|---|---|---|---|
| **Case Title :** | City of Stockton, California | **Case No :** | 12–32118 – C – 9 |
| | | **Date :** | 9/24/13 |
| | | **Time :** | 1:30 |
| **Matter :** | Status Conference – [1] – Chapter 9 Voluntary Petition. All Schedules and Statements filed. (dnes) | | |
| **Judge :** | Christopher M. Klein | | |
| **Courtroom Deputy :** | Danielle Hendricks | | |
| **Reporter :** | Diamond Reporters | | |
| **Department :** | C | | |

**APPEARANCES for :**
**Movant(s) :**
None
**Respondent(s) :**

          Debtor(s) Attorney – Marc Levinson, Pat Bocash
(by phone)  Creditor's Attorney – Debra Dandeneau, Nicolas DeLancie, Karol Denniston, Joshua Morse, Guy Neal, William Kannel, John Hansen
          Creditor's Attorney – Michael Gearin, Steven Felderstein, Donna Parkinson, Jerry Blaine

HEARING CONTINUED TO: 11/18/13 at 01:00 PM