**3**

MARC A. LEVINSON (STATE BAR NO. 57613)
malevinson@orrick.com
PATRICK B. BOCASH (STATE BAR NO. 262763)
pbocash@orrick.com
LESLEY M. DURMANN (STATE BAR NO. 274851)
ldurmann@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, California  95814-4497
Telephone:    +1-916-447-9200
Facsimile:    +1-916-329-4900

Attorneys for Debtor
City of Stockton

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re: | Case No.  2012-32118 |
| CITY OF STOCKTON, CALIFORNIA, | D.C. No.  OHS-10 |
| Debtor. | Chapter 9 |
| | **MOTION FOR ORDER SHORTENING NOTICE ON MOTION FOR ORDER (1) FIXING A NOVEMBER 26, 2013 BAR DATE FOR RETIREE HEALTH BENEFIT CLAIMS, (2) APPROVING FORM OF NOTICE OF BAR DATE, AND (3) REQUIRING CITY TO TRANSMIT NOTICE OF BAR DATE TO RETIREE HEALTH BENEFIT CLAIMANTS BY NO LATER THAN OCTOBER 18, 2013** |
| | Date:    October 7, 2013<br>Time:    10:00 a.m.<br>Dept:    Courtroom 35<br>Judge:   Hon. Christopher M. Klein |

1  The City of Stockton, California (the "City"), the debtor in the above-captioned case, respectfully moves (by this "Motion") for entry of an order shortening the notice period for the hearing on the City's Motion For Order (1) Fixing A November 26, 2013 Bar Date For Retiree Health Benefit Claims, (2) Approving Form Of Notice Of Bar Date, And (3) Requiring City To Transmit Notice Of Bar Date To Retiree Health Benefit Claimants By No Later Than October 18, 2013 (the "Retiree Health Bar Date Motion," establishing November 26, 2013 as the "Retiree Health Bar Date"), which motion the City is filing concurrently.  Pursuant to Local Rule 9014-1(f)(3), the Court can, for good cause shown, order that the amount of notice for a hearing be shortened to fewer than 14 days.  The City respectfully represents that good cause exists to shorten notice of the hearing on the Retiree Health Bar Date Motion from 14 days to 5 days.

At a status conference on September 24, 2013, the Court indicated that it would be willing to shorten notice on the Retiree Health Bar Date Motion.  Since September 24, the City has conferred with the Official Committee of Retirees (the "Retirees Committee") regarding the setting of a bar date by which retiree health benefit claimants may file proofs of claim for their retiree health benefit claims in amounts different from those calculated by the City's health insurance actuary.  The City has prepared a proposed notice of the Retiree Health Bar Date and has shared it with the Retirees Committee.  Consistent with the Retirees Committee's By-Laws, the chairperson of the Retirees Committee has reviewed, suggested revisions to, and approved the City's proposed notice of the Retiree Health Bar Date.

The time spent soliciting and incorporating revisions to the proposed notice of the Retiree Health Bar Date resulted in the City now seeking this order to shorten the notice period from 14 days to 5 days.  It also constitutes good cause to shorten the notice period, because the City believes that it preserved time and resources by obtaining the Retirees Committee's approval of the Retiree Health Bar Date notice prior to submitting the notice for the Court's review.

///

///

///

///

Case 12-32118    Filed 10/02/13    Doc 1121

For the foregoing reasons, the City believes that cause exists to grant the City an order shortening the notice period on the Retiree Health Bar Date Motion such that the Retiree Health Bar Date Motion will be heard on October 7, 2013, at 10:00 a.m.

Dated: October 2, 2013

MARC A. LEVINSON
PATRICK B. BOCASH
LESLEY M. DURMANN
Orrick, Herrington & Sutcliffe LLP

By: _____*/s/ Marc A. Levinson*_____
MARC A. LEVINSON
Attorneys for Debtor
City of Stockton