1  Philip J. Rhodes, State Bar No. 161537
   PHIL RHODES LAW CORPORATION
2  P.O. Box 2911
   Fair Oaks, CA  95628
3  (916) 295-1222
   (916) 720-0403 (facsimile)
4  pjrhodes@philrhodeslaw.com

5  Attorney for 7th Inning Stretch, LLC

6

7              UNITED STATES BANKRUPTCY COURT

8              EASTERN DISTRICT OF CALIFORNIA

9  In re:                              Case No. 12-32118

10 CITY OF STOCKTON, CALIFORNIA,        DCNo.  PJR-001

11         Debtor.                      **ORDER FOR EXAMINATION UNDER RULE 2004 OF THE CITY OF STOCKTON, CALIFORNIA**
12
                                        [No hearing required]
13

14

15     Pursuant to the application of 7th Inning Stretch, and for good cause,

16     **IT IS HEREBY ORDERED** that 7th Inning Stretch may conduct the examination under Rule

17 2004 of the City of Stockton upon notice as provided by applicable law.

18 Dated: October 21, 2013              By the Court

19

20

21                                      Ronald H. Sargis, Judge
                                        United States Bankruptcy Court
22

RECEIVED
October 18, 2013
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0004996735

1