**FILED**

OCT 28 2013

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 12-32118-C-9 |
| CITY OF STOCKTON, CALIFORNIA, | DC No. OHS-14 |
| Debtor(s). | |

**ORDER ON MOTION TO COMPEL PRODUCTION OF DOCUMENTS**

IT IS ORDERED that the motion to compel production of documents is GRANTED.

IT IS FURTHER ORDERED that a further hearing on the motion shall be held on November 5, 2013, at 9:30 a.m. for the limited purpose of considering protection of confidential information of Seventh Inning Stretch, LLC, and a date certain for production of the requested information.

Dated: October 28, 2013.

_____
UNITED STATES BANKRUPTCY JUDGE

**INSTRUCTIONS TO CLERK OF COURT**
**SERVICE LIST**

The Clerk of Court is instructed to send the attached document, via the BNC, to the following parties:

Marc A. Levinson
400 Capitol Mall #3000
Sacramento CA 95814-4407

Philip J. Rhodes
PO Box 2911
Fair Oaks CA 95628