MARC A. LEVINSON (STATE BAR NO. 57613)
malevinson@orrick.com
NORMAN C. HILE (STATE BAR NO. 57299)
nhile@orrick.com
PATRICK B. BOCASH (STATE BAR NO. 262763)
pbocash@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, California 95814-4497
Telephone:  +1-916-447-9200
Facsimile:  +1-916-329-4900

Attorneys for Debtor
City of Stockton, California

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re: | Case No.  2012-32118 |
| CITY OF STOCKTON, CALIFORNIA, | D.C. No.  OHS-11 |
| Debtor. | Chapter 9 |
| | **CITY'S RESPONSE TO WELLS FARGO BANK'S OBJECTION TO DISCLOSURE STATEMENT** |
| | Date:  November 18, 2013<br>Time:  1:00 p.m.<br>Dept:  Courtroom 35<br>Judge:  Hon. Christopher M. Klein |

In its motion for approval of the disclosure statement [Dkt. No. 1137], the City encouraged creditors and parties in interest to promptly comment on the documents rather than wait to file formal objections on or prior to the November 7 objection deadline. Several did so, including Wells Fargo Bank, in its capacity as indenture trustee ("Wells Fargo"). Wells Fargo also filed an opposition to the proposed disclosure statement ("Wells Fargo Objection"). [Dkt. No. 1193].

In light of the informal comments received from Wells Fargo and others, in light of the Wells Fargo Objection and the one other objection to the proposed disclosure statement, and in light of the many discussions and exchanges of emails during the past two weeks, the City has

created an amended plan of adjustment and an amended disclosure statement ("Amended Plan" and "Amended Disclosure Statement"), which, along with redlined versions showing the changes from the documents filed on October 10, the City will be filing prior to or within a few days after the November 18 hearing on approval of the disclosure statement.

Based on the discussions among Wells Fargo, the City, Ambac, Assured Guaranty, and National Public Finance Guaranty, the City believes the points raised in the Wells Fargo Objection have been resolved by changes that will be incorporated in the Amended Disclosure Statement. Thus, the City will not otherwise respond to the Wells Fargo Objection.

Dated: November 13, 2013

MARC A. LEVINSON
NORMAN C. HILE
PATRICK B. BOCASH
Orrick, Herrington & Sutcliffe LLP

By: */s/ Marc A. Levinson*
MARC A. LEVINSON
Attorneys for Debtor
City of Stockton