**3**

MARC A. LEVINSON (STATE BAR NO. 57613)
malevinson@orrick.com
NORMAN C. HILE (STATE BAR NO. 57299)
nhile@orrick.com
PATRICK B. BOCASH (STATE BAR NO. 262763)
pbocash@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, California  95814-4497
Telephone:    +1-916-447-9200
Facsimile:    +1-916-329-4900

Attorneys for Debtor
City of Stockton

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>CITY OF STOCKTON, CALIFORNIA,<br><br>Debtor. | Case No.  2012-32118<br><br>D.C. No.  OHS-11<br><br>Chapter 9<br><br>**FINDINGS AND CONCLUSIONS RE ORDER (1) APPROVING MODIFIED DISCLOSURE STATEMENT WITH RESPECT TO FIRST AMENDED PLAN FOR THE ADJUSTMENT OF DEBTS OF CITY OF STOCKTON, CALIFORNIA (NOVEMBER 15, 2013); (2) SETTING CONFIRMATION PROCEDURES; ETC.**<br><br>Date:       November 18, 2013<br>Time:       1:00 p.m.<br>Dept:        Courtroom 35<br>Judge:      Hon. Christopher M. Klein |

RECEIVED
November 21, 2013
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0005034763

5397033.3

Having considered the Motion For An Order Approving Disclosure Statement With Respect To The Plan For The Adjustment Of Debts Of City Of Stockton, California Dated October 10, 2013, And Setting Confirmation Procedures, Dkt. No. 1137 ("Motion"), the City's First Amended Plan For The Adjustment Of Debts Of City Of Stockton, California (November 15, 2013), Dkt. No. 1204 ("Plan" filed by the "City"), the City's Disclosure Statement With Respect To First Amended Plan For The Adjustment Of Debts Of City Of Stockton, California (November 15, 2013), Dkt. No. 1205, and the City's Modified Disclosure Statement With Respect To First Amended Plan For The Adjustment Of Debts Of City Of Stockton, California (November 15, 2013), Dkt. No. 1215 ("Modified Disclosure Statement"), and good cause appearing therefor, the Court announced its ruling granting the Motion at the hearing on the Motion conducted on November 18, 2013. The Court is issuing contemporaneously herewith the Order (1) Approving Modified Disclosure Statement With Respect To The First Amended Plan For The Adjustment Of Debts Of City Of Stockton, California (November 15, 2013); (2) Setting Confirmation Procedures; and (3) Scheduling Filing Dates And The Confirmation Hearing (the "Order").

Although the Court announced the reasons for its rulings from the bench, pursuant to Bankruptcy Rules 7052 and 9014, the Court also finds and concludes as follows:

    A.    The Modified Disclosure Statement contains adequate information of a kind, and in sufficient detail, that would enable a typical holder of claims in a class impaired under the Plan to make an informed judgment with respect to the Plan, within the meaning of 11 U.S.C. § 1125;

    B.    The forms of ballots, substantially in the form attached to the Order as Exhibit A, are sufficiently consistent with Official Form No. 14, adequately address the particular needs of this case, and are appropriate for each Class entitled to vote on the Plan;

    C.    The period, set as described in the Order, during which the City may solicit votes on the Plan is a reasonable period of time for entities entitled to vote on the Plan to make an informed decision to either accept or reject the Plan;

/ / /

/ / /

- 2 -

OHSUSA:755397033.3

FINDINGS/CONCLUSIONS RE ORDER APPROVING MODIFIED DISCLOSURE STATEMENT, SETTING CONFIRMATION PROCEDURES, ETC.

D. The procedures for the solicitation and tabulation of votes to accept or reject the Plan as set forth in the Order provide for a fair and equitable voting process and are consistent with 11 U.S.C. § 1126; and

E. The procedures set forth in the Order regarding notice to parties in interest of the time, date, and place of the hearing to consider confirmation of the Plan and the filing of objections thereto, and the distribution and contents of the Solicitation Packages (as described in the Order), comply with Bankruptcy Rules 2002 and 3017, and constitute sufficient notice to all interested parties.

Dated: November 22, 2013

_____
United States Bankruptcy Judge

OHSUSA:755397033.3                - 3 -                FINDINGS/CONCLUSIONS RE ORDER APPROVING MODIFIED DISCLOSURE STATEMENT, SETTING CONFIRMATION PROCEDURES, ETC.