# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# CIVIL MINUTES

| | | | |
|---|---|---|---|
| **Case Title :** | City of Stockton, California | **Case No :** | 12–32118 – C – 9 |
| | | **Date :** | 12/4/13 |
| | | **Time :** | 1:30 |

**Matter :** Status Conference – [1] – Chapter 9 Voluntary Petition. All Schedules and Statements filed. (dnes)

**Judge :** Christopher M. Klein
**Courtroom Deputy :** Danielle Hendricks
**Reporter :** Diamond Reporters
**Department :** C

**APPEARANCES for :**
**Movant(s) :**
None
**Respondent(s) :**
  Debtor(s) Attorney – Marc A. Levinson
  Creditor's Attorney – Christina Craige (phone), Debra Dandeneau (phone), Marcia Goldstein (phone), Adrienne Walker (phone), James Johnston, Joshua Morse, Stephen Lerner, Margaret Garms, Michael Gearin, Jennifer Niemann

HEARING CONTINUED TO: 3/5/14 at 10:00 AM


ORDER TO BE PREPARED BY: Marc Levinson


ORDER TO BE APPROVED BY: James Johnston, Adrienne Walker, Michael Gearin, Christina Craige, Debra Dandeneau, Marcia Goldstein