**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Name, Address, Telephone Numbers and California State Bar Number (if applicable)<br>Walter R. Dahl, CSB 102186<br>Dahl Law, Attorneys At Law<br>2304 "N" Street<br>Sacramento, CA 95816<br>Attorney for: C. C. Myers, Inc. | **REQUEST TO BE ADDED OR REMOVED FROM COURTESY ELECTRONIC NOTIFICATION** |
| In re: City of Stockton<br><br>Debtor(s). | Bankruptcy Case No.: 12-32118-C-9 |

*The following additional information is required when filing this form in an adversary proceeding.*

| | |
|---|---|
| v.<br>Plaintiff(s),<br><br>Defendant(s). | Adversary Proceeding No.: |

To the Clerk of the U.S. Bankruptcy Court:

*[Mark the appropriate check box below.]*

☐ **Request for Courtesy Electronic Notification**.  I hereby request courtesy electronic notification of documents filed in the above-referenced case/proceeding.  I understand that courtesy electronic notification will be delivered by the Court's Electronic Filing (e-Filing) system as a Notice of Electronic Filing (NEF), and that I must be a registered user of the Court's e-Filing system to be eligible to receive courtesy NEFs.

I further understand that this request ***DOES NOT*** impose any obligation on the Court, the debtors, or any other party in the case/proceeding to deliver by mail, telephone, facsimile, or other means of electronic transmission, courtesy copies of any orders, pleadings, or other documents entered on the docket in this case/proceeding.

☑ **Request for Removal from Courtesy Electronic Notification**.  I no longer wish to receive Notices of Electronic Filing (NEFs) for documents filed in the above-referenced case/proceeding and hereby request removal from courtesy electronic notification.

Dated: 29-Apr-2014

Signed: /s/ Walter R. Dahl
Printed Name: Walter R. Dahl

EDC 3-320 (Rev. 4/25/12)