10

| | |
|---|---|
| James O. Johnston (SBN 167330)<br>Charlotte S. Wasserstein (SBN 279442)<br>JONES DAY<br>555 South Flower Street, 50th Floor<br>Los Angeles, CA 90071<br>Telephone:    (213) 489-3939<br>Facsimile:     (213) 243-2539<br>Email: jjohnston@jonesday.com<br>         cswasserstein@jonesday.com | Joshua D. Morse (SBN 211050)<br>JONES DAY<br>555 California Street, 26th Floor<br>San Francisco, CA 94104<br>Telephone:    (415) 626-3939<br>Facsimile:     (415) 875-5700<br>Email: jmorse@jonesday.com |

*Attorneys for Franklin High Yield Tax-Free Income Fund and Franklin California High Yield Municipal Fund*

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>CITY OF STOCKTON, CALIFORNIA,<br><br>Debtor. | Case No. 12-32118 (CMK)<br><br>Chapter 9<br><br>Adv. Proceeding No. 13-02315-C |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, FRANKLIN HIGH YIELD TAX-FREE INCOME FUND, AND FRANKLIN CALIFORNIA HIGH YIELD MUNICIPAL FUND,<br><br>Plaintiffs.<br><br>v.<br><br>CITY OF STOCKTON, CALIFORNIA,<br><br>Defendant. | **OBJECTIONS OF FRANKLIN HIGH YIELD TAX-FREE INCOME FUND AND FRANKLIN CALIFORNIA HIGH YIELD MUNICIPAL FUND TO CITY OF STOCKTON'S EXHIBIT LIST FOR THE EVIDENTIARY HEARING IN THE CASE AND THE TRIAL IN THE PROCEEDING**<br><br>Date:   May 12, 2014<br>Time:   9:30 a.m.<br>Dept:   C, Courtroom 35<br>Judge:  Hon. Christopher M. Klein |

Pursuant to the *Order Governing The Disclosure And Use Of Discovery Information And Scheduling Dates Related To The Trial In The Adversary Proceeding And Any Evidentiary Hearing Regarding Confirmation Of Proposed Plan Of Adjustment* [Docket No. 1224 / Adv. Pro. Docket No. 16], as amended by the *Order Modifying Order Governing The Disclosure And Use Of Discovery Information And Scheduling Dates Related To The Trial In The Adversary Proceeding And Any Evidentiary Hearing Regarding Confirmation Of Proposed Plan Of Adjustment* [Docket No. 1242 / Adv. Pro. Docket No. 18], Franklin High Yield Tax-Free Income Fund and Franklin California High Yield Municipal Fund (collectively, "Franklin") respectfully submit the following objections to the *City of Stockton's Exhibit List For The Evidentiary Hearing In The Case And The Trial In The Proceeding*, served on April 25, 2014 (the "Exhibit List").

Under the terms and conditions of the Scheduling Order, the City and Franklin exchanged, but did not file, exhibit lists, objections to such exhibit lists and responses to such objections. Because the items on the Exhibit List not related to the eligibility litigation are comprised solely of the City's various Direct Testimony Declarations (and exhibits thereto), and Franklin believes that certain testimony included therein to be objectionable, Franklin's objections to the Exhibit List are limited to the sole extent of its pending objections to the various Direct Testimony Declarations (and certain exhibits thereto), which were filed, pursuant to the Scheduling Order on April 25, 2014.

Despite numerous good faith attempts to resolve Franklin's objections to the Exhibit List (and therefore Franklin's objections to the various Direct Testimony Declarations), the City and Franklin have been unable to reach a consensual agreement to the satisfaction of both Parties. Accordingly, Franklin submits these Objections to the Court so that they can be resolved at the Hearing and Trial, which are scheduled to begin on May 12, 2014, including the following:

