Bradford J. Dozier SBN 142061
ATHERTON & DOZIER
305 N. El Dorado St., Suite 301
Stockton, CA  95202
Telephone:  (209) 948-5711

Attorney for Creditor, Objector,
and Appellant MICHAEL A. COBB

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

---o0o---

| | |
|---|---|
| In re: ) | **Case No. 2012-32118** |
| CITY OF STOCKTON, CALIFORNIA, ) ) | |
| ) | **Chapter 9** |
| Debtor. ) ) ) | |

## NOTICE OF APPEAL

MICHAEL A. COBB, a creditor and objector to the "First Amended Plan for the Adjustment of Debts of City of Stockton, California filed November 15, 2013" (Docket No. 1204), the "Plan," appeals under 28 U.S.C. § 158 (a) or (b) from the judgment, order, or decree of the bankruptcy judge Christopher Klein entered in the proceeding concerning the objection made to the Plan on May 7 and/or 8, 2014 (Docket Nos. 1479 and 1480).

The names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

**Party: City of Stockton**

Represented by:

ORRICK, HERRINGTON & SUTCLIFFE, LLP
Marc A. Levinson
400 Capitol Mall, Suite 3000
Sacramento, CA 95814-4497
Telephone: (916) 447-9200

ORRICK, HERRINGTON & SUTCLIFFE, LLP
Robert M. Loeb
Columbia Center
1152 15th Street
Washington, D.C. 20005
Telephone: (202) 339-8475

**Party: Michael A. Cobb**

Represented by:

ATHERTON & DOZIER
Bradford J. Dozier
305 N. El Dorado St., Suite 301
Stockton, CA 95202
Telephone: (209) 948-5711

Dated: May 21, 2014

ATHERTON & DOZIER

/s/ *Bradford J. Dozier*
Bradford J. Dozier
Attorney for Creditor, Objector, and
Appellant MICHAEL A. COBB