| Trial Ex. | Docket No. | Date | Description | Grounds For Objection | City's Response |
|---|---|---|---|---|---|
| 3040 | 1387 (Case) 86 (Adv.) | 4/21/14 | Direct Testimony Declaration of Patrick B. Bocash in Support of Confirmation of First Amended Plan for the Adjustment of Debts of City of Stockton, California (November 15, 2013) | Franklin incorporates by reference herein its *Evidentiary Objections To Direct Testimony Declaration Of Patrick V. Bocash in Support of Confirmation of First Amended Plan for the Adjustment of Debts of City of Stockton, California (November 15, 2013)* [Docket No. 1410 / Adv. Pro. No. 99] | The City incorporates by reference its *Response To Franklin's Evidentiary Objections To Direct Testimony Declaration Of Patrick B. Bocash in Support of Confirmation of First Amended Plan for the Adjustment of Debts of City of Stockton, California (November 15, 2013)* [Docket No. 1468 / Adv. Pro. No. 138] |
| 3041 | 1393 (Case) 87 (Adv.) | 4/21/14 | Exhibits D Through G to the Direct Testimony Declaration of Patrick B. Bocash in Support of Confirmation of First Amended Plan for the Adjustment of Debts of City of Stockton, California (November 15, 2013) | Franklin incorporates by reference herein its *Evidentiary Objections To Direct Testimony Declaration Of Patrick V. Bocash in Support of Confirmation of First Amended Plan for the Adjustment of Debts of City of Stockton, California (November 15, 2013)* [Docket No. 1410 / Adv. Pro. No. 99] | The City incorporates by reference its *Response To Franklin's Evidentiary Objections To Direct Testimony Declaration Of Patrick B. Bocash in Support of Confirmation of First Amended Plan for the Adjustment of Debts of City of Stockton, California (November 15, 2013)* [Docket No. 1468 / Adv. Pro. No. 138] |
| 3042 | 1394 (Case) 88 (Adv.) | 4/21/14 | Exhibits H Through L to the Direct Testimony Declaration of Patrick B. Bocash in Support of Confirmation of First Amended Plan for the Adjustment of Debts of City of Stockton, California (November 15, 2013) | Franklin incorporates by reference herein its *Evidentiary Objections To Direct Testimony Declaration Of Patrick V. Bocash in Support of Confirmation of First Amended Plan for the Adjustment of Debts of City of Stockton, California (November 15, 2013)* [Docket No. 1410 / Adv. Pro. No. 99] | The City incorporates by reference its *Response To Franklin's Evidentiary Objections To Direct Testimony Declaration Of Patrick B. Bocash in Support of Confirmation of First Amended Plan for the Adjustment of Debts of City of Stockton, California (November 15, 2013)* [Docket No. 1468 / Adv. Pro. No. 138] |
| 3043 | 1366 (Case) 61 (Adv.) | 4/21/14 | Direct Testimony Declaration of Vanessa Burke in Support of Confirmation of First Amended Plan for the Adjustment of Debts of City of Stockton, California (November 15, 2013) | Franklin incorporates by reference herein its *Evidentiary Objections To Direct Testimony Declaration Of Vanessa Burke in Support of Confirmation of First Amended Plan for the Adjustment of Debts of City of Stockton, California (November 15, 2013)* [Docket No. 1411 / Adv. Pro. No. 100] | The City incorporates by reference its *Response To Franklin's Evidentiary Objections To Direct Testimony Declaration Of Vanessa Burke in Support of Confirmation of First Amended Plan for the Adjustment of Debts of City of Stockton, California (November 15, 2013)* [Docket No. 1474 / Adv. Pro. No. 144] |

| Trial Ex. | Docket No. | Date | Description | Grounds For Objection | City's Response |
|---|---|---|---|---|---|
| 3044 | 1395 (Case) 89 (Adv.) | 4/21/14 | Direct Testimony Declaration of Michael Cera Rebutting Expert Report of Frederick E. Chin | Franklin incorporates by reference herein its *Evidentiary Objections To Direct Testimony Declaration Of Michael Cera Rebutting Report of Frederick E. Chin* [Docket No. 1412 / Adv. Pro. No. 101] | The City incorporates by reference its *Response To Franklin's Evidentiary Objections To Direct Testimony Declaration Of Michael Cera Rebutting Report of Frederick E. Chin* [Docket No. 1464 / Adv. Pro. No. 134] |
| 3045 | 1384 (Case) 79 (Adv.) | 4/21/14 | Direct Testimony Declaration of Stephen Chase in Support of Confirmation of First Amended Plan for the Adjustment of Debts of City of Stockton, California (November 15, 2013) | Franklin incorporates by reference herein its *Evidentiary Objections To Direct Testimony Declaration Of Stephen Chase in Support of Confirmation of First Amended Plan for the Adjustment of Debts of City of Stockton, California (November 15, 2013)* [Docket No. 1413 / Adv. Pro. No. 102] | The City incorporates by reference its *Response To Franklin's Evidentiary Objections To Direct Testimony Declaration Of Stephen Chase in Support of Confirmation of First Amended Plan for the Adjustment of Debts of City of Stockton, California (November 15, 2013)* [Docket No. 1471 / Adv. Pro. No. 141] |
| 3046 | 1368 (Case) 63 (Adv.) | 4/21/14 | Direct Testimony Declaration of Robert Deis in Support of Confirmation of First Amended Plan for the Adjustment of Debts of City of Stockton, California (November 15, 2013) | Franklin incorporates by reference herein its *Evidentiary Objections To Direct Testimony Declaration Of Robert Deis in Support of Confirmation of First Amended Plan for the Adjustment of Debts of City of Stockton, California (November 15, 2013)* [Docket No. 1414 / Adv. Pro. No. 103] | The City incorporates by reference its *Response To Franklin's Evidentiary Objections To Direct Testimony Declaration Of Robert Deis in Support of Confirmation of First Amended Plan for the Adjustment of Debts of City of Stockton, California (November 15, 2013)* [Docket No. 1469 / Adv. Pro. No. 139] |
| 3047 | 1369 (Case) 64 (Adv.) | 4/21/14 | Direct Testimony Declaration of Kenneth Dieker in Support of Confirmation of First Amended Plan for the Adjustment of Debts of City of Stockton, California (November 15, 2013) | Franklin incorporates by reference herein its *Evidentiary Objections To Direct Testimony Declaration Of Kenneth Dieker in Support of Confirmation of First Amended Plan for the Adjustment of Debts of City of Stockton, California (November 15, 2013)* [Docket No. 1415 / Adv. Pro. No. 104] | The City incorporates by reference its *Response To Franklin's Evidentiary Objections To Direct Testimony Declaration Of Kenneth Dieker in Support of Confirmation of First Amended Plan for the Adjustment of Debts of City of Stockton, California (November 15, 2013)* [Docket No. 1462 / Adv. Pro. No.132 |

| Trial Ex. | Docket No. | Date | Description | Grounds For Objection | City's Response |
|---|---|---|---|---|---|
| 3048 | 1370 (Case) 65 (Adv.) | 4/21/14 | Exhibits A-2 Through C to the Direct Testimony Declaration of Kenneth Dieker in Support of Confirmation of First Amended Plan for the Adjustment of Debts of City of Stockton, California (November 15, 2013) | Franklin incorporates by reference herein its *Evidentiary Objections To Direct Testimony Declaration Of Kenneth Dieker in Support of Confirmation of First Amended Plan for the Adjustment of Debts of City of Stockton, California (November 15, 2013)* [Docket No. 1415 / Adv. Pro. No. 104] | The City incorporates by reference its *Response To Franklin's Evidentiary Objections To Direct Testimony Declaration Of Kenneth Dieker in Support of Confirmation of First Amended Plan for the Adjustment of Debts of City of Stockton, California (November 15, 2013)* [Docket No. 1462 / Adv. Pro. No. 132] |
| 3049 | 1371 (Case) 66 (Adv.) | 4/21/14 | Exhibit D-1 to the Direct Testimony Declaration of Kenneth Dieker in Support of Confirmation of First Amended Plan for the Adjustment of Debts of City of Stockton, California (November 15, 2013) | Franklin incorporates by reference herein its *Evidentiary Objections To Direct Testimony Declaration Of Kenneth Dieker in Support of Confirmation of First Amended Plan for the Adjustment of Debts of City of Stockton, California (November 15, 2013)* [Docket No. 1415 / Adv. Pro. No. 104] | The City incorporates by reference its *Response To Franklin's Evidentiary Objections To Direct Testimony Declaration Of Kenneth Dieker in Support of Confirmation of First Amended Plan for the Adjustment of Debts of City of Stockton, California (November 15, 2013)* [Docket No. 1462 / Adv. Pro. No.132] |
| 3050 | 1372 (Case) 67 (Adv.) | 4/21/14 | Exhibit D-2 to the Direct Testimony Declaration of Kenneth Dieker in Support of Confirmation of First Amended Plan for the Adjustment of Debts of City of Stockton, California (November 15, 2013) | Franklin incorporates by reference herein its *Evidentiary Objections To Direct Testimony Declaration Of Kenneth Dieker in Support of Confirmation of First Amended Plan for the Adjustment of Debts of City of Stockton, California (November 15, 2013)* [Docket No. 1415 / Adv. Pro. No. 104] | The City incorporates by reference its *Response To Franklin's Evidentiary Objections To Direct Testimony Declaration Of Kenneth Dieker in Support of Confirmation of First Amended Plan for the Adjustment of Debts of City of Stockton, California (November 15, 2013)* [Docket No. 1462 / Adv. Pro. No.132] |
| 3051 | 1373 (Case) 68 (Adv.) | 4/21/14 | Exhibit D-3 to the Direct Testimony Declaration of Kenneth Dieker in Support of Confirmation of First Amended Plan for the Adjustment of Debts of City of Stockton, California (November 15, 2013) | Franklin incorporates by reference herein its *Evidentiary Objections To Direct Testimony Declaration Of Kenneth Dieker in Support of Confirmation of First Amended Plan for the Adjustment of Debts of City of Stockton, California (November 15, 2013)* [Docket No. 1415 / Adv. Pro. No. 104] | The City incorporates by reference its *Response To Franklin's Evidentiary Objections To Direct Testimony Declaration Of Kenneth Dieker in Support of Confirmation of First Amended Plan for the Adjustment of Debts of City of Stockton, California (November 15, 2013)* [Docket No. 1462 / Adv. Pro. No.132] |

| Trial Ex. | Docket No. | Date | Description | Grounds For Objection | City's Response |
|---|---|---|---|---|---|
| 3052 | 1374 (Case) 69 (Adv.) | 4/21/14 | Exhibit D-4 to the Direct Testimony Declaration of Kenneth Dieker in Support of Confirmation of First Amended Plan for the Adjustment of Debts of City of Stockton, California (November 15, 2013) | Franklin incorporates by reference herein its *Evidentiary Objections To Direct Testimony Declaration Of Kenneth Dieker in Support of Confirmation of First Amended Plan for the Adjustment of Debts of City of Stockton, California (November 15, 2013)* [Docket No. 1415 / Adv. Pro. No. 104] | The City incorporates by reference its *Response To Franklin's Evidentiary Objections To Direct Testimony Declaration Of Kenneth Dieker in Support of Confirmation of First Amended Plan for the Adjustment of Debts of City of Stockton, California (November 15, 2013)* [Docket No. 1462 / Adv. Pro. No.132] |
| 3053 | 1375 (Case) 70 (Adv.) | 4/21/14 | Exhibit E to the Direct Testimony Declaration of Kenneth Dieker in Support of Confirmation of First Amended Plan for the Adjustment of Debts of City of Stockton, California (November 15, 2013) | Franklin incorporates by reference herein its *Evidentiary Objections To Direct Testimony Declaration Of Kenneth Dieker in Support of Confirmation of First Amended Plan for the Adjustment of Debts of City of Stockton, California (November 15, 2013)* [Docket No. 1415 / Adv. Pro. No. 104] | The City incorporates by reference its *Response To Franklin's Evidentiary Objections To Direct Testimony Declaration Of Kenneth Dieker in Support of Confirmation of First Amended Plan for the Adjustment of Debts of City of Stockton, California (November 15, 2013)* [Docket No. 1462 / Adv. Pro. No.132] |
| 3054 | 1376 (Case) 71 (Adv.) | 4/21/14 | Exhibits F Through G to the Direct Testimony Declaration of Kenneth Dieker in Support of Confirmation of First Amended Plan for the Adjustment of Debts of City of Stockton, California (November 15, 2013) | Franklin incorporates by reference herein its *Evidentiary Objections To Direct Testimony Declaration Of Kenneth Dieker in Support of Confirmation of First Amended Plan for the Adjustment of Debts of City of Stockton, California (November 15, 2013)* [Docket No. 1415 / Adv. Pro. No. 104] | The City incorporates by reference its *Response To Franklin's Evidentiary Objections To Direct Testimony Declaration Of Kenneth Dieker in Support of Confirmation of First Amended Plan for the Adjustment of Debts of City of Stockton, California (November 15, 2013)* [Docket No. 1462 / Adv. Pro. No.132] |
| 3055 | 1381 (Case) 75 (Adv.) | 4/21/14 | Direct Testimony Declaration of Ann Goodrich in Support of Confirmation of First Amended Plan for the Adjustment of Debts of City of Stockton, California (November 15, 2013) | Franklin incorporates by reference herein its *Evidentiary Objections To Direct Testimony Declaration Of Ann Goodrich in Support of Confirmation of First Amended Plan for the Adjustment of Debts of City of Stockton, California (November 15, 2013)* [Docket No. 1416 / Adv. Pro. No. 105] | The City incorporates by reference its *Response To Franklin's Evidentiary Objections To Direct Testimony Declaration Of Ann Goodrich in Support of Confirmation of First Amended Plan for the Adjustment of Debts of City of Stockton, California (November 15, 2013)* [Docket No. 1461 / Adv. Pro. No. 131] |

| Trial Ex. | Docket No. | Date | Description | Grounds For Objection | City's Response |
|---|---|---|---|---|---|
| 3057 | 1388 (Case) 81 (Adv.) | 4/21/14 | Direct Testimony Declaration of Robert Leland in Support of Confirmation of First Amended Plan for the Adjustment of Debts of City of Stockton, California (November 15, 2013) | Franklin incorporates by reference herein its *Evidentiary Objections To Direct Testimony Declaration Of Robert Leland in Support of Confirmation of First Amended Plan for the Adjustment of Debts of City of Stockton, California (November 15, 2013)* [Docket No. 1418 / Adv. Pro. No. 107] | The City incorporates by reference its *Response To Franklin's Evidentiary Objections To Direct Testimony Declaration Of Robert Leland in Support of Confirmation of First Amended Plan for the Adjustment of Debts of City of Stockton, California (November 15, 2013)* [Docket No. 1463 / Adv. Pro. No. 133] |
| 3058 | 1389 (Case) 82 (Adv.) | 4/21/14 | Exhibits E Through K to the Direct Testimony Declaration of Robert Leland in Support of Confirmation of First Amended Plan for the Adjustment of Debts of City of Stockton, California (November 15, 2013) | Franklin incorporates by reference herein its *Evidentiary Objections To Direct Testimony Declaration Of Robert Leland in Support of Confirmation of First Amended Plan for the Adjustment of Debts of City of Stockton, California (November 15, 2013)* [Docket No. 1418 / Adv. Pro. No. 107] | The City incorporates by reference its *Response To Franklin's Evidentiary Objections To Direct Testimony Declaration Of Robert Leland in Support of Confirmation of First Amended Plan for the Adjustment of Debts of City of Stockton, California (November 15, 2013)* [Docket No. 1463 / Adv. Pro. No. 133] |
| 3059 | 1390 (Case) 83 (Adv.) | 4/21/14 | Exhibits L Through M to the Direct Testimony Declaration of Robert Leland in Support of Confirmation of First Amended Plan for the Adjustment of Debts of City of Stockton, California (November 15, 2013) | Franklin incorporates by reference herein its *Evidentiary Objections To Direct Testimony Declaration Of Robert Leland in Support of Confirmation of First Amended Plan for the Adjustment of Debts of City of Stockton, California (November 15, 2013)* [Docket No. 1418 / Adv. Pro. No. 107] | The City incorporates by reference its *Response To Franklin's Evidentiary Objections To Direct Testimony Declaration Of Robert Leland in Support of Confirmation of First Amended Plan for the Adjustment of Debts of City of Stockton, California (November 15, 2013)* [Docket No. 1463 / Adv. Pro. No. 133] |
| 3060 | 1391 (Case) 84 (Adv.) | 4/21/14 | Exhibit N to the Direct Testimony Declaration of Robert Leland in Support of Confirmation of First Amended Plan for the Adjustment of Debts of City of Stockton, California (November 15, 2013) | Franklin incorporates by reference herein its *Evidentiary Objections To Direct Testimony Declaration Of Robert Leland in Support of Confirmation of First Amended Plan for the Adjustment of Debts of City of Stockton, California (November 15, 2013)* [Docket No. 1418 / Adv. Pro. No. 107] | The City incorporates by reference its *Response To Franklin's Evidentiary Objections To Direct Testimony Declaration Of Robert Leland in Support of Confirmation of First Amended Plan for the Adjustment of Debts of City of Stockton, California (November 15, 2013)* [Docket No. 1463 / Adv. Pro. No. 133] |

| Trial Ex. | Docket No. | Date | Description | Grounds For Objection | City's Response |
|---|---|---|---|---|---|
| 3061 | 1392 (Case) 85 (Adv.) | 4/21/14 | Exhibits O Through R to the Direct Testimony Declaration of Robert Leland in Support of Confirmation of First Amended Plan for the Adjustment of Debts of City of Stockton, California (November 15, 2013) | Franklin incorporates by reference herein its *Evidentiary Objections To Direct Testimony Declaration Of Robert Leland in Support of Confirmation of First Amended Plan for the Adjustment of Debts of City of Stockton, California (November 15, 2013)* [Docket No. 1418 / Adv. Pro. No. 107] | The City incorporates by reference its *Response To Franklin's Evidentiary Objections To Direct Testimony Declaration Of Robert Leland in Support of Confirmation of First Amended Plan for the Adjustment of Debts of City of Stockton, California (November 15, 2013)* [Docket No. 1463 / Adv. Pro. No. 133] |
| 3062 | 1378 (Case) 72 (Adv.) | 4/21/14 | Direct Testimony Declaration of Laurie Montes in Support of Confirmation of First Amended Plan for the Adjustment of Debts of City of Stockton, California (November 15, 2013) | Franklin incorporates by reference herein its *Evidentiary Objections To Direct Testimony Declaration Of Laurie Montes in Support of Confirmation of First Amended Plan for the Adjustment of Debts of City of Stockton, California (November 15, 2013)* [Docket No. 1419 / Adv. Pro. No. 108] | The City incorporates by reference its *Response To Franklin's Evidentiary Objections To Direct Testimony Declaration Of Laurie Montes in Support of Confirmation of First Amended Plan for the Adjustment of Debts of City of Stockton, California (November 15, 2013)* [Docket No. 1465 / Adv. Pro. No. 135] |
| 3063 | 1363 (Case) 58 (Adv.) | 4/21/14 | Direct Testimony Declaration of Tom Nelson Rebutting Expert Report of Frederick E. Chin | Franklin incorporates by reference herein its Evidentiary *Objections To Direct Testimony Declaration Of Tom Nelson Rebutting Expert Report of Frederick E. Chin* [Docket No. 1420 / Adv. Pro. No. 109] | The City incorporates by reference its *Response To Franklin's Evidentiary Objections To Direct Testimony Declaration Of Tom Nelson Rebutting Expert Report of Frederick E. Chin* [Docket No. 1466 / Adv. Pro. No. 136] |
| 3064 | 1379 (Case) 73 (Adv.) | 4/21/14 | Direct Testimony Declaration of Kim Nicholl in Support of Confirmation of First Amended Plan for the Adjustment of Debts of City of Stockton, California (November 15, 2013) | Franklin incorporates by reference herein its *Evidentiary Objections To Direct Testimony Declaration Of Kim Nicholl in Support of Confirmation of First Amended Plan for the Adjustment of Debts of City of Stockton, California (November 15, 2013)* [Docket No. 1421 / Adv. Pro. No. 110] | The City incorporates by reference its *Response To Franklin's Evidentiary Objections To Direct Testimony Declaration Of Kim Nicholl in Support of Confirmation of First Amended Plan for the Adjustment of Debts of City of Stockton, California (November 15, 2013)* [Docket No. 1467 / Adv. Pro. No. 137] |

| Trial Ex. | Docket No. | Date | Description | Grounds For Objection | City's Response |
|---|---|---|---|---|---|
| 3066 | 1365 (Case) 60 (Adv.) | 4/21/14 | Direct Testimony Declaration of Ray Smith in Support of Confirmation of First Amended Plan for the Adjustment of Debts of City of Stockton, California (November 15, 2013) | Franklin incorporates by reference herein its *Evidentiary Objections To Direct Testimony Declaration Of Ray Smith in Support of Confirmation of First Amended Plan for the Adjustment of Debts of City of Stockton, California (November 15, 2013)* [Docket No. 1422 / Adv. Pro. No. 111] | The City incorporates by reference its *Response To Franklin's Evidentiary Objections To Direct Testimony Declaration Of Ray Smith in Support of Confirmation of First Amended Plan for the Adjustment of Debts of City of Stockton, California (November 15, 2013)* [Docket No. 1470 / Adv. Pro. No. 140] |
| 3067 | 1367 (Case) 62 (Adv.) | 4/21/14 | Direct Testimony Declaration of Val Toppenberg in Support of Confirmation of First Amended Plan for the Adjustment of Debts of City of Stockton, California (November 15, 2013) | Franklin incorporates by reference herein its *Evidentiary Objections To Direct Testimony Declaration Of Val Toppenberg in Support of Confirmation of First Amended Plan for the Adjustment of Debts of City of Stockton, California (November 15, 2013)* [Docket No. 1423 / Adv. Pro. No. 112] | The City incorporates by reference its *Response To Franklin's Evidentiary Objections To Direct Testimony Declaration Of Val Toppenberg in Support of Confirmation of First Amended Plan for the Adjustment of Debts of City of Stockton, California (November 15, 2013)* [Docket No. 1473 / Adv. Pro. No. 143] |
| 3068 | 1383 (Case) 76 (Adv.) | 4/21/14 | Direct Testimony Declaration of Kurt Wilson in Support of Confirmation of First Amended Plan for the Adjustment of Debts of City of Stockton, California (November 15, 2013) | Franklin incorporates by reference herein its *Evidentiary Objections To Direct Testimony Declaration Of Kurt Wilson in Support of Confirmation of First Amended Plan for the Adjustment of Debts of City of Stockton, California (November 15, 2013)* [Docket No. 1424 / Adv. Pro. No. 113] | The City incorporates by reference its *Response To Franklin's Evidentiary Objections To Direct Testimony Declaration Of Kurt Wilson in Support of Confirmation of First Amended Plan for the Adjustment of Debts of City of Stockton, California (November 15, 2013)* [Docket No. 1475 / Adv. Pro. No. 145] |
| 3069 | 1382 (Case) 77 (Adv.) | 4/21/14 | Direct Testimony Declaration of Susan Wren in Support of Confirmation of First Amended Plan for the Adjustment of Debts of City of Stockton, California (November 15, 2013) | Franklin incorporates by reference herein its *Evidentiary Objections To Direct Testimony Declaration Of Susan Wren in Support of Confirmation of First Amended Plan for the Adjustment of Debts of City of Stockton, California (November 15, 2013)* [Docket No. 1425 / Adv. Pro. No. 114] | The City incorporates by reference its *Response To Franklin's Evidentiary Objections To Direct Testimony Declaration Of Susan Wren in Support of Confirmation of First Amended Plan for the Adjustment of Debts of City of Stockton, California (November 15, 2013)* [Docket No. 1476 / Adv. Pro. No. 146] |

Case 12-32118    Filed 05/09/14    Doc 1494

| Trial Ex. | Docket No. | Date | Description | Grounds For Objection | City's Response |
|---|---|---|---|---|---|
| 3070 | 1386 (Case) 78 (Adv.) | 4/21/14 | Exhibits F Through G to the Direct Testimony Declaration of Susan Wren in Support of Confirmation of First Amended Plan for the Adjustment of Debts of City of Stockton, California (November 15, 2013) | Franklin incorporates by reference herein its *Evidentiary Objections To Direct Testimony Declaration Of Susan Wren in Support of Confirmation of First Amended Plan for the Adjustment of Debts of City of Stockton, California (November 15, 2013)* [Docket No. 1425 / Adv. Pro. No. 114] | The City incorporates by reference its *Response To Franklin's Evidentiary Objections To Direct Testimony Declaration Of Susan Wren in Support of Confirmation of First Amended Plan for the Adjustment of Debts of City of Stockton, California (November 15, 2013)* [Docket No. 1476 / Adv. Pro. No. 146] |
| 3071 | 1385 (Case) 80 (Adv.) | 4/21/14 | Direct Testimony Declaration of Teresia Zadroga-Haase in Support of Confirmation of First Amended Plan for the Adjustment of Debts of City of Stockton, California (November 15, 2013) | Franklin incorporates by reference herein its *Evidentiary Objections To Direct Testimony Declaration Of Teresia Zadroga-Haase in Support of Confirmation of First Amended Plan for the Adjustment of Debts of City of Stockton, California (November 15, 2013)* [Docket No. 1417 / Adv. Pro. No. 106] | The City incorporates by reference its *Response To Franklin's Evidentiary Objections To Direct Testimony Declaration Of Teresia Zadroga-Haase in Support of Confirmation of First Amended Plan for the Adjustment of Debts of City of Stockton, California (November 15, 2013)* [Docket No. 1472 / Adv. Pro. No. 142] |

Dated:  May 9, 2014                    JONES DAY


By:   */s/ Joshua D. Morse*
James O. Johnston
Joshua D. Morse
Charlotte S. Wasserstein

*Attorneys for Franklin High Yield Tax-Free Income Fund and Franklin California High Yield Municipal Fund